AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.**<br>2:13-CV-2783-ABC (AGRx) **DATE FILED** 4/19/2013 | Central District of California Western Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| MAX KLEVEN, an individual; Rin, Inc. a California Corp. | DAPHNE HEREFORD, an individual; RIN TIN TIN, INC. A Texas Corp; BELLEAIR TRADING CORPORATION, LLC A Florida limited liability company; and DOES 1-20 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | (See attachment for list of works) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000290556 / 1986-03-17
                   Renewal registration for: LP0000015488 / 1958-12-29

Title:             The Accusation.  By Screen Gems, Inc.

Series:            The Adventures of Rin-Tin-Tin, no. 157

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     The Accusation.

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000290561 / 1986-03-17
                   Renewal registration for: LP0000015493 / 1958-12-29

Title:             Apache stampede.  By Screen Gems, Inc.

Series:            The Adventures of Rin-Tin-Tin, no. 162

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Apache stampede.

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000290548 / 1986-03-17
                   Renewal registration for: LP0000015480 / 1958-11-21

Title:             The Best policy.  By Screen Gems, Inc.

Series:            The Adventures of Rin-Tin-Tin television series, no. 149

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     The Best policy.

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

================================================================
```

http://ocatalog.doc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290528 / 1986-03-17
                     Renewal registration for: LP0000012080 / 1958-03-14

Title:               Bitter bounty.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin television series, no. 133

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Bitter bounty.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


==============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290531 / 1986-03-17
                     Renewal registration for: LP0000012083 / 1958-03-28

Title:               Border incident.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin television series, no. 135

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Border incident.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


==============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290537 / 1986-03-17
                     Renewal registration for: LP0000012086 / 1958-04-18

Title:               Brave bow.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin television series, no. 138

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Brave bow.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


==============================================================================
```

```
Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000290544 / 1986-03-17
                   Renewal registration for: LP0000015476 / 1958-10-24

Title:             The Cloudbusters.  By Screen Gems, Inc.

Series:            The Adventures of Rin-Tin-Tin television series, no. 145

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     The Cloudbusters.

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


==============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000407332 / 1988-12-21

Title:             The Courage of Rin Tin Tin.

Description:       2 videocassettes.

Copyright Claimant:
                   Herbert B. Leonard

Date of Creation:  1982

Date of Publication:
                   1984-12-10

Date in Notice:    notice: 1982

Authorship on Application:
                   Herbert B. Leonard Productions, Inc., employer for hire.

Previous Registration:
                   Preexisting material: footage.

Basis of Claim:    New Matter: "editing, compilation."

Copyright Note:    C.O. correspondence.

Names:             Leonard, Herbert B.
                   Herbert B. Leonard Productions, Inc.


==============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000290545 / 1986-03-17
                   Renewal registration for: LP0000015477 / 1958-10-31
```

```
Title:              Deadman's Valley.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin television series, no. 146

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Deadman's Valley.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290540 / 1986-03-17
                    Renewal registration for: LP0000015472 / 1958-09-26

Title:              Decision of Rin-Tin-Tin.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin television series, no. 141

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Decision of Rin-Tin-Tin.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290558 / 1986-03-17
                    Renewal registration for: LP0000015490 / 1958-12-29

Title:              The Devil rides point.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin, no. 159

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      The Devil rides point.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290547 / 1986-03-17
                    Renewal registration for: LP0000015479 / 1958-11-14
```

```
Title:              The Epidemic.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin television series, no. 148

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      The Epidemic.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


===========================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290539 / 1986-03-17
                    Renewal registration for: LP0000015471 / 1958-09-17

Title:              Escape to danger.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin television series, no. 140

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Escape to danger.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


===========================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290563 / 1986-03-17
                    Renewal registration for: LP0000015495 / 1958-12-29

Title:              The Failure.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin, no. 164

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      The Failure.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


===========================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290541 / 1986-03-17
                    Renewal registration for: LP0000015473 / 1958-10-03
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Title:              The Foot soldier.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin television series, no. 142

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      The Foot soldier.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290538 / 1986-03-17
                    Renewal registration for: LP0000015470 / 1958-09-12

Title:              The General's daughter.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin television series, no. 139

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      The General's daughter.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290546 / 1986-03-17
                    Renewal registration for: LP0000015478 / 1958-11-07

Title:              Grandpappy's love affair.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin television series, no. 147

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Grandpappy's love affair.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290562 / 1986-03-17
                    Renewal registration for: LP0000015494 / 1958-12-29
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Title:              The Luck of O'Hara.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin, no. 163

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      The Luck of O'Hara.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290554 / 1986-03-17
                    Renewal registration for: LP0000015486 / 1958-12-29

Title:              Major Mockingbird.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin, no. 155

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Major Mockingbird.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290555 / 1986-03-17
                    Renewal registration for: LP0000015487 / 1958-12-29

Title:              The Matador.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin, no. 156

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      The Matador.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000150104 / 1982-11-26
                    Renewal registration for: LP0000010465 / 1954-10-15
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Title:              Meet Rin-Tin-Tin; motion picture.  By Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Meet Rin-Tin-Tin

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290560 / 1986-03-17
                    Renewal registration for: LP0000015492 / 1958-12-29

Title:              The Ming vase.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin, no. 161

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      The Ming vase.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290549 / 1986-03-17
                    Renewal registration for: LP0000015481 / 1958-12-05

Title:              Miracle of the mission.  By Screen Gems, Inc.

Series:             The Adventures of Rin-Tin-Tin television series, no. 150

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Miracle of the mission.

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000290551 / 1986-03-17
                    Renewal registration for: LP0000015483 / 1958-12-29

Title:              The Misfit marshal.  By Screen Gems, Inc.
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Series:              The Adventures of Rin-Tin-Tin television series, no. 152

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       The Misfit marshal.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290552 / 1986-03-17
                     Renewal registration for: LP0000015484 / 1958-12-29

Title:               Old Betsy.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin television series, no. 153

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Old Betsy.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290559 / 1986-03-17
                     Renewal registration for: LP0000015491 / 1958-12-29

Title:               Pillajohn's progress.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin, no. 160

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Pillajohn's progress.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290534 / 1986-03-17
                     Renewal registration for: LP0000012359 / 1958-02-21

Title:               Pritikin's predicament.  By Screen Gems, Inc.
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy I...

Series:              The Adventures of Rin-Tin-Tin television series, no. 130

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Pritikin's predicament.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

========================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000199234 / 1984-01-12
                     Renewal registration for: LP0000011327 / 1956-10-26

Title:               Return of Rin-Tin-Tin; motion picture.  By Screen Gems,
                        Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Return of Rin-Tin-Tin

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

========================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000161027 / 1983-01-12
                     Renewal registration for: LP0000010489 / 1955-09-09

Title:               Rin-Tin-Tin and bugle call; motion picture.  By Screen
                        Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Copyright Note:      C.O. correspondence.

Variant title:       Rin-Tin-Tin and bugle call

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

========================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000199214 / 1984-01-12
                     Renewal registration for: LP0000010519 / 1956-04-20

Title:               Rin-Tin-Tin and Homer the Great; motion picture.  By Screen
                        Gems, Inc.

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rin-Tin-Tin and Homer the Great

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                     RE0000150106 / 1982-11-26
                     Renewal registration for: LP0000010463 / 1954-12-17

Title:               Rin-Tin-Tin and the ancient mariner; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rin-Tin-Tin and the ancient mariner

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                     RE0000150099 / 1982-11-26
                     Renewal registration for: LP0000010470 / 1954-11-26

Title:               Rin-Tin-Tin and the Apache chief.  By Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rin-Tin-Tin and the Apache chief

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                     RE0000161043 / 1983-01-12
                     Renewal registration for: LP0000010445 / 1955-02-11

Title:               Rin-Tin-Tin and the babe in the woods; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)
```

Copyright Note:      C.O. correspondence.

Variant title:       Rin-Tin-Tin and the babe in the woods

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                     RE0000161029 / 1983-01-12
                     Renewal registration for: LP0000010459 / 1955-04-08

Title:               Rin-Tin-Tin and the bandit kingdom; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Copyright Note:      C.O. correspondence.

Variant title:       Rin-Tin-Tin and the bandit kingdom

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                     RE0000161040 / 1983-01-12
                     Renewal registration for: LP0000010448 / 1955-03-11

Title:               Rin-Tin-Tin and the Barber of Seville; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Copyright Note:      C.O. correspondence.

Variant title:       Rin-Tin-Tin and the Barber of Seville

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                     RE0000199203 / 1984-01-12
                     Renewal registration for: LP0000010508 / 1956-02-03

Title:               Rin-Tin-Tin and the big top; motion picture.  By Screen
                        Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Rin-Tin-Tin and the big top

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    RE0000161039 / 1983-01-12
                    Renewal registration for: LP0000010449 / 1955-03-18

Title:              Rin-Tin-Tin and the blushing brides; motion picture.  By
                       Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:   C.O. correspondence.

Variant title:      Rin-Tin-Tin and the blushing brides

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    RE0000161035 / 1983-01-12
                    Renewal registration for: LP0000010453 / 1955-05-13

Title:              Rin-Tin-Tin and the bounty hunters; motion picture.  By
                       Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:   C.O. correspondence.

Variant title:      Rin-Tin-Tin and the bounty hunters

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    RE0000161013 / 1983-01-12
                    Renewal registration for: LP0000010503 / 1955-12-23

Title:              Rin-Tin-Tin and the Christmas story; motion picture.  By
                       Screen Gems, Inc.

```
Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:     C.O. correspondence.

Variant title:      Rin-Tin-Tin and the Christmas story

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


==============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    RE0000199217 / 1984-01-12
                    Renewal registration for: LP0000010522 / 1956-05-11

Title:              Rin-Tin-Tin and the circle of fire; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Rin-Tin-Tin and the circle of fire

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


==============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    RE0000161020 / 1983-01-12
                    Renewal registration for: LP0000010496 / 1955-11-04

Title:              Rin-Tin-Tin and the Connecticut Yankee; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:     C.O. correspondence.

Variant title:      Rin-Tin-Tin and the Connecticut Yankee

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


==============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    RE0000161038 / 1983-01-12
                    Renewal registration for: LP0000010450 / 1955-04-22

Title:              Rin-Tin-Tin and the dead man's gold; motion picture.  By
```

http://cocatalog.loc.gov/cgi-bin/Pwobrecon.cgi?PostSearchSortBy1...

```
                        Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin and the dead man's gold

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


==============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161032 / 1983-01-12
                   Renewal registration for: LP0000010456 / 1955-02-18

Title:             Rin-Tin-Tin and the eagle's nest; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin and the eagle's nest

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


==============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161037 / 1983-01-12
                   Renewal registration for: LP0000010451 / 1955-04-29

Title:             Rin-Tin-Tin and the ghost town; motion picture.  By Screen
                      Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin and the ghost town

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


==============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161047 / 1983-01-12
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                         Renewal registration for: LP0000010441 / 1955-01-07

Title:                   Rin-Tin-Tin and the gold bullion; motion picture.  By
                             Screen Gems, Inc.

Copyright Claimant:
                         Herbert B. Leonard (PWH)

Copyright Note:          C.O. correspondence.

Variant title:           Rin-Tin-Tin and the gold bullion

Names:                   Leonard, Herbert B.
                         Screen Gems, Inc.

================================================================================

Type of Work:            Motion Picture

Registration Number / Date:
                         RE0000161012 / 1983-01-12
                         Renewal registration for: LP0000010504 / 1955-12-30

Title:                   Rin-Tin-Tin and the Indian burial grounds; motion picture.
                             By Screen Gems, Inc.

Copyright Claimant:
                         Herbert B. Leonard (PWH)

Copyright Note:          C.O. correspondence.

Variant title:           Rin-Tin-Tin and the Indian burial grounds

Names:                   Leonard, Herbert B.
                         Screen Gems, Inc.

================================================================================

Type of Work:            Motion Picture

Registration Number / Date:
                         RE0000199223 / 1984-01-12
                         Renewal registration for: LP0000010582 / 1956-12-14

Title:                   Rin-Tin-Tin and the invaders; motion picture.  By Screen
                             Gems, Inc.

Copyright Claimant:
                         Herbert B. Leonard (PWH)

Variant title:           Rin-Tin-Tin and the invaders

Names:                   Leonard, Herbert B.
                         Screen Gems, Inc.

================================================================================

Type of Work:            Motion Picture

Registration Number / Date:
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                    RE0000161021 / 1983-01-12
                    Renewal registration for: LP0000010495 / 1955-10-28
```

Title:              Rin-Tin-Tin and the iron horse; motion picture.  By Screen
                      Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:     C.O. correspondence.

Variant title:      Rin-Tin-Tin and the iron horse

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000161014 / 1983-01-12
                    Renewal registration for: LP0000010502 / 1955-12-16

Title:              Rin-Tin-Tin and the last chance; motion picture.  By Screen
                      Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:     C.O. correspondence.

Variant title:      Rin-Tin-Tin and the last chance

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000150105 / 1982-11-26
                    Renewal registration for: LP0000010464 / 1955-06-03 (in
                      notice: 1954)

Title:              Rin-Tin-Tin and the lonesome road; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Rin-Tin-Tin and the lonesome road

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

================================================================================

Type of Work:       Motion Picture

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Registration Number / Date:
                    RE0000161016 / 1983-01-12
                    Renewal registration for: LP0000010500 / 1955-12-02

Title:              Rin-Tin-Tin and the lost patrol; motion picture.  By Screen
                       Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:     C.O. correspondence.

Variant title:      Rin-Tin-Tin and the lost patrol

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000161033 / 1983-01-12
                    Renewal registration for: LP0000010455 / 1955-05-27

Title:              Rin-Tin-Tin and the lost Scotchman; motion picture.  By
                       Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:     C.O. correspondence.

Variant title:      Rin-Tin-Tin and the lost Scotchman

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    RE0000199219 / 1984-01-12
                    Renewal registration for: LP0000010524 / 1956-05-25

Title:              Rin-Tin-Tin and the lost treasure; motion picture.  By
                       Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Variant title:      Rin-Tin-Tin and the lost treasure

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.


================================================================================
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:          Motion Picture

Registration Number / Date:
                       RE0000161030 / 1983-01-12
                       Renewal registration for: LP0000010458 / 1955-04-01

Title:                 Rin-Tin-Tin and the magic box; motion picture.  By Screen
                          Gems, Inc.

Copyright Claimant:
                       Herbert B. Leonard (PWH)

Copyright Note:        C.O. correspondence.

Variant title:         Rin-Tin-Tin and the magic box

Names:                 Leonard, Herbert B.
                       Screen Gems, Inc.


=============================================================================

Type of Work:          Motion Picture

Registration Number / Date:
                       RE0000161044 / 1983-01-12
                       Renewal registration for: LP0000010444 / 1955-02-04

Title:                 Rin-Tin-Tin and the medicine man; motion picture.  By
                          Screen Gems, Inc.

Copyright Claimant:
                       Herbert B. Leonard (PWH)

Copyright Note:        C.O. correspondence.

Variant title:         Rin-Tin-Tin and the medicine man

Names:                 Leonard, Herbert B.
                       Screen Gems, Inc.


=============================================================================

Type of Work:          Motion Picture

Registration Number / Date:
                       RE0000161011 / 1983-01-12
                       Renewal registration for: LP0000010505 / 1956-01-13 (in
                          notice: 1955)

Title:                 Rin-Tin-Tin and the missing heir; motion picture.  By
                          Screen Gems, Inc.

Copyright Claimant:
                       Herbert B. Leonard (PWH)

Copyright Note:        C.O. correspondence.

Variant title:         Rin-Tin-Tin and the missing heir

Names:                 Leonard, Herbert B.
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

Screen Gems, Inc.

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161023 / 1983-01-12
                   Renewal registration for: LP0000010493 / 1955-10-07

Title:             Rin-Tin-Tin and the poor, little, rich boy; motion picture.
                      By Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin and the poor, little, rich boy

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161028 / 1983-01-12
                   Renewal registration for: LP0000010460 / 1955-04-15

Title:             Rin-Tin-Tin and the printer's devil; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin and the printer's devil

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000150096 / 1982-11-26
                   Renewal registration for: LP0000010578 / 1954-11-05

Title:             Rin-Tin-Tin and the raging river.  By Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin and the raging river

Names:             Leonard, Herbert B.

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

                        Screen Gems, Inc.

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000199211 / 1984-01-12
                   Renewal registration for: LP0000010516 / 1956-03-30

Title:             Rin-Tin-Tin and the rainmaker; motion picture.  By Screen
                      Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin and the rainmaker

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000150107 / 1982-11-26
                   Renewal registration for: LP0000010462 / 1954-12-24

Title:             Rin-Tin-Tin and the raw recruit; motion picture.  By Screen
                      Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin and the raw recruit

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000199206 / 1984-01-12
                   Renewal registration for: LP0000010511 / 1956-02-24

Title:             Rin-Tin-Tin and the return of the ancient mariner; motion
                      picture.  By Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin and the return of the ancient mariner

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

===============================================================================

```
Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000199230 / 1984-01-12
                     Renewal registration for: LP0000011323 / 1956-09-28

Title:               Rin-Tin-Tin and the return of the chief; motion picture.
                        By Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rin-Tin-Tin and the return of the chief

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290526 / 1986-03-17
                     Renewal registration for: LP0000012078 / 1958-01-10

Title:               Rin-Tin-Tin and the river chase.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin, no. 126

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rin-Tin-Tin and the river chase.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000161046 / 1983-01-12
                     Renewal registration for: LP0000010442 / 1955-01-14

Title:               Rin-Tin-Tin and the sacred lance; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Copyright Note:      C.O. correspondence.

Variant title:       Rin-Tin-Tin and the sacred lance

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

================================================================================
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000199220 / 1984-01-12
                     Renewal registration for: LP0000010525 / 1956-06-01

Title:               Rin-Tin-Tin and the second chance; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rin-Tin-Tin and the second chance

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


===============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290536 / 1986-03-17
                     Renewal registration for: LP0000012085 / 1958-04-11

Title:               Rin-Tin-Tin and the secret weapon.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin television series, no. 137

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rin-Tin-Tin and the secret weapon.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


===============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000161045 / 1983-01-12
                     Renewal registration for: LP0000010443 / 1955-01-21

Title:               Rin-Tin-Tin and the shifting sands; motion picture.  By
                        Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Copyright Note:      C.O. correspondence.

Variant title:       Rin-Tin-Tin and the shifting sands

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


===============================================================================
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161015 / 1983-01-12
                   Renewal registration for: LP0000010501 / 1955-12-09

Title:             Rin-Tin-Tin and the star witness; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin and the star witness

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000199202 / 1984-01-12
                   Renewal registration for: LP0000010507 / 1956-01-27

Title:             Rin-Tin-Tin and the tin soldier; motion picture.  By Screen
                      Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin and the tin soldier

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161010 / 1983-01-12
                   Renewal registration for: LP0000011320 / 1955-10-14

Title:             Rin-Tin-Tin and the white buffalo; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin and the white buffalo

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.
```

```
================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000199233 / 1984-01-12
                   Renewal registration for: LP0000011326 / 1956-10-19

Title:             Rin-Tin-Tin and the white wolf; motion picture.  By Screen
                      Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin and the white wolf

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161025 / 1983-01-12
                   Renewal registration for: LP0000010491 / 1955-09-23

Title:             Rin-Tin-Tin and the wild stallion; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin and the wild stallion

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000199221 / 1984-01-12
                   Renewal registration for: LP0000010580 / 1956-09-14

Title:             Rin-Tin-Tin and the witch of the woods; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin and the witch of the woods

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


================================================================================
```

Type of Work:      Motion Picture

Registration Number / Date:
                   PA0000578893 / 1992-08-19

Title:             Rin Tin Tin, hero of the West / directed by Robert G.
                      Walker, Donald McDougall, Douglas Heyes.

Description:       2 videocassettes ; 3/4 in.

Copyright Claimant:
                   Herbert B. Leonard

Date of Creation:  1985

Date of Publication:
                   1986-02-07

Date in Notice:    notice: 1985

Authorship on Application:
                   Herbert B. Leonard Films, employer for hire.

Previous Registration:
                   Some footage preexisting.

Basis of Claim:    New Matter: "colorization, editing, compilation."

Copyright Note:    C.O. correspondence.

Names:             Walker, Robert G.
                   McDougall, Donald
                   Heyes, Douglas
                   Leonard, Herbert B.
                   Herbert B. Leonard Films

===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000150102 / 1982-11-26
                   Renewal registration for: LP0000010467 / 1954-10-29

Title:             Rin-Tin-Tin in the flaming forest; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin in the flaming forest

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.

===============================================================================

Type of Work:      Motion Picture

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Registration Number / Date:
                   RE0000199216 / 1984-01-12
                   Renewal registration for: LP0000010521 / 1956-05-04

Title:             Rin-Tin-Tin meets Mister Nobody; motion picture.  By Screen
                      Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin meets Mister Nobody

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000161022 / 1983-01-12
                   Renewal registration for: LP0000010494 / 1955-10-21

Title:             Rin-Tin-Tin meets Mister President; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Copyright Note:    C.O. correspondence.

Variant title:     Rin-Tin-Tin meets Mister President

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   RE0000199205 / 1984-01-12
                   Renewal registration for: LP0000010510 / 1956-02-17

Title:             Rin-Tin-Tin meets O'Hara's mother; motion picture.  By
                      Screen Gems, Inc.

Copyright Claimant:
                   Herbert B. Leonard (PWH)

Variant title:     Rin-Tin-Tin meets O'Hara's mother

Names:             Leonard, Herbert B.
                   Screen Gems, Inc.


================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                    RE0000161026 / 1983-01-12
                    Renewal registration for: LP0000010490 / 1955-09-16

Title:              Rin-Tin-Tin meets Shakespeare; motion picture.  By Screen
                       Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:     C.O. correspondence.

Variant title:      Rin-Tin-Tin meets Shakespeare

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    RE0000292432 / 1985-11-01
                    Renewal registration for: LP0000010914 / 1957-01-18

Title:              Rin-Tin-Tin meets the southern colonel; motion picture.  By
                       Screen Gems, Inc.

Copyright Claimant:
                    Herbert B. Leonard (PWH)

Copyright Note:     C.O. correspondence.

Variant title:      Rin-Tin-Tin meets the southern colonel

Names:              Leonard, Herbert B.
                    Screen Gems, Inc.

============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    PAu002574588 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:              Rin Tin Tin : no. 1, Meet Rin Tin Tin.

Description:        Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                    B & W version prev. reg. 1954, LP10465, renewed 1982, RE
                       115-481.
```

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                     new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 1

Other Title:         Meet Rin Tin Tin.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

=============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574605 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 11, Rin Tin Tin and the raw recruit.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                     Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1954, LP10462, renewed 1982, RE
                     115-478.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                     new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 11

Other Title:         Rin Tin Tin and the raw recruit
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

=============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574563 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 114, The courtship of Marshal Higgins.

Description:          Videocassette (Betacam SP)

Copyright Claimant:
                      CPT Holdings, Inc. (employer for hire) & Herbert B.
                         Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                      B & W version prev. reg. 1957, LP10604, renewed 1985, RE
                         229-007.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                         new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 114

Other Title:       The courtship of Marshal Higgins.
                      The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                      CPT Holdings, Inc.

============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                      PAu002574584 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 115, Rusty's reward.

Description:        Videocassette (Betacam SP)

Copyright Claimant:
                      CPT Holdings, Inc. (employer for hire) & Herbert B.
                         Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                      B & W version prev. reg. 1957, LP10605, renewed 1985, RE
                         229-008.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                         new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 115

Other Title:       Rusty's reward.
                      The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                      CPT Holdings, Inc.

```
==========================================================================
```

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574595 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 116, A look of eagles.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1957, LP10606, renewed 1985, RE
                       229-009.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                       new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 116

Other Title:         A look of eagles
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

```
==========================================================================
```

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574599 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 117, The last Navajo.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1957, LP12089, renewed 1985, RE
                       229-032.

```
Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 117

Other Title:         The last Navajo
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.


============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574604 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 12, Blood brothers.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                     B & W version prev. reg. 1954, LP10461, renewed 1982, RE
                        115-477.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 12

Other Title:         Blood brothers
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.


============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574553 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 121, Rusty's strategy.
```

```
Description:       Videocassette (Betacam S

Copyright Claimant:
                   CPT Holdings, Inc. (employer for hire) & Herbert B.
                      Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                   B & W version prev. reg. 1957, LP12092, renewed 1985, RE
                      229-035.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                      new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 121

Other Title:       Rusty's strategy.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PAu002574583 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 13, Rin Tin Tin and the gold bullion.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                   CPT Holdings, Inc. (employer for hire) & Herbert B.
                      Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                   B & W version prev. reg. 1955, LP10441, renewed 1983, RE
                      157-310.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                      new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 13

Other Title:       Rin Tin Tin and the gold bullion.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.
```

```
=============================================================================
```

Type of Work:      Motion Picture

Registration Number / Date:
                   PAu002574559 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 139, The general's daughter.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                   CPT Holdings, Inc. (employer for hire) & Herbert B.
                      Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                   B & W version prev. reg. 1958, LP15470, renewed 1986, RE
                      290-538.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                      new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 139

Other Title:       The general's daughter.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

```
=============================================================================
```

Type of Work:      Motion Picture

Registration Number / Date:
                   PAu002574556 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 15, Rin Tin Tin and the shifting sands.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                   CPT Holdings, Inc. (employer for hire) & Herbert B.
                      Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                   B & W version prev. reg. 1955, LP10443, renewed 1983, RE
                      157-312.

```
Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 15

Other Title:         Rin Tin Tin and the shifting sands.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574564 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 16, Rusty plays Cupid.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10440, renewed 1983, RE
                        157-309.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 16

Other Title:         Rusty plays Cupid.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574597 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 17, Rin Tin Tin and the medicine man.
```

```
Description:            Videocassette (Betacam SP)

Copyright Claimant:
                        CPT Holdings, Inc. (employer for hire) & Herbert B.
                           Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                        B & W version prev. reg. 1955, LP10444, renewed 1983, RE
                           157-313.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                           new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 17

Other Title:       Rin Tin Tin and the medicine man
                   The adventures of Rin-Tin-Tin

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

==============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PAu002574569 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 18, Rin Tin Tin and the babe in the
                      woods.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                   CPT Holdings, Inc. (employer for hire) & Herbert B.
                      Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                   B & W version prev. reg. 1955, LP10445, renewed 1983, RE
                      157-314.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                      new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 18

Other Title:       Rin Tin Tin and the babe in the woods.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
```

CPT Holdings, Inc.

==============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574601 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 19, Rin Tin Tin and the eagle's nest.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10456, renewed 1983, RE
                        157-325.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 19

Other Title:         Rin Tin Tin and the eagle's nest
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

==============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574549 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 20, Rusty resigns from the army.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10446, renewed 1983, RE
                        157-315.

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Basis of Claim:       New Matter: colorization; editing of footage & soundtrack;
                          new background music & effects.

Copyright Note:       C.O. correspondence.

Variant title:        Rin Tin Tin : no. 20

Other Title:          Rusty resigns from the army.
                      The adventures of Rin-Tin-Tin.

Names:                Leonard, Herbert B., 1922-
                      CPT Holdings, Inc.

=============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                 PAu002574579 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:           Rin Tin Tin : no. 21, The legacy of Sean O'Hara.

Description:     Videocassette (Betacam SP)

Copyright Claimant:
                 CPT Holdings, Inc. (employer for hire) & Herbert B.
                     Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                 B & W version prev. reg. 1955, LP10447, renewed 1983, RE
                     157-316.

Basis of Claim:  New Matter: colorization; editing of footage & soundtrack;
                     new background music & effects.

Copyright Note:  C.O. correspondence.

Variant title:   Rin Tin Tin : no. 21

Other Title:     The legacy of Sean O'Hara.
                 The adventures of Rin-Tin-Tin.

Names:           Leonard, Herbert B., 1922-
                 CPT Holdings, Inc.

=============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                 PAu002574571 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:           Rin Tin Tin : no. 22, Rin Tin Tin and the Barber of
```

Seville.

Description:        Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1955, LP10448, renewed 1983, RE
                       157-317.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                       new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 22

Other Title:       Rin Tin Tin and the Barber of Seville.
                    The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


=============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PAu002574568 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 24, The guilty one.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1955, LP10457, renewed 1983, RE
                       157-326.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                       new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 24

Other Title:       The guilty one.
                    The adventures of Rin-Tin-Tin.

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Names:            Leonard, Herbert B., 1922-
                  CPT Holdings, Inc.
```

===============================================================================

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574552 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 25, Rin Tin Tin and the magic box.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                         Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10458, renewed 1983, RE
                         157-327.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                         new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 25

Other Title:         Rin Tin Tin and the magic box.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

===========================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574560 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 28, Rin Tin Tin and the dead man's gold.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                         Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10450, renewed 1983, RE
                         157-319.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                         new background music & effects.
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1

```
Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 28

Other Title:         Rin Tin Tin and the dead man's gold.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574587 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 29, Rin Tin Tin and the ghost town.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10451, renewed 1983, RE
                        157-320.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 29

Other Title:         Rin Tin Tin and the ghost town.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574558 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 3, Rin Tin Tin in the flaming forest.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1954, LP10467, renewed 1982, RE
                       115-483.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                       new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 3

Other Title:       Rin Tin Tin in the flaming forest.
                    The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


=======================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PAu002574593 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 31, Rin Tin Tin and the bounty hunters.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1955, LP10453, renewed 1983, RE
                       157-322.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                       new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 31

Other Title:       Rin Tin Tin and the bounty hunters
                    The adventures of Rin-Tin-Tin

Names:             Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


=======================================================================
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574591 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 32, Farewell to Fort Apache.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10454, renewed 1983, RE
                        157-323.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 32

Other Title:         Farewell to Fort Apache
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

=============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574596 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 33, Rin Tin Tin and the lost scotchman.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10455, renewed 1983, RE
                        157-324.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.
```

```
Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 33

Other Title:        Rin Tin Tin and the lost scotchman
                    The adventures of Rin-Tin-Tin

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PAu002574578 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:              Rin Tin Tin : no. 34, Rin Tin Tin and the lonesome road.

Description:        Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                    B & W version prev. reg. 1954, LP10464, renewed 1982, RE
                        115-480.

Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 34

Other Title:        Rin Tin Tin and the lonesome road.
                    The adventures of Rin-Tin-Tin.

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PAu002574585 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:              Rin Tin Tin : no. 35, Rin Tin Tin and the bugle call.

Description:        Videocassette (Betacam SP)

Copyright Claimant:
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1955, LP10489, renewed 1983, RE
                        157-330.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 35

Other Title:       Rin Tin Tin and the bugle call.
                    The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


===============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                    PAu002574567 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 36, Rin Tin Tin meets Shakespeare.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1955, LP10490, renewed 1983, RE
                        157-331.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 36

Other Title:       Rin Tin Tin meets Shakespeare.
                    The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


===============================================================================
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574565 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 37, Rin Tin Tin and the wild stallion.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10491, renewed 1983, RE
                        157-332.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 37

Other Title:         Rin Tin Tin and the wild stallion.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574554 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 38, Rusty volunteers.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10492, renewed 1983, RE
                        157-333.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.
```

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 38

Other Title:         Rusty volunteers.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

==============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574573 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 39, Rin Tin Tin and the poor little rich
                     boy.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                     Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10493, renewed 1983, RE
                     157-334.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                     new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 39

Other Title:         Rin Tin Tin and the poor little rich boy.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

==============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574589 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 4, Rin Tin Tin and the raging river.

Description:         Videocassette (Betacam SP)

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                    Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1954, LP10578, renewed 1982, RE
                    115-489.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                    new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 4

Other Title:       Rin Tin Tin and the raging river.
                    The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

===============================================================================

Type of Work:     Motion Picture

Registration Number / Date:
                    PAu002574580 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 40, Rin Tin Tin and the white buffalo.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                    Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1955, LP11320, renewed 1983, RE
                    158-155.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                    new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 40

Other Title:       Rin Tin Tin and the white buffalo.
                    The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

===============================================================================

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574600 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 41, Rin Tin Tin meets mister president.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10494, renewed 1983, RE
                        157-335.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 41

Other Title:         Rin Tin Tin meets mister president
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574576 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 42, Rin Tin Tin and the iron horse.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10495, renewed 1983, RE
                        157-336.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.
```

```
Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 42

Other Title:         Rin Tin Tin and the iron horse.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.


============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574574 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 44, Higgins rides again.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10497, renewed 1983, RE
                        157-338.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 44

Other Title:         Higgins rides again.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.


============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574592 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 45, Boone's wedding day.

Description:         Videocassette (Betacam SP)
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:   1999

Previous Registration:
                    B & W version prev. reg. 1955, LP10498, renewed 1983, RE
                        157-339.

Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 45

Other Title:        Boone's wedding day
                    The adventures of Rin-Tin-Tin

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

===========================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PAu002574598 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:              Rin Tin Tin : no. 46, Rusty goes to town.

Description:        Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:   1999

Previous Registration:
                    B & W version prev. reg. 1955, LP10499, renewed 1983, RE
                        157-340.

Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 46

Other Title:        Rusty goes to town
                    The adventures of Rin-Tin-Tin

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

===========================================================================
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574581 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 48, Rin Tin Tin and the star witness.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10501, renewed 1983, RE
                        158-470.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 48

Other Title:       Rin Tin Tin and the star witness.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574602 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 49, Rin Tin Tin and the last chance.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1955, LP10502, renewed 1983, RE
                        158-471.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 49

Other Title:         Rin Tin Tin and the last chance
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574572 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 5, The killer cat.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1954, LP10468, renewed 1982, RE
                        115-484.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 5

Other Title:         The killer cat.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574561 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 50, Rin Tin Tin and the Christmas story.

Description:         Videocassette (Betacam SP)
```

Copyright Claimant:
                CPT Holdings, Inc. (employer for hire) & Herbert B.
                   Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                B & W version prev. reg. 1955, LP10503, renewed 1983, RE
                   158-472.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                   new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 50

Other Title:       Rin Tin Tin and the Christmas story.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PAu002574544 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 52, Rin Tin Tin and the missing heir.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                CPT Holdings, Inc. (employer for hire) & Herbert B.
                   Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                B & W version prev. reg. 1955, LP10505, renewed 1983, RE
                   158-474.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                   new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 52

Other Title:       Rin Tin Tin and the missing heir.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

================================================================================

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574557 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 53, Rusty's romance.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP10506, renewed 1984, RE
                        189-231.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 53

Other Title:         Rusty's romance.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574543 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 54, Rin Tin Tin and the tin soldier.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP10507, renewed 1984, RE
                        189-232.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.
```

```
Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 54

Other Title:         Rin Tin Tin and the tin soldier.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574542 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 57, Rin Tin Tin meets O'Hara's mother.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP10510, renewed 1984, RE
                        189-235.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 57

Other Title:         Rin Tin Tin meets O'Hara's mother.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574551 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 6, The education of Corporal Rusty.

Description:         Videocassette (Betacam SP)
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1954, LP10469, renewed 1982, RE
                        115-485.

Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 6

Other Title:        The education of Corporal Rusty.
                    The adventures of Rin-Tin-Tin.

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

==============================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PAu002574546 / 2001-05-16

Application Title:  The adventures of Rin-Tin-Tin.

Title:              Rin Tin Tin : no. 61, The third rider.

Description:        Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:   1999

Previous Registration:
                    B & W version prev. reg. 1956, LP10514, renewed 1984, RE
                        189-239.

Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 61

Other Title:        The third rider.
                    The adventures of Rin-Tin-Tin.

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

==============================================================================
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574566 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 62, Rusty surrenders.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP10515, renewed 1984, RE
                        189-240.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 62

Other Title:         Rusty surrenders.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

=============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574570 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 63, Rin Tin Tin and the rainmaker.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP10516, renewed 1984, RE
                        189-241.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.
```

```
Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 63

Other Title:         Rin Tin Tin and the rainmaker.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

===============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574603 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 64, The scotchman's gold.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP10517, renewed 1984, RE
                        189-242.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 64

Other Title:         The scotchman's gold
                     The adventures of Rin-Tin-Tin

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

===============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574582 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 66, Rin Tin Tin and Homer the Great.

Description:         Videocassette (Betacam SP)
```

```
Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-


Date of Creation:   1999


Previous Registration:
                    B & W version prev. reg. 1956, LP10519, renewed 1984, RE
                       189-244.


Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                       new background music & effects.


Copyright Note:     C.O. correspondence.


Variant title:      Rin Tin Tin : no. 66


Other Title:        Rin Tin Tin and Homer the Great.
                    The adventures of Rin-Tin-Tin.


Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


===============================================================================

Type of Work:       Motion Picture


Registration Number / Date:
                    PAu002574594 / 2001-05-16


Application Title:  The adventures of Rin-Tin-Tin.


Title:              Rin Tin Tin : no. 67, Rinty finds a bone.


Description:        Videocassette (Betacam SP)


Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                       Leonard, 1922-


Date of Creation:   1999


Previous Registration:
                    B & W version prev. reg. 1956, LP10520, renewed 1984, RE
                       189-245.


Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                       new background music & effects.


Copyright Note:     C.O. correspondence.


Variant title:      Rin Tin Tin : no. 67


Other Title:        Rinty finds a bone
                    The adventures of Rin-Tin-Tin


Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


===============================================================================
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574541 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 73, Forward ho!

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP11321, renewed 1984, RE
                        189-288.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 73

Other Title:         Forward ho!
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

=============================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574545 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 74, Rin Tin Tin and the witch of the
                        woods.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP10580, renewed 1984, RE
                        189-251.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
```

```
                          new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 74

Other Title:        Rin Tin Tin and the witch of the woods.
                    The adventures of Rin-Tin-Tin.

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PAu002574562 / 2001-05-16

Application Title:  The adventures of Rin-Tin-Tin.

Title:              Rin Tin Tin : no. 76, Rin Tin Tin and the return of the
                        chief.

Description:        Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:   1999

Previous Registration:
                    B & W version prev. reg. 1956, LP11323, renewed 1984, RE
                        189-290.

Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 76

Other Title:        Rin Tin Tin and the return of the chief.
                    The adventures of Rin-Tin-Tin.

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.


================================================================

Type of Work:       Motion Picture

Registration Number / Date:
                    PAu002574550 / 2001-05-16

Application Title:  The adventures of Rin-Tin-Tin.

Title:              Rin Tin Tin : no. 78, Yo-O Rinty.
```

Description:          Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                     B & W version prev. reg. 1956, LP11325, renewed 1984, RE
                        189-292.

Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 78

Other Title:        Yo-O Rinty.
                    The adventures of Rin-Tin-Tin.

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

=============================================================================

Type of Work:    Motion Picture

Registration Number / Date:
                    PAu002574590 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:              Rin Tin Tin : no. 79, Rin Tin Tin and the white wolf.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                    CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                    B & W version prev. reg. 1956, LP11326, renewed 1984, RE
                        189-293.

Basis of Claim:     New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:     C.O. correspondence.

Variant title:      Rin Tin Tin : no. 79

Other Title:        Rin Tin Tin and the white wolf.
                    The adventures of Rin-Tin-Tin.

Names:              Leonard, Herbert B., 1922-
                    CPT Holdings, Inc.

```
=============================================================================
```

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574548 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 8, Rin Tin Tin, outlaw.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                     B & W version prev. reg. 1954, LP10471, renewed 1982, RE
                        115-487.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 8

Other Title:         Rin Tin Tin, outlaw.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

```
=============================================================================
```

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574555 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 80, Return of Rin Tin Tin.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                     B & W version prev. reg. 1956, LP11327, renewed 1984, RE
                        189-294.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                     new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 80

Other Title:         Return of Rin Tin Tin.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

=============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PAu002574575 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 82, The lost puppy.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                   CPT Holdings, Inc. (employer for hire) & Herbert B.
                   Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                   B & W version prev. reg. 1956, LP11328, renewed 1984, RE
                   189-295.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                   new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 82

Other Title:       The lost puppy.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

=============================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                   PAu002574577 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 83, Presidential citation.

Description:            Videocassette (Betacam SP)

Copyright Claimant:
                       CPT Holdings, Inc. (employer for hire) & Herbert B.
                          Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                       B & W version prev. reg. 1956, LP10585, renewed 1984, RE
                          189-256.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                          new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 83

Other Title:       Presidential citation.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

================================================================================

Type of Work:      Motion Picture

Registration Number / Date:
                       PAu002574586 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:             Rin Tin Tin : no. 88, Higgins' last stand.

Description:       Videocassette (Betacam SP)

Copyright Claimant:
                       CPT Holdings, Inc. (employer for hire) & Herbert B.
                          Leonard, 1922-

Date of Creation:  1999

Previous Registration:
                       B & W version prev. reg. 1956, LP10584, renewed 1984, RE
                          189-255.

Basis of Claim:    New Matter: colorization; editing of footage & soundtrack;
                          new background music & effects.

Copyright Note:    C.O. correspondence.

Variant title:     Rin Tin Tin : no. 88

Other Title:       Higgins' last stand.
                   The adventures of Rin-Tin-Tin.

Names:             Leonard, Herbert B., 1922-
                   CPT Holdings, Inc.

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
==============================================================================
```

Type of Work:        Motion Picture

Registration Number / Date:
                     PAu002574547 / 2001-05-16

Application Title: The adventures of Rin-Tin-Tin.

Title:               Rin Tin Tin : no. 9, The outcast of Fort Apache.

Description:         Videocassette (Betacam SP)

Copyright Claimant:
                     CPT Holdings, Inc. (employer for hire) & Herbert B.
                        Leonard, 1922-

Date of Creation: 1999

Previous Registration:
                     B & W version prev. reg. 1954, LP10472, renewed 1982, RE
                        115-488.

Basis of Claim:      New Matter: colorization; editing of footage & soundtrack;
                        new background music & effects.

Copyright Note:      C.O. correspondence.

Variant title:       Rin Tin Tin : no. 9

Other Title:         The outcast of Fort Apache.
                     The adventures of Rin-Tin-Tin.

Names:               Leonard, Herbert B., 1922-
                     CPT Holdings, Inc.

```
==============================================================================
```

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000150098 / 1982-11-26
                     Renewal registration for: LP0000010471 / 1954-12-03

Title:               Rin-Tin-Tin, outlaw.  By Screen Gems, Inc.

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rin-Tin-Tin, outlaw

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.

```
==============================================================================
```

Type of Work:        Motion Picture

Registration Number / Date:

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                        RE0000290557 / 1986-03-17
                        Renewal registration for: LP0000015489 / 1958-12-29

Title:                  Royal recruit.  By Screen Gems, Inc.

Series:                 The Adventures of Rin-Tin-Tin, no. 158

Copyright Claimant:
                        Herbert B. Leonard (PWH)

Variant title:          Royal recruit.

Names:                  Leonard, Herbert B.
                        Screen Gems, Inc.


================================================================================

Type of Work:           Motion Picture

Registration Number / Date:
                        RE0000290543 / 1986-03-17
                        Renewal registration for: LP0000015475 / 1958-10-17

Title:                  Running horse.  By Screen Gems, Inc.

Series:                 The Adventures of Rin-Tin-Tin television series, no. 144

Copyright Claimant:
                        Herbert B. Leonard (PWH)

Variant title:          Running horse.

Names:                  Leonard, Herbert B.
                        Screen Gems, Inc.


================================================================================

Type of Work:           Motion Picture

Registration Number / Date:
                        RE0000290542 / 1986-03-17
                        Renewal registration for: LP0000015474 / 1958-10-10

Title:                  Rusty's opportunity.  By Screen Gems, Inc.

Series:                 The Adventures of Rin-Tin-Tin television series, no. 143

Copyright Claimant:
                        Herbert B. Leonard (PWH)

Variant title:          Rusty's opportunity.

Names:                  Leonard, Herbert B.
                        Screen Gems, Inc.


================================================================================

Type of Work:           Motion Picture

Registration Number / Date:
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                     RE0000290533 / 1986-03-17
                     Renewal registration for: LP0000012358 / 1958-02-28

Title:               Rusty's remedy.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin television series, no. 131

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Rusty's remedy.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290529 / 1986-03-17
                     Renewal registration for: LP0000012081 / 1958-03-21

Title:               Sorrowful Joe's policy.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin television series, no. 134

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Sorrowful Joe's policy.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
                     RE0000290530 / 1986-03-17
                     Renewal registration for: LP0000012082 / 1958-03-07

Title:               Spanish gold.  By Screen Gems, Inc.

Series:              The Adventures of Rin-Tin-Tin television series, no. 132

Copyright Claimant:
                     Herbert B. Leonard (PWH)

Variant title:       Spanish gold.

Names:               Leonard, Herbert B.
                     Screen Gems, Inc.


================================================================================

Type of Work:        Motion Picture

Registration Number / Date:
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                        RE0000290553 / 1986-03-17
                        Renewal registration for: LP0000015485 / 1958-12-29

Title:                  Stagecoach to Phoenix.  By Screen Gems, Inc.

Series:                 The Adventures of Rin-Tin-Tin, no. 154

Copyright Claimant:
                        Herbert B. Leonard (PWH)

Variant title:          Stagecoach to Phoenix.

Names:                  Leonard, Herbert B.
                        Screen Gems, Inc.


================================================================================

Type of Work:           Motion Picture

Registration Number / Date:
                        RE0000290550 / 1986-03-17
                        Renewal registration for: LP0000015482 / 1958-12-12

Title:                  Star of India.  By Screen Gems, Inc.

Series:                 The Adventures of Rin-Tin-Tin television series, no. 151

Copyright Claimant:
                        Herbert B. Leonard (PWH)

Variant title:          Star of India.

Names:                  Leonard, Herbert B.
                        Screen Gems, Inc.


================================================================================

Type of Work:           Motion Picture

Registration Number / Date:
                        RE0000290532 / 1986-03-17
                        Renewal registration for: LP0000012357 / 1958-02-07

Title:                  Tomahawk Tubbs.  By Screen Gems, Inc.

Series:                 The Adventures of Rin-Tin-Tin television series, no. 128

Copyright Claimant:
                        Herbert B. Leonard (PWH)

Variant title:          Tomahawk Tubbs.

Names:                  Leonard, Herbert B.
                        Screen Gems, Inc.


================================================================================

Type of Work:           Motion Picture

Registration Number / Date:
```

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?PostSearchSortBy1...

```
                        RE0000290527 / 1986-03-17
                        Renewal registration for: LP0000012079 / 1958-01-24

Title:                  Top gun.  By Screen Gems, Inc.

Series:                 The Adventures of Rin-Tin-Tin, no. 127

Copyright Claimant:
                        Herbert B. Leonard (PWH)

Variant title:          Top gun.

Names:                  Leonard, Herbert B.
                        Screen Gems, Inc.


========================================================================

Type of Work:           Motion Picture

Registration Number / Date:
                        RE0000290535 / 1986-03-17
                        Renewal registration for: LP0000012084 / 1958-04-04

Title:                  Wind-Wagon McClanahan.  By Screen Gems, Inc.

Series:                 The Adventures of Rin-Tin-Tin television series, no. 136

Copyright Claimant:
                        Herbert B. Leonard (PWH)

Variant title:          Wind-Wagon McClanahan.

Names:                  Leonard, Herbert B.
                        Screen Gems, Inc.


========================================================================
```