**FREDRIKSON & BYRON, P.A.**
Lora M. Friedemann (MN# 259615)
 E-Mail: lfriedemann@fredlaw.com
Paul E. Thomas (SB# 208577)
 E-Mail: pthomas@fredlaw.com
200 South Sixth Street, Suite 4000
Minneapolis, MN 55042
Telephone: 612.492.7000

*Attorneys for Defendant*
BELLEAIR TRADING
INTERNATIONAL LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX KLEVEN, an individual; RIN, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DAPHNE HEREFORD, an individual; RIN TIN TIN, INC., a Texas Corporation; BELLEAIR TRADING INTERNATIONAL, LLC, a Florida limited liability company; DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 13-CV-02783 AB (AGRx)<br><br>**[PROPOSED] ORDER RE: BELLEAIR'S MOTION FOR AUTHORIZATION TO SERVE AND FILE (1) WITNESS LIST AND (2) AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>[Notice of Motion and Motion and Declaration of Lora Friedemann filed concurrently herewith]<br><br>Hearing Date: November 24, 2014<br>Time: 10:00 a.m.<br>Courtroom: 790 Roybal Building<br>Judge: The Honorable André Birotte. Jr. |

The Motion of Defendant Belleair Trading International, LLC ("Belleair") for an Order Authorizing Belleair to Serve and File a Witness List came on before the undersigned on November 17, 2014. Based on all of the all pleadings and papers on file in this action, and the arguments of counsel at the hearing,

It is HEREBY ORDERED:

1. Belleair's motion is GRANTED.

2. Belleair is authorized to serve and file a Witness List on or before November ___, 2014.

3. The parties are authorized to serve and file amended proposed findings of fact and conclusions of law on or before _____, 2014.

**IT IS SO ORDERED.**

Dated: _____

Hon. André Birotte, Jr.
United States District Court Judge

Dated:  October 27, 2014    /s/Lora Friedemann
Lora Friedemann
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402

[PROPOSED] ORDER

51649081_1.DOC