# PLAINTIFFS' TRIAL EXHIBIT 75

EXHIBIT L

**125**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,384,745

Registered Sep. 12, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## RIN TIN TIN CANINE AMBASSADOR CLUB

RIN TIN TIN INC. (TEXAS CORPORATION)
P.O. BOX 1505
ROSENBERG, TX 77471

FOR: EDUCATION AND ENTERTAINMENT; NAMELY PROMOTION OF RESPONSIBLE DOG OWNERSHIP THROUGH PROGRAMS PRESENTED TO SCHOOLS AND GROUPS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2–25–1998; IN COMMERCE 5–8–1998.

OWNER OF U.S. REG. NOS. 1,763,135 AND 2,265,042.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''CANINE'' AND ''CLUB'', APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75–576,774, FILED 10–22–1998.

J. TINGLEY, EXAMINING ATTORNEY

EXHIBIT L

75576774

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

11/17/1998 VDRISCOE 00000166 75576774

01 FC:361                    245.00-0P

PTO-1555
(5/87)

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

TRANSMITTAL LETTER, TRADEMARK APPLICATION, PRINCIPAL REGISTER
(EXPRESS MAIL)

| | | |
|---|---|---|
| Name of Applicant: | **RIN TIN TIN INC.** | Docket No. |
| International Class: | **41** | **T75 41712** |
| Trademark: | **RIN TIN TIN Canine Ambassador Club** | |
| Goods: | **Education and Entertainment** | |

### TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Transmitted herewith is a Trademark Application, Principal Register.

☒  A check in the amount of       **$245.00**      is attached.
Any excess or insufficiency should be credited or debited to Deposit Account No.   16-2460
A duplicate copy of this sheet is enclosed.

☐  Please charge Deposit Account No.              in the amount of
A duplicate copy of this sheet is enclosed.

*Signature*

Marc E. Hankin, Esq.
**PRETTY, SCHROEDER & POPLAWSKI**
444 So. Flower St., 19th Floor
Los Angeles, CA  90071
(213) 622-7700
e:mail - mhankin@psp-iplaw.com

Dated:   **October 22 1998**

I certify that this document and fee is being deposited on October 22 1998        with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10   and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA  22202-3513

*Signature of Person Mailing Correspondence*

**Elizabeth Campbell**

*Typed or Printed Name of Person Mailing Correspondence*

**EL243337507US**

*"Express Mail" Mailing Label Number*

cc:  Daphne Hereford

TM11/REV03

T75 41712

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK REGISTRATION UNDER SECTION 1(a)

Mark:  RIN TIN TIN Canine Ambassador Club

International Class: 41

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:


Applicant, RIN TIN TIN INC., is a corporation organized under the
laws of the State of Texas, has its principal place of business at P.O. Box 1505,
Rosenberg, TX 77471, and is owned by Daphne Hereford, a United States citizen
domiciled in the State of Texas.


The above-identified Applicant has adopted and is using the service
mark shown in the accompanying drawing for the following services in International
Class 41:


EDUCATION AND ENTERTAINMENT; NAMELY promotion of
responsible dog ownership through programs presented to schools and groups;


and requests that the mark be registered in the United States Patent and Trademark

1

T75 41712

Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used in connection with the services at least as early as February 25, 1998; was first used in interstate commerce at least as early as May 8, 1998; and is now in use in such commerce.

The mark is used in connection with the services described in all literature teaching responsible dog ownership and advertising materials used to promote the company and its services and three specimens of a service training manual showing the mark as actually used are presented herewith.

## POWER OF ATTORNEY

Applicant hereby appoints Richard A. Wallen, Michael J. MacDermott, and Marc E. Hankin of Pretty, Schroeder & Poplawski, 444 South Flower Street, 19th Floor, Los Angeles, California, 90071-2921, all members of the Bar of the State of California, and all admitted to practice before the U.S. Patent and Trademark Office, to prosecute this application to registration, to transact all business in the U.S. Patent and Trademark Office in connection with it, and to receive the certificate of registration. Please direct all written communication to Marc E. Hankin at the above address and please direct all telephone calls to Marc E. Hankin at (213)622-7700, extension 105.

S:\MEH\RRINTI\AMBASSDR.CLB\TMAPP.1

2

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that she is properly authorized to execute this application on behalf of the Applicant; that she believes the Applicant to be the owner of the trademark sought to be registered, or, if the application is being filed under 15 U.S.C. § 1051(b), she believes Applicant to be entitled to use such mark in commerce; that to the best of her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

RIN TIN TIN INC.

Dated: October 22, 1998            By: _____

Daphne Hereford
Owner

3

# RIN TIN TIN Canine Ambassador Club



Organized in an attractive binder the <u>GUIDELINES FOR AMBASSADORS</u>

provides members easy to follow plans and detailed information to:

* Assist members in locating, organizing, planning and implementing
public education programs in local public schools, day care centers,
at community events including Rare Breed Dog Shows and  exhibitions.

* A complete and concise selection of age specific presentations
suitable for audiences consisting of children (grades k-6) or adults.
Easy to follow pre-prepared programs will make presentations simple
for Ambassadors.

* Access to a coordinated network of RIN TIN TIN Canine Ambassadors
nationwide to develop and implement new and innovative approaches to
public education efforts that promote Responsible Dog Ownership.

* A complete supply of Materials Order Forms, Activity Sheets,
Report Forms , Program Evaluation Forms to assist you in preparing
and presenting quality programs in your community.

* Ambassadors will receive regular mailing containing updated
material to insure that the programs presented continue to be
interesting to the audiences.  Mailings will include updated
Activity Sheets for Children and educational materials for adults.

* * * * * * * *

The <u>GUIDELINES FOR AMBASSADORS</u>  binder is included with each
<u>Club membership (1 binder per club)</u> and each Individual membership.

The <u>Guidelines For Ambassadors</u>  provides Ambassadors a Step-By-Step
program to develop and initiate programs.

Club memberships are provided two (2) Ambassadors for the membership
dues to allow the maximum number of presentations in their areas.

Individual memberships are available for those individuals who do
not have a club affiliation but who want to promote responsible
dog ownership in their communities.

* * * * * * * *    75576774



10-22-1998

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #64

INT CLASS

41

**DRAWING**

| | |
|---|---|
| Applicant: | RIN TIN TIN INC. |
| Address: | P.O. Box 1505<br>Rosenberg, TX 77471 |
| Services: | EDUCATION AND ENTERTAINMENT; NAMELY promotion of responsible dog ownership through programs presented to schools and groups;<br>In International Class 41. |
| First Use:<br>In Commerce: | At least as early as February 25, 1998<br>At least as early as May 8, 1998 |

RIN TIN TIN Canine Ambassador Club

**TRADEMARK**

75576774

4

133

# PLAINTIFFS' TRIAL EXHIBIT 76

EXHIBIT M

**134**

# 76296384

TRADEMARK APPLICATION SERIAL NO. _____

**U.S. DEPARTMENT OF COMMERCE**
**PATENT  AND TRADEMARK OFFICE**
**FEE RECORD SHEET**

08/13/2001 SWILSON1 00000035 76296384

01 FC:361                              325.00 OP

EXHIBIT M

*U.S. Government Printing Office: 2000 — 466-232/29119

## DAVID M. O'BRIAN, P.C.

*Attorney at Law*

5007 HARTWELL DRIVE
HOUSTON, TEXAS 77084

DAVID M. O'BRIAN

August 6, 2001

INTELLECTUAL PROPERTY LAW

TELEPHONE (281) 345-2833
FACSIMILE (281) 345-2844

File: RRT 07

*via* First Class Mail

Box NEW APP FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:   Daphne Hereford
      Service Mark Application for "**RIN TIN TIN**," in International Class 41

Dear Sir:

Enclosed herewith for registration of the above-identified mark in International Class 41 are:

1.   Applicant, Daphne Hereford's federal service mark application for "**RIN TIN TIN**" mark, based on actual use of the service mark.

2.   At least three (3) specimens attached to the application showing the mark as it is actually used in interstate commerce.

3.   The undersigned's check in the amount of $325.00 for the filing fee in class 41.

4.   A return receipt postcard.

Please file this application in your usual manner and stamp the date of receipt on the enclosed postcard and return it to me via the U.S. Postal Service.

Respectfully submitted,

David M. O'Brian

DMO/plo
Enclosures

136

## MAILING CERTIFICATE

DATE OF DEPOSIT: *August 6, 2001*

I hereby certify that this paper or fee is being deposited with the United States Postal Service - First Class Mail To Addressee Service under 37 CFR § 1.8 on the above indicated date and is addressed to:   Box NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

Signature of Depositor

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## TRADEMARK EXAMINING OPERATION

MARK:  RIN TIN TIN

CLASS:  Intl. Class 41

Box NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

## APPLICATION FOR SERVICE MARK REGISTRATION

Sir:

1.     Applicant is Daphne Hereford, an individual and citizen of the United States of America, maintaining an address at 13501 Hooper Rd., #14, Houston, Texas, 77047.

2.     Applicant has adopted and is using the mark shown in the accompanying drawing, pursuant to 15 U.S.C. § 1051(a), as amended, in connection with the following services, in International Class 41 described as follows:

a mail order fan club service providing materials promoting the breeding, training, raising and showing of the authentic RIN TIN TIN German Shepherd dog lineage, in International Class 41.

3.     Applicant is the registrant of the RIN TIN TIN service mark and trademark, U.S. Reg. Nos. 1,763,378  1,763,135,  2,265,042 and 2,383,745 and is the owner of Reg. Nos. 1,763,135,  2,265,042  and 2,384,745.

137

4.     Applicant requests that the mark be registered in the United States Patent and Trademark Office on the principal register in accordance with the Lanham Act of July 5, 1946, 15 U.S.C. § 1051 *et. seq*., as amended.

5.     The mark was first used in association with the services cited herein at least as early as December 17, 1980.  The mark was first used in association with the services cited herein in interstate commerce at least as early as December 17, 1980,  and is now in use in such commerce.

6.     The mark is displayed on printed material describing Applicant's services.  The Applicant has attached hereto at least three trademark specimen which illustrate the RIN TIN TIN mark as it is actually used by the Applicant.

7.     The RIN TIN TIN mark is a typewritten mark, as illustrated on the drawing sheet attached hereto.

8.     The Applicant hereby appoints David M. O'Brian, maintaining an office at 5007 Hartwell Drive, Houston, Texas 77084, being a member of the bar of the State of Texas, as its attorney with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to handle all matters in the Patent and Trademark Office in connection therewith, to receive the registration certificate, and to handle all matters in connection with such mark after issuance of such registration.

9.     David M. O'Brian whose postal address is 5007 Hartwell Drive, Houston, Texas 77084 is hereby designated Applicant's representative upon whom notices or process in proceedings affecting the mark may be served.

10.     Please address all correspondence to:

David M. O'Brian
David M. O'Brian, P.C.
5007 Hartwell Drive
Houston, Texas 77084
(281) 345-2833 Tel.
(218) 345-2844 Fax

11.    Daphne Hereford, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and such willful false statements may jeopardize the validity of the application or any registration resulting therefrom, declares:

That she is the owner of the mark sought to be registered; or, if the application is being filed under 15 U.S.C. § 1051(b), she believes herself to be entitled to use such mark in commerce; that to the best of her knowledge and belief, no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods and/or services of such other person, to cause confusion, or to cause mistake, or to deceive; that the facts set forth in this application are true; that all statements made of her own knowledge and all statements made on information and belief are believed to be true.

_____

Daphne Hereford, Applicant

Date: _26 July 2001_

08-08-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #88

APPLICANT:        Daphne Hereford

ADDRESS:          13501 Hooper Road, #14
                  Houston, Texas  77047

DATE OF FIRST USE:
    ANYWHERE:     December 17, 1980
    COMMERCE:     December 17, 1980

GOODS OR SERVICES:        a mail order fan club service providing
                          materials promoting the breeding, training,
                          raising and showing of the authentic RIN
                          TIN TIN German Shepherd dog lineage, in
                          International Class 41.

RIN TIN TIN

ATTORNEY:        David M. O'Brian

ADDRESS:         5007 Hartwell Drive
                 Houston, Texas 77084

- 4 -
140

76296384



**April May June 2000**

The official publication of the Rin Tin Tin Fan Club

## Contents

AfriKids Update  page 3

Spay or Neuter ?  page 5

Rin Tin Tin Millenium Dog  page 6

Rin Tin Tin Brags  page 7

Rinty on Tour  page 4

Rin Tin Tin's Amazing Adventures page 8

# Rin Tin Tin

Endorsement

:nt with Trilogy

08-08-2001
U.S. Patent & TMOfc/TM Mall Rcpt Dt. #26    national gets a "High
I ive" for their quality Best Friends
products and Life's Abundance Dog
Food with the exclusive endorsement
by Rin Tin Tin.

Rin Tin Tin, is so pleased with the
products produced under the direction
of well known Holistic Veterinarian and
nutritionist, Dr. Jane Bicks, it will
offer the full line of health and beauty
products for pets and the Life's
Abundance Dog Food on the Official
Rin Tin Tin Website at
RinTinTin.Com
Rin Tin Tin will appear in a
Nationwide infomercial for
Trilogy/HealthyPetNet.Net
products beginning in June. Contact
Trilogy International field
representative Lorrain Zdeb at
908.874.5717

Best Friends products that received
the endorsement include:
Herbal Shed Loss
Herbal Skin Conditioning Shampoo
Soothing Mist
Odor Remover
Agility Formula
Countdown
Advanced Vitamin & Mineral
Supplement
Life's Abundance Dog Food



# Rin Tin Tin
## To Star in Serial

Rin Tin Tin will star in a film titled, King of the Park Rangers which is the first Full Length Serial to be filmed since 1956. The film, produced by Cliffhanger Productions, will feature 12 Chapters in the true Cliffhanger tradition of years past. Beginning in the 1920s and continuing through the late 1950s, cliffhangers were the film's of choice by audiences worldwide.

Cliffhanger Productions Producer, T.J. Moore, said," We are delighted to have Rin Tin Tin star in this production and look forward to the tentative fall release of the serial". Moore hopes to have the serial ready for pre-premier during the Groom Expo Convention to be held in Hershey, Pennsylvania September 7-10, 2000. Following the pre-premier, the serial will be taken to various Film Festivals for consideration by top networks.

The serial will begin filming in Philadelphia on May 20, 2000. Rin Tin Tin will be handled by noted Search & Rescue Trainer, Beth Barkey. Barkley has worked with Rinty for several months in preparation for the film. Filming will also take place in New Jersey for certain segments. The serial is set in New Jersey and the plot has Rinty belonging to a Park Ranger, Patricia King. King and Rinty work diligently to solve New Jersey crimes and expose the suspect, a local myth called the Jersey Devil. The excitement, suspense and action of the serial will surely delight all audiences. For additional information about the serial contact Rin Tin Tin's owner/breeder Miss Daphne Hereford 713.434.9981 or via email atPRForRinTinTin@Aol.Com or T.J.Moore at 215.288.7796 orvia email at todd3d@yahoo.com

# RIN TIN TIN TO STAR IN BOOK SERIES!



08-08-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #61



A children's adventure-book series featuring Rin Tin Tin is currently in development. Details are still being worked out with a major publishing firm which has expressed interest in the project, but it is expected that the first books in the series, entitled Rin Tin Tin's Amazing Adventures, will reach store shelves at the same time that the upcoming Rin Tin Tin film, King of the Park Rangers, arrives in movie theaters.

Freelance writer Perry Cooper of Cincinnati, Ohio is writing Rin Tin Tin's Amazing Adventures. Farley Fox, an artist, is providing illustrations from Houston, Texas. Daphne Hereford, president of Rin Tin Tin Inc., is working closely with both the writer and the artist to supervise this exciting project.

The stories presented in these books are fictional, but they include many details from Rin Tin Tin's true-life story. For example, the first book in the series portrays Rinty as a puppy that is rescued from a bombed-out kennel in a European war zone by an American soldier. The soldier then brings Rinty home to a ranch he owns in Texas. This parallels the true story of the original Rin Tin Tin, who was rescued from a bombed-out kennel in France during World War I and brought to America. Similarly, the series shows Rinty becoming a Hollywood film star not long after arriving in the U.S., just like the real-life Rinty.

But there's plenty of fictional material added to the real-life background material in Rin Tin Tin's Amazing Adventures. The series features a wide variety of human and animal characters. These include serious characters like ten-year-old Kyle Davis, who becomes Rinty's best buddy, and funny characters such as Flash, a half-crazy cat who hates dogs. The stories feature a blend of humor and drama, all revolving around the great Rin Tin Tin.

More details about this project will be announced, as they become available.

-8-

76296384

Copy provided by USPTO from the TICRS Image Database on 06/20/2014

08-08-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #26



Promote

# Responsible Dog Ownership
# RIN TIN TIN
# Canine Ambassador Club



p.o. box 1505, rosenberg, texas  77471   281•239•7106  fax 281•232•3365  email DRINTINTIN@aol.com



76296384

Copy provided by USPTO from the TICRS Image Database on 06/20/2014

08-08-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #26



# Rin-Tin-Tin Fan Club

Certifies that

## David O'Brian

is a member in good standing

and is granted all the rights and privileges pertaining thereto.

*10 December 1999* | *Miss Daphne Hereford*
--- | ---
Date | Signature

76296384



# Rinty's News

April May June 2000

The official publication of the Rin Tin Tin Fan Club

## Contents

AfrKids Update  page 3

Spay or Neuter ?  page 5

Rin Tin Tin Millenium Dog  page 6

Rin Tin Tin Brags  page 7

Rinty on Tour  page 4

Rin Tin Tin's Amazing Adventures page 8

## Rin Tin Tin

||||||||||||||||||||||||||||||

08-08-2001

U.S. Patent & TMOfc/TM Mail RcptDt #26

Endorsement

Agreement with Trilogy

... national gets a "High Five" for their quality Best Friends products and Life's Abundance Dog Food with the exclusive endorsement by Rin Tin Tin.

Rin Tin Tin, is so pleased with the products produced under the direction of well known Holistic Veterinarian and nutritionist, Dr. Jane Bicks, it will offer the full line of health and beauty products for pets and the Life's Abundance Dog Food on the Official Rin Tin Tin Website at RinTinTin.Com

Rin Tin Tin will appear in a Nationwide infomercial for Trilogy/HealthyPetNet.Net products beginning in June. Contact Trilogy International field representative Lorrain Zdeb at 908.874.5717

Best Friends products that received the endorsement include:

Herbal Shed Loss

Herbal Skin Conditioning Shampoo

Soothing Mist

Odor Remover

Agility Formula

Countdown

Advanced Vitamin & Mineral Supplement

Life's Abundance Dog Food



## Rin Tin Tin

## To Star in Serial

Rin Tin Tin will star in a film titled, King of the Park Rangers which is the first Full Length Serial to be filmed since 1956. The film, produced by Cliffhanger Productions, will feature 12 Chapters in the true Cliffhanger tradition of years past. Beginning in the 1920s and continuing through the late 1950s, cliffhangers were the film's of choice by audiences worldwide.

Cliffhanger Productions Producer, T.J. Moore, said," We are delighted to have Rin Tin Tin star in this production and look forward to the tentative fall release of the serial". Moore hopes to have the serial ready for pre-premier during the Groom Expo Convention to be held in Hershey, Pennsylvania September 7-10, 2000. Following the pre-premier, the serial will be taken to various Film Festivals for consideration by top networks.

The serial will begin filming in Philadelphia on May 20, 2000. Rin Tin Tin will be handled by noted Search & Rescue Trainer, Beth Barkey. Barkley has worked with Rinty for several months in preparation for the film. Filming will also take place in New Jersey for certain segments. The serial is set in New Jersey and the plot has Rinty belonging to a Park Ranger, Patricia King. King and Rinty work diligently to solve New Jersey crimes and expose the suspect, a local myth called the Jersey Devil. The excitement, suspense and action of the serial will surely delight all audiences. For additional information about the serial contact Rin Tin Tin's owner/breeder Miss Daphne Hereford 713.434.9981 or via email atPRForRinTinTin@Aol.Com or T.J.Moore at 215.288.7796 orvia email at todd3d@yahoo.com

# RIN TIN T_ 1 TO STAR IN BOC_K SERIES!



08-08-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt #81

A children's adventure-book series featuring Rin Tin Tin is currently in
development. Details are still being worked out with a major publishing firm
which has expressed interest in the project, but it is expected that the first books
in the series, entitled Rin Tin Tin's Amazing Adventures, will reach store shelves
at the same time that the upcoming Rin Tin Tin film, King of the Park Rangers,
arrives in movie theaters.

Freelance writer Perry Cooper of Cincinnati, Ohio is writing Rin Tin Tin's Amazing
Adventures. Farley Fox, an artist, is providing illustrations from Houston, Texas.
Daphne Hereford, president of Rin Tin Tin Inc., is working closely with both the
writer and the artist to supervise this exciting project.

The stories presented in these books are fictional, but they include many details
from Rin Tin Tin's true-life story. For example, the first book in the series
portrays Rinty as a puppy that is rescued from a bombed-out kennel in a
European war zone by an American soldier. The soldier then brings Rinty home
to a ranch he owns in Texas. This parallels the true story of the original Rin Tin
Tin, who was rescued from a bombed-out kennel in France during World War I
and brought to America. Similarly, the series shows Rinty becoming a Hollywood
film star not long after arriving in the U.S., just like the real-life Rinty.

But there's plenty of fictional material added to the real-life background material
in Rin Tin Tin's Amazing Adventures. The series features a wide variety of human
and animal characters. These include serious characters like ten-year-old Kyle
Davis, who becomes Rinty's best buddy, and funny characters such as Flash, a
half-crazy cat who hates dogs. The stories feature a blend of humor and drama,
all revolving around the great Rin Tin Tin.

More details about this project will be announced, as they become available.

-8-

76296384



08-08-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #26



Promote

# Responsible Dog Ownership
# RIN TIN TIN
## Canine Ambassador Club

p.o. box 1505, rosenberg, texas  77471  281•239•7106  fax 281•232•3365  email DRINTINTIN@aol.com



76296384

147

08-08-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #26



# Rin-Tin-Tin Fan Club

Certifies that

## David O'Brian

is a member in good standing

and is granted all the rights and privileges pertaining thereto.

| | |
|---|---|
| *10 December 1999* | *Miss Daphne Hereford* |
| Date | Signature |

76296384



08-08-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #61



## The Official Publication Of The Rin-Tin-Tin Fan Club

*Rinty's News* is the official publication of the *Rin Tin Tin Fan Club* and is published
bi-monthly.  Membership dues are $20.00 US per year. Foreign $40.00 US per year.

Rin Tin Tin Fan Club

P.O. Box 1505

Rosenberg, Texas 77471

713.434.9981

www.RinTinTin.com   www.RinTinTin.org   www.RinTinTin.net
Email: Info@RinTinTin.org

### From The Editor......

Dear Fan Club Members:
What an exciting time the new Millenium has been for Rin Tin Tin.  On the horzion is an
infomercial that will air for Trilogy that features the famous canine, the filming of a serial, King of
the Park Rangers, the publishing of a series of children's books, Rin Tin Tin's Amazing Adventures
and Rin Tin Tin's participation with ArfKids Foundation (A Rinty For Kids) that provides Service
Dogs to disabled children at no cost.  And of course numerous personal appearances nationwide to
benefit ArfKids Foundation.  We look forward to seeing many of you as we tour with Rinty across
the country promoting ArfKids.  Yo Rinty !

Faithfully Yours,
Rin-Tin-Tin
Miss Daphne Hereford

### Rinty's "Official" Dog Food

Order **Life's Abundance Dog Food** Directly From The
Website.  It will be Delivered Right To Your Door !
www.RinTinTin.com

### Calendar of Events

| | |
|---|---|
| May 21, 2000 | Begin filming King of the Park Rangers, Philadelphia, Pennsylvania |
| June 2000 | Complete Children's book project- Rin Tin Tin's Amazing Adventures |
| | Trilogy Infomercial to air nationwide |
| September 7-10, 2000 | Groom Expo & NAPPS Convention – Hershey , Pennsylvania |
| October 28-November 4, 2000 | GSDCA National - Columbus, Ohio |

-2-

76296384



# ArfKids ..... an update

ArfKids continues to move forward in their efforts to provide Service Dogs to disabled children. A second candidate has been identified in Pennsylvania. His name is "Ricky" he is 17 years old and is confined to a wheel chair. ArfKids hopes to present "Ricky" his Service Dog on September 10, 2000 in conjunction with the appearance of Rin Tin Tin at the Groom Expo in Hershey, Pennsylvania. The candidate dogs will be transported to Gina West, ArfKids Board member and Certified Master Trainer, for training. Candidate dogs are from the Rin Tin Tin litter whelped February 12, 2000. Both are female, Rin Tin Tins Dot Gov and Rin Tin Tins Dot Org. One will be selected especially for "Ricky" and his particular needs

## ArfKids Board News

Congratulations to newly elected ArfKids Board members/positions:
Alice Fox, Texas, Vice President
Heather Lowe, Wyoming
Gina West, Virginia, Treasurer

## Non-Profit Status

ArfKids has received the IRS Employer Identification Number and applied for Non-Profit Corporation status in the state of Texas. The IRS 501(3)c application will be submitted to the IRS in May, 2000.
ArfKids has located an established kennel property in the Houston, Texas area that would be perfect for the facility and once the IRS has approved the 501(3)c application, fund raising efforts will begin to secure the property.

## ArfKids Website

The ArfKids website, under the direction of Board Member and WebWiz, Sarah Molina, continues to expand. The ArfKids application for a Service Dog has been added to the site. Frequent updates on candidates and accomplishments are added as well.

## Rin Tin Tin's Commitment to ArfKids

Rin Tin Tin incorporated has made a commitment to ArfKids to assist in the development and implementation of their worthwhile programs. All proceeds from the Millennium Tour will directly benefit ArfKids Foundation. Appearances scheduled include:

I.   An infomercial filmed by Trilogy International that will air Nationally beginning in June.

II.  A serial/film, "King of the Park Rangers" scheduled to begin shooting in May 2000

III. A series of children's books, Rin Tin Tin's Amazing Adventures will be published by Fall 2000.

IV.  A personal appearance by Rin Tin Tin at Groom Expo, Hershey, Pennsylvania, September 7-10, 2000.

## Getting Involved

Anyone interested in volunteering for ArfKids Foundation should contact any Board member for additional information.

**Miss Daphne Hereford**
**Rin Tin Tin incorporated**
713.434.9981
Email: ARintyforKids@aol.com
**Alice Fox**
713.468.0498
E-mail: Scorpio@Neosoft.Com
**Sarah Molina**
Email: Bluedogs@Charter.net
**Lori McCants**
**Sierra View Shepherds**
209.798.0125
**Ms. Linda Kury**
**American German Shepherd Rescue**
408.274.1272
Email: lindakury@aol.com
**Ms. Gina West**
**ArfKids Trainer**
540-890-1988
Email: MzBully@aol.com
**Ms. Kathy Stone**
936.449.4710
Email: Wolfkazzy@aol.com

-3-

**150**

# Rinty On Tour

The calendar remains busy for Rinty as he continues the "Millennium Tour". Named "The Official German Shepherd of the Millennium", Rin Tin Tin continues to be a sought after celebrity for public appearances.

## Illinois

Rin Tin Tin was a trememdous hit at the Chicagoland Family Pet Fair held in Chicago March 17-19, 2000. He posed for pictures with receipts benefiting ArfKids Foundation. An audience of nearly 40,000 attended the event.

## Pennsylvania

Rin Tin Tin will begin filming the serial, King of the Park Rangers in Philadelphia on May 20, 2000. The film is scheduled for release in the fall of 2000 during the Groom Expo event in Hershey, Pennsylvania September 7-10, 2000

## Flordia

Rin Tin Tin and Comapny flew to West Palm Beach Florida to participate int he filming of an infomercial for Trilogy International and HealthyPetNet.Net Best Friends Product line. The filming took place April 26-28, 2000 and will air nationwide in June 2000. Watch for Rinty and Friends. For additional information about Trilogy products contact Lorraine Zdeb 908.874.5717 or visit the Rin Tin Tin website at www.RinTinTin.com to Order products..

For information on an appearance by Rin Tin Tin to benefit ArfKids Foundation contact his

Promotional Director,
Mr. James Sedaris at:
713.434.9981
pubrel@RinTinTin.org
page 4

# SPAYING OR NEUTERING BRINGS HEALTH BENEFITS TO PETS

MANHATTAN -- Spaying or neutering pets is a common procedure and most pet owners have probably had some experience with having the procedure done on animals they have owned.

According to Dr. Kathy Gaughan, clinical instructor at Kansas State University's Veterinary Medical Teaching Hospital, many people may not know, though, that there are medical advantages to spaying or neutering pets.

"The direct health benefits of spaying or neutering are significant for the pet," Gaughan said. "If female pets are spayed before their first heat cycle, the risk of developing mammary tumors (breast cancer) is significantly reduced.

"Spaying female pets eliminates the risk of pyometra, an infection of the uterus," Gaughan said. "This disease can be very serious in female pets. Male pets can benefit, too," Gaughan said. "Neutering eliminates the risk of testicular cancer and reduces the risk of prostate disease.

"Spaying or neutering can help prolong a pet's life in a secondary way as well," Gaughan added. "When pets are spayed or neutered, their tendencies to roam or fight are greatly lessened. This prevents the pets from getting lost, stolen, hit by cars or contracting a disease."

Cats that fight can contract a serious disease called feline leukemia. This disease, which affects the bone marrow and breaks down the immune system of the cat, can be passed from feline to feline through saliva or blood. Cats also run the risk of contracting feline immune deficiency virus when they fight. This disease is very similar to HIV: It can lie dormant in the cat for quite a while, and it breaks down the immune system of the cat.

Spaying or neutering dogs can help keep them under control. Dogs that have not been spayed or neutered are more likely to run away from home. While running loose, they have a chance of being hit by a car, getting lost or taken to the animal shelter.

"I would advise pet owners to have their pets spayed or neutered. The medical advantages have been proven, and serious complications to the procedure are uncommon," Gaughan said. "Pets recover from surgery very quickly," Gaughan said. "Usually the day after surgery, most pets are bouncing around as if nothing ever happened." The cost of the procedure varies depending on the species and sex of the pet, but it is relatively inexpensive.

For more information, contact Kathy Gaughan (785) 532-5690.
Prepared by Angie Rupert.

Media Relations and Marketing
9 Anderson Hall
Manhattan KS 66506-0117
785-532-6415; Fax: 785-532-6418
E-mail: media@ksu.edu
Thursday, April 8, 1999

# Welcome New Members

The Rin Tin Tin Fan club would like to welcome the following New Members and Renewals.

Deanna Smith, Houston, Texas
Dan Condon, Middletown, Massachusetts
Cyndi Schardt, McMurray, Pennsylvania
James Jones, Oklahoma City, Oklahoma
Larry Brossard, Lombard, Illinois
Sandy Gray, Wichita Falls, Texas

# Renewals

The following memberships expire with this edition of Rinty's News.
To renew your membership simply complete the enclosed renewal form and return it to the Rin Tin Tin Fan Club, P.O. Box 1505, Rosenberg, Texas 77471

John Corother's, Harker Heights, Texas
Greg Dietrick, Sugarland, Texas
Ann & Jerry England, Ft Worth, Texas
Inger Jorgensen, Seabrook, Texas
Raymond Stanley, Houston, Texas
Karen Taylor, Spring, Texas
Robert McLean, Coldspring, Texas
Mark Milliken, Richmond, Texas

# Rin Tin Tin® Named Official German Shepherd Of The Millennium

Due to his extraordinary popularity and contributions to children and education, Rin Tin Tin® has been named the "Official German Shepherd of the Millennium " ©. ArfKids Foundation, an organization that provides Service Dogs to disabled children has honored Rin Tin Tin® with this prestigious distinction for his commitment to children. Rin Tin Tin® will make appearances during the Millennium Tour and all proceeds from the appearances will directly benefit the ArfKids Foundation. Rin Tin Tin®'s contributions will include the proceeds from his upcoming film, **King of the Park Rangers** as well as his appearance at the Groom Expo in Hershey, Pennsylvania in September. Another significant contribution will be the series of children's books slated for release in the fall of 2000, titled **Rin Tin Tin's Amazing Adventures**. " These contributions are greatly appreciated by the ArfKids Foundation and will assist us in placing much needed ArfKids Service Dogs with children across the United States", said Alice Fox, ArfKids Vice President.

-6-





Send your Brags about your dog to the Rin Tin Tin Fan Club to be included in the Next issue of Rinty's News.

PO Box 1505

Rosenberg, Texas 77471

## Rin Tin Tins Sugar Bear



Cody's (Rin Tin Tins Cha Cha Cha x Rin Tin Tin) favorite thing to do is to play ball. He is always focused on the ball... and can't Wait until I throw it to him.. He also love to search for things I hide for him and will keep looking till he fine it..We love to work & play on his obedience classes. Little brag here but he always tops in the classes..

My Cody is the most loyal Friend I could have ever had !!! He is such a joy in my life..Sandy & Cody....

## Major Show Wins



"Sandhill's DeJango" born September 15, 1999 out of AWSA Ch/WSCC ChTumbledowns Tejano Tango and sired by Multi Ch.Lynsdens D General has made quite a *showing* at recent white shepherd dog shows.

In 4 shows she had 2 Best Puppy's, 1 Best Opposite Puppy,2 winners Bitch's,2 Best of winners, and 1 Best of Breed.

She ended up with Two 5 point Majors One for AWSA and one for WSCC. Her Brother "Sandhill's Jake" had 1 Best Puppy,2 Best Opposite Puppy's and 2 reserve winners dog's.We were very Proud of both of them as I think Joanne Chanyi and Linda Proux were also! Brad Hansen, owner. Note: Lynden's DGeneral is out of Rin Tin Tins General Lee.

## Rin Tin Tins Gamber "Da" Sheep Dog

Rin Tin Tins Gambler impressed his proud owners, Ann and Jerry England, Ft Worth , Texas with his amazing Herding Instincts . Although "Gambler" is quite accomplished in Agility and obedience, his owners wanted to acquire his Herding Instinct Certificate. "Gambler" was taken to the Herding tests and amazed the audience with his Herding talents.

His first time On the Sheep, "Gambler" performed like an Expert and received the honor of Herding Instinct Certificate to applause from the crowd.

Owners, Ann and Jerry England operate Blue Pond Pet Sitting Service in the Ft Worth area and can be reached through their website at:

www.BluePondPets.Com



*You Are Cordially Invited To Become A Member of the "Official"*

# Rin Tin Tin® Fan Club

### Members Receive:



- **Rinty's News – The Official Tabloid Size Newspaper of the Rin Tin Tin® Fan Club is published Two times per year (Jan - June and July - December). Each issue contains informative pet-related articles, updates on Rin Tin Tin and his adventures as well as plenty of photographs.**

- **A collection of colorful Rin Tin Tin Novelty Stickers which includes the latest edition of the Official and colorful Rin Tin Tin Bumper Sticker.**

- **Autographed picture.**

- **Several Limited Edition Rin Tin Tin Premiums as they are issued. Including the Commemorative Cache Envelope with the Rinty-paw Canx created during the Special Post Office Cancellation Day on Sept. 10, 2005, several pictures of the Original Rin Tin Tin, Rin Tin Tin IV and Rin Tin Tin VIII.**

- **Special Discounts on Rin Tin Tin merchandise.**

Send membership dues of $18 (plus $3.85 postage) for U.S.
or $36 (plus $10 postage) for Foreign Memberships to:



(Send funds in United States Currency only Please)

Rin Tin Tin® Fan Club
P.O. Box 27
Crockett, Texas 75835
Or order Online and pay with PayPal in the Rinty
Store at www.RinTinTin.com

Name _____

Address _____

City,State,Zip _____

Additional Information _____

**155**

*You Are Cordially Invited To Become A Member of the*

# RIN TIN TIN®
## Fan Club

*Members Receive:*



- A collection of colorful Rin Tin Tin Novelty Stickers including the latest edition of the Official Rin Tin Tin Bumper Sticker.

- Autographed picture.

- Limited Edition Rin Tin Tin Premiums as they are issued. Including the Commemorative Cache Envelope with the Rinty-paw Cache created during the Special Post Office Cancellation Day on Sept. 10, 2005, several pictures of the Original Rin Tin Tin, Rin Tin Tin IV and Rin Tin Tin VIII.

- Special Discounts on Rin Tin Tin merchandise.

Send membership dues of $18 (plus $4.25 postage) for U.S.
or $36 (plus $12 postage) for Foreign Memberships to:



(Send funds in United States Currency only Please)

Rin Tin Tin® Fan Club
P.O. Box 27
Crockett, Texas 75835



Or order Online and pay with PayPal in the Rinty Store at www.RinTinTin.com

Name _____

Address _____

City,State,Zip _____

Additional Information _____

Rin Tin Tin is the Registered Trademark(s) of Miss Daphne Hereford and/or Rin Tin Tin incorporated

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,538,312

Registered Feb. 12, 2002

## SERVICE MARK
## PRINCIPAL REGISTER

## RIN TIN TIN

HEREFORD, DAPHNE (UNITED STATES CITI-ZEN)
13501 HOOPER RD., #14
HOUSTON, TX 77047

FOR: MAIL ORDER FAN CLUB SERVICE PROVIDING MATERIALS PROMOTING THE BREEDING, TRAINING, RAISING AND SHOWING OF THE AUTHENTIC RIN TIN TIN GERMAN SHEPHERD DOG LINEAGE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-17-1980; IN COMMERCE 12-17-1980.

OWNER OF U.S. REG. NOS. 1,763,135, 2,265,042, AND 2,383,745.

SER. NO. 76-296,384, FILED 8-8-2001.

GWEN STOKOLS, EXAMINING ATTORNEY

# PLAINTIFFS' TRIAL EXHIBIT 77

EXHIBIT N

158

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Trademark/Service Mark Application, Principal Register, with Declaration

### Serial Number: 78259868
### Filing Date: 06/09/2003

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | RIN TIN TIN |
| OWNER | |
| NAME | Hereford, Daphne |
| STREET | Post Office Box 27 |
| CITY | Crockett |
| STATE | TX |
| ZIP/POSTAL CODE | 75835 |
| COUNTRY | USA |
| PHONE | (936) 545-0471 |
| EMAIL | drintintin@aol.com |
| LEGAL ENTITY | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | USA |
| ATTORNEY | |
| NAME | Marc E. Hankin, Esq. |
| FIRM NAME | Gordon & Rees LLP |
| STREET | Gordon & Rees LLP 300 South Grand Avenue Suite 2075 |
| CITY | Los Angeles |
| STATE | CA |
| ZIP/POSTAL CODE | 90071 |
| COUNTRY | USA |

EXHIBIT N

159

| PHONE | (213) 576-5006 |
|---|---|
| FAX | (213) 680-4470 |
| EMAIL | MHankin@gordonrees.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | RTTI 1010568 |
| **CORRESPONDENCE** | |
| NAME | Marc E. Hankin, Esq. |
| FIRM NAME | Gordon & Rees LLP |
| STREET | Gordon & Rees LLP 300 South Grand Avenue Suite 2075 |
| CITY | Los Angeles |
| STATE | CA |
| ZIP/POSTAL CODE | 90071 |
| COUNTRY | USA |
| PHONE | (213) 576-5006 |
| FAX | (213) 680-4470 |
| EMAIL | MHankin@gordonrees.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **GOODS AND/OR SERVICES** | |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION TEXT | Printed publications, namely, magazines, pamphlets, books, activity and coloring books, posters, stickers, cards and business cards. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 11/18/2002 |
| FIRST USE IN COMMERCE DATE | 11/23/2002 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT5\IMAGEOUT5\782\598\78259868\xml1\APP0002.JPG |
| SPECIMEN DESCRIPTION | Specimen consists of depictions of Rin Tin Tin as an animated character in activity and coloring books and as a live character in motion pictures and television. |
| **GOODS AND/OR** | |

| SERVICES | |
|---|---|
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION TEXT | Entertainment services in the nature of television or motion pictures using a depiction of Rin Tin Tin as a live or animated character. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 11/18/2002 |
| FIRST USE IN COMMERCE DATE | 11/23/2002 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT5\IMAGEOUT5\782\598\78259868\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | Specimen consists of depictions of Rin Tin Tin as an animated character in activity and coloring books and as a live character in motion pictures and television. |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Daphne Hereford/ |
| SIGNATURE DATE | 06/06/2003 |
| SIGNATORY NAME | Daphne Hereford |
| SIGNATORY POSITION | owner/breeder of Rin Tin Tin |
| PAYMENT | |
| NUMBER OF CLASSES | 2 |
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 670 |
| TOTAL AMOUNT | 670 |
| RAM SALE NUMBER | 811 |
| RAM ACCOUNTING DATE | 06/09/2003 |
| FILING INFORMATION | |
| SUBMIT DATE | Mon Jun 09 12:43:27 EDT 2003 |
| TEAS STAMP | USPTO/BAS-21649226-2 0030609124327209134-78259868-2009c5ae99a a2c51f337a1b2387ca88 9e-DA-811-2003060617 1052228228 |

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Trademark/Service Mark Application, Principal Register, with Declaration

**Serial Number: 78259868**
**Filing Date: 06/09/2003**

## To the Commissioner for Trademarks:

**MARK:**  RIN TIN TIN

The applicant, DaphneHereford, a citizen of USA, residing at Post Office Box 27, Crockett, TX USA 75835, requests registration of the trademark/service mark shown on the drawing page in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. ? 1051(a), as amended.

International Class 016: Printed publications, namely, magazines, pamphlets, books, activity and coloring books, posters, stickers, cards and business cards.
International Class 041: Entertainment services in the nature of television or motion pictures using a depiction of Rin Tin Tin as a live or animated character.

In International Class 016: the mark was first used at least as early as 11/18/2002, and first used in commerce at least as early as 11/23/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Specimen consists of depictions of Rin Tin Tin as an animated character in activity and coloring books and as a live character in motion pictures and television..
  Specimen - 1


In International Class 041: the mark was first used at least as early as 11/18/2002, and first used in commerce at least as early as 11/23/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Specimen consists of depictions of Rin Tin Tin as an animated character in activity and coloring books and as a live character in motion pictures and television..
  Specimen - 1


The applicant, hereby appoints Marc E. Hankin, Esq. of  Gordon & Rees LLP, Gordon & Rees LLP 300

162

South Grand Avenue Suite 2075, Los Angeles, CA USA 90071 to submit this application on behalf of the applicant.

A fee payment in the amount of $670 will be submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Daphne Hereford/   Date: 06/06/2003
Signatory's Name: Daphne Hereford
Signatory's Position: owner/breeder of Rin Tin Tin

Mailing Address:
    Marc E. Hankin, Esq.
    Gordon & Rees LLP 300 South Grand Avenue Suite 2075
    Los Angeles, CA 90071

RAM Sale Number: 811
RAM Accounting Date: 06/09/2003

Serial Number: 78259868
Internet Transmission Date: Mon Jun 09 12:43:27 EDT 2003
TEAS Stamp: USPTO/BAS-21649226-20030609124327209134-78259868-
2009c5ae99aa2c51f337a1b2387ca889e-DA-811-20030606171052228228





**FILING DATE:**

2003/06/09



**SERIAL NUMBER:**

78/259868



TRADEMARK APPLICATION

FEE RECORD SHEET

RAM SALE NUMBER:  811

RAM ACCOUNTING DATE:  20030609

| Description | Fee Code | Fee Amount | Number Of Classes | Total Fees Paid |
|---|---|---|---|---|
| New App | 7001 | 335 | 2 | 670 |

Int. Cls.: 16, 28 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,969,852

Registered July 19, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# RIN TIN TIN

HEREFORD, DAPHNE (UNITED STATES INDIVIDUAL)
POST OFFICE BOX 27
CROCKETT, TX 75835

FOR: PRINTED PUBLICATIONS, NAMELY, MAGAZINES, PAMPHLETS, BOOKS AND COMIC BOOKS ABOUT GERMAN SHEPARD DOGS; ACTIVITY AND COLORING BOOKS, POSTERS, STICKERS, BUSINESS CARDS, AND CARDS IN THE NATURE OF GREETING CARDS AND TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-18-2002; IN COMMERCE 11-23-2002.

FOR: PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-18-2002; IN COMMERCE 11-23-2002.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF AN ONGOING TELEVISION SERIES IN THE FIELD OF VARIETY AND MOTION PICTURES FEATURING A GERMAN SHEPARD DOG AS A LIVE OR ANIMATED CHARACTER, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-18-2002; IN COMMERCE 11-23-2002.

OWNER OF U.S. REG. NOS. 1,763,135, 2,265,042, AND 2,538,312.

SER. NO. 78-259,868, FILED 6-9-2003.

SUSAN HAYASH, EXAMINING ATTORNEY

167

# PLAINTIFFS' TRIAL EXHIBIT 78

EXHIBIT O

**168**

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78393500
### Filing Date: 03/30/2004

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | [RIN TIN TIN](#) |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | RIN TIN TIN |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Hereford, Daphne |
| STREET | Post Office Box 27 |
| CITY | Crockett |
| STATE | TX |
| ZIP/POSTAL CODE | 75835 |
| COUNTRY | USA |
| PHONE | (936) 545-0471 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | USA |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 016 |
| | Printed publications, namely, children's |

EXHIBIT O

169

| DESCRIPTION | books. |
|---|---|
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/06/2001 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/06/2001 |

## SIGNATURE SECTION

| SIGNATURE | /Marc E. Hankin/ |
|---|---|
| SIGNATORY NAME | Marc E. Hankin |
| SIGNATORY DATE | 03/30/2004 |
| SIGNATORY POSITION | Attorney of Record |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |

## ATTORNEY

| NAME | Marc E. Hankin |
|---|---|
| FIRM NAME | Hankin Patent Law |
| INTERNAL ADDRESS | Suite 200 |
| STREET | 9034 Sunset Boulevard |
| CITY | West Hollywood |
| STATE | CA |
| ZIP/POSTAL CODE | 90069 |
| COUNTRY | USA |
| PHONE | (310) 275-6946 |
| FAX | (310) 274-8643 |
| EMAIL | marc@hankinpatentlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | RTTI |

## CORRESPONDENCE SECTION

| NAME | Marc E. Hankin |
|---|---|

| | |
|---|---|
| FIRM NAME | Hankin Patent Law |
| INTERNAL ADDRESS | Suite 200 |
| STREET | 9034 Sunset Boulevard |
| CITY | West Hollywood |
| STATE | CA |
| ZIP/POSTAL CODE | 90069 |
| COUNTRY | USA |
| PHONE | (310) 275-6946 |
| FAX | (310) 274-8643 |
| EMAIL | marc@hankinpatentlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Mar 30 18:44:46 EST 2004 |
| TEAS STAMP | USPTO/BAS-691118184-20040 330184446278557-78393500-2007a8d552d714391e4e3e3ec d47245e1-CC-469-200403301 84034255353 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78393500
### Filing Date: 03/30/2004

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of RIN TIN TIN.

The applicant, Daphne Hereford, a citizen of USA, residing at Post Office Box 27, Crockett, TX, USA, 75835, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

    International Class 016: Printed publications, namely, children's books.

In International Class 016, the mark was first used at least as early as 04/06/2001, and first used in commerce at least as early as 04/06/2001, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services.

The applicant hereby appoints Marc E. Hankin of Hankin Patent Law, Suite 200, 9034 Sunset Boulevard, West Hollywood, CA, USA, 90069 to submit this application on behalf of the applicant. The attorney docket/reference number is RTTI.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: marc@hankinpatentlaw.com.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is

properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Marc E. Hankin/   Date: 03/30/2004
Signatory's Name: Marc E. Hankin
Signatory's Position: Attorney of Record


Mailing Address:
    Marc E. Hankin
    Suite 200
    9034 Sunset Boulevard
    West Hollywood, CA 90069

RAM Sale Number: 469
RAM Accounting Date: 03/31/2004

Serial Number: 78393500
Internet Transmission Date: Tue Mar 30 18:44:46 EST 2004
TEAS Stamp: USPTO/BAS-691118184-20040330184446278557
-78393500-2007a8d552d714391e4e3e3ecd4724
5e1-CC-469-20040330184034255353

# RIN TIN TIN

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,111,161

Registered July 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# RIN TIN TIN

HEREFORD, DAPHNE (UNITED STATES INDI-VIDUAL)
POST OFFICE BOX 27
CROCKETT, TX 75835

FOR: PRINTED PUBLICATIONS, NAMELY, CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-6-2001; IN COMMERCE 4-6-2001.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-393,500, FILED 3-30-2004.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-NEY

# PLAINTIFFS' TRIAL EXHIBIT 79

EXHIBIT P

**176**

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 78880963**
**Filing Date: 05/10/2006**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | RIN TIN TIN |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | RIN TIN TIN |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Hereford, Daphne |
| *STREET | Post Office Box 27 |
| *CITY | Crockett |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 75835 |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |

EXHIBIT P

177

| | |
|---|---|
| * COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 018 |
| *DESCRIPTION | Dog clothing |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a tote bag sold by Applicant |
| *DESCRIPTION | Dog collars |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a tote bag sold by Applicant |
| *DESCRIPTION | Dog leashes |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a tote bag sold by Applicant |
| *DESCRIPTION | Dog shoes |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a tote bag sold by Applicant |

| *DESCRIPTION | Handbags |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0003.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a tote bag sold by Applicant |
| *DESCRIPTION | Purses |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0003.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a tote bag sold by Applicant |
| *DESCRIPTION | Tote bags |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0003.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a tote bag sold by Applicant |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 021 |
| *DESCRIPTION | Bowls |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/05/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/05/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0004.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a mug sold by Applicant |
| *DESCRIPTION | Brushes for pets |
| *FILING BASIS | SECTION 1(a) |

| | |
|---|---|
| *FIRST USE ANYWHERE DATE | At least as early as 01/05/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/05/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5 \788\809\78880963\xml1\FT K0004.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a mug sold by Applicant |
| *DESCRIPTION | Cups |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/05/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/05/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5 \788\809\78880963\xml1\FT K0004.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a mug sold by Applicant |
| *DESCRIPTION | Mugs |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/05/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/05/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5 \788\809\78880963\xml1\FT K0004.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a mug sold by Applicant |
| *DESCRIPTION | Pet brushes |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/05/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/05/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5 \788\809\78880963\xml1\FT K0004.JPG |
| SPECIMEN DESCRIPTION | Mark as it appears on a mug sold by Applicant |
| *DESCRIPTION | Pet feeding dishes |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/05/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/05/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5 \788\809\78880963\xml1\FT K0004.JPG |

| SPECIMEN DESCRIPTION | Mark as it appears on a mug sold by Applicant |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 025 |
| *DESCRIPTION | Caps |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0005.JPG |
| SPECIMEN DESCRIPTION | Mark as seen on shirt sold by Applicant |
| *DESCRIPTION | Hats |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0005.JPG |
| SPECIMEN DESCRIPTION | Mark as seen on shirt sold by Applicant |
| *DESCRIPTION | Jackets |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0005.JPG |
| SPECIMEN DESCRIPTION | Mark as seen on shirt sold by Applicant |
| *DESCRIPTION | Muffs |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0005.JPG |
| SPECIMEN DESCRIPTION | Mark as seen on shirt sold by Applicant |
| *DESCRIPTION | Scarves |

| | |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0005.JPG |
| SPECIMEN DESCRIPTION | Mark as seen on shirt sold by Applicant |
| *DESCRIPTION | Slippers |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0005.JPG |
| SPECIMEN DESCRIPTION | Mark as seen on shirt sold by Applicant |
| *DESCRIPTION | Sweat shirts |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0005.JPG |
| SPECIMEN DESCRIPTION | Mark as seen on shirt sold by Applicant |
| *DESCRIPTION | T-shirts |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 03/18/2004 |
| *FIRST USE IN COMMERCE DATE | At least as early as 03/18/2004 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0005.JPG |
| SPECIMEN DESCRIPTION | Mark as seen on shirt sold by Applicant |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 028 |
| *DESCRIPTION | Board games |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 11/30/2005 |

| | |
|---|---|
| *FIRST USE IN COMMERCE DATE | At least as early as 02/01/2006 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0006.JPG |
| | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0007.JPG |
| SPECIMEN DESCRIPTION | Plush dog with former hangtag attached to left ear and close-up of new hangtag |
| *DESCRIPTION | Dog toys |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 11/30/2005 |
| *FIRST USE IN COMMERCE DATE | At least as early as 02/01/2006 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0006.JPG |
| | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0007.JPG |
| SPECIMEN DESCRIPTION | Plush dog with former hangtag attached to left ear and close-up of new hangtag |
| *DESCRIPTION | Plush toys |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 11/30/2005 |
| *FIRST USE IN COMMERCE DATE | At least as early as 02/01/2006 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0006.JPG |
| | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0007.JPG |
| SPECIMEN DESCRIPTION | Plush dog with former hangtag attached to left ear and close-up of new hangtag |
| *DESCRIPTION | Puzzles |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 11/30/2005 |
| *FIRST USE IN COMMERCE DATE | At least as early as 02/01/2006 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5\788\809\78880963\xml1\FT K0006.JPG |
| | \\TICRS\EXPORT5\IMAGEOUT5 |

| | |
|---|---|
| | \788\809\78880963\xml1\FT K0007.JPG |
| SPECIMEN DESCRIPTION | Plush dog with former hangtag attached to left ear and close-up of new hangtag |
| *DESCRIPTION | Soft sculpture plush toys |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 11/30/2005 |
| *FIRST USE IN COMMERCE DATE | At least as early as 02/01/2006 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT5\IMAGEOUT5 \788\809\78880963\xml1\FT K0006.JPG |
| | \\TICRS\EXPORT5\IMAGEOUT5 \788\809\78880963\xml1\FT K0007.JPG |
| SPECIMEN DESCRIPTION | Plush dog with former hangtag attached to left ear and close-up of new hangtag |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of U.S. Registration Number(s) 1763135, 2538312, 2969852, and others. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Marc E. Hankin |
| ATTORNEY DOCKET NUMBER | Hereford - RTT 2006 |
| FIRM NAME | Hankin Patent Law, A Professional Corporation |
| STREET | 11414 Thurston Circle |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90049 |
| PHONE | 310-892-1613 |

| | |
|---|---|
| FAX | 3310-274-8643 |
| EMAIL ADDRESS | marc@hankinpatentlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Marc E. Hankin |
| FIRM NAME | Hankin Patent Law, A Professional Corporation |
| *STREET | 11414 Thurston Circle |
| * CITY | Los Angeles |
| *STATE (Required for U.S. applicants) | California |
| * COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 90049 |
| PHONE | 310-892-1613 |
| FAX | 3310-274-8643 |
| * EMAIL ADDRESS | marc@hankinpatentlaw.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 4 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 1100 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Marc E. Hankin/ |
| * SIGNATORY NAME | Marc E. Hankin |
| SIGNATORY POSITION | Attorney |
| * SIGNATURE DATE | 05/10/2006 |

## FILING INFORMATION SECTION

| | |
|---|---|
| SUBMIT DATE | Wed May 10 20:46:56 EDT 2006 |
| TEAS STAMP | USPTO/FTK-71.129.66.185-2 0060510204656859892-78880 963-3326591293986799edb51 e18edbaa012c2-CC-672-2006 |

| | 0510200427313701 |
|---|---|

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 78880963**
**Filing Date: 05/10/2006**

To the Commissioner for Trademarks:

# RIN TIN TIN









## Outside back

Rin Tin Tin

www.timeless-toys.com

© 2006 Timeless Toys, Inc ®
All New Materials
Product of China

Barcode Here

*Please Remove All Plastic
Taggers and Hangtags if
Given to a Child Under Age 6*

## Outside front



Rin Tin Tin

## Inside left

A portion of the proceeds from the purchase
of this fully licensed Rin Tin Tin product
will support ARFkids Foundation,
incorporated, a 501(c)3 organization
that provides Pet Assisted Therapy
and Service Dogs to children nationwide.
www.RinTinTin.com
www.ARFkids.com

Rin Tin Tin is the registered Trademark(s) of
Miss Daphne Hereford
and Rin Tin Tin Incorporated.

## Inside right

The 88 year legacy of the Amazing

**Rin Tin Tin®** continues to entertain

audiences with his heroic performances on

film, at special events, and in children's books.

In addition to his service to the community,

many of his progeny help special needs

children nationwide.



Int. Cls.: 18, 21, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 29, 30, 33, 38, 39, 40, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 3,215,700

Registered Mar. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# RIN TIN TIN

HEREFORD, DAPHNE (UNITED STATES INDI-VIDUAL)
POST OFFICE BOX 27
CROCKETT, TX 75835

FOR: DOG CLOTHING; DOG COLLARS; DOG LEASHES; DOG SHOES; HANDBAGS; PURSES; TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 3-18-2004; IN COMMERCE 3-18-2004.

FOR: BOWLS; BRUSHES FOR PETS; CUPS; MUGS; PET BRUSHES; PET FEEDING DISHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-5-2004; IN COMMERCE 1-5-2004.

FOR: CAPS ; HATS; JACKETS; MUFFS; SCARVES; SLIPPERS; SWEAT SHIRTS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-18-2004; IN COMMERCE 3-18-2004.

FOR: BOARD GAMES; DOG TOYS; PLUSH TOYS; PUZZLES; SOFT SCULPTURE PLUSH TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-30-2005; IN COMMERCE 2-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,763,135, 2,969,852 AND OTHERS.

SER. NO. 78-880,963, FILED 5-10-2006.

FLORENTINA BLANDU, EXAMINING ATTORNEY

194

# PLAINTIFFS' TRIAL EXHIBIT 80

EXHIBIT Q

195

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77194606**
**Filing Date: 05/31/2007**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | RIN TIN TIN |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | RIN TIN TIN |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Daphne Hereford |
| *STREET | P.O. Box 27 |
| *CITY | Crockett |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 75835 |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |

EXHIBIT Q

196

| | |
|---|---|
| **\*** COUNTRY OF CITIZENSHIP | United States |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **\***INTERNATIONAL CLASS | 031 |
| **\***FIRST USE ANYWHERE DATE | At least as early as 04/18/1998 |
| **\***FIRST USE IN COMMERCE DATE | At least as early as 05/01/1998 |
| **\***DESCRIPTION | Dog food |
| **\***FILING BASIS | SECTION 1(a) |
| **\***FIRST USE ANYWHERE DATE | At least as early as 04/18/1998 |
| **\***FIRST USE IN COMMERCE DATE | At least as early as 05/01/1998 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT13\771\946\77194606\xml1\FTK0003.JP G |
| | \\TICRS2\EXPORT13\771\946\77194606\xml1\FTK0004.JP G |
| | \\TICRS2\EXPORT13\771\946\77194606\xml1\FTK0005.JP G |
| | \\TICRS2\EXPORT13\771\946\77194606\xml1\FTK0006.JP G |
| SPECIMEN DESCRIPTION | screen shot of webpage showing goods and ordering information |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| **\***TRANSLATION (if applicable) | |
| **\***TRANSLITERATION (if applicable) | |
| **\***CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of U.S. Registration Number(s) 1763135, 2265042, 2384745, and others. |
| **\***CONSENT (NAME/LIKENESS) (if applicable) | |
| **\***CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | John W. Montgomery |
| ATTORNEY DOCKET NUMBER | 17345/005001 |
| FIRM NAME | Osha Liang LLP |
| STREET | |

| STREET | 1221 McKinney, Suite 2800 |
|---|---|
| CITY | Houston |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77010 |
| PHONE | 713-228-8600 |
| FAX | 713-228-8778 |
| EMAIL ADDRESS | docketing@oshaliang.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Elizabeth W. King, Jonathan P. Osha, T. Chyau Liang, Jeffrey S. Bergman, Thomas K. Scherer |

## CORRESPONDENCE INFORMATION

| *NAME | John W. Montgomery |
|---|---|
| FIRM NAME | Osha Liang LLP |
| *STREET | 1221 McKinney, Suite 2800 |
| * CITY | Houston |
| * STATE (Required for U.S. applicants) | Texas |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 77010 |
| PHONE | 713-228-8600 |
| FAX | 713-228-8778 |
| * EMAIL ADDRESS | docketing@oshaliang.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |

## SIGNATURE INFORMATION

| * SIGNATURE | /daphne hereford/ |
|---|---|

| * SIGNATORY'S NAME | Daphne Hereford |
|---|---|
| SIGNATORY'S POSITION | Applicant |
| * DATE SIGNED | 05/31/2007 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Thu May 31 16:30:53 EDT 2007 |
|---|---|
| TEAS STAMP | USPTO/FTK-65.70.42.97-200 70531163053028940-7719460 6-370909134ba7e4e3b74e8a8 8e659436511-CC-1253-20070 531154939816243 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77194606**
**Filing Date: 05/31/2007**

To the Commissioner for Trademarks:

Correspondence Information: John W. Montgomery

> 1221 McKinney, Suite 2800
>
> Houston, Texas 77010
>
> 713-228-8600(phone)
>
> 713-228-8778(fax)
>
> docketing@oshaliang.com (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /daphne hereford/   Date: 05/31/2007
Signatory's Name: Daphne Hereford
Signatory's Position: Applicant

RAM Sale Number: 1253
RAM Accounting Date: 06/01/2007

Serial Number: 77194606
Internet Transmission Date: Thu May 31 16:30:53 EDT 2007

TEAS Stamp: USPTO/FTK-65.70.42.97-200705311630530289
40-77194606-370909134ba7e4e3b74e8a88e659
436511-CC-1253-20070531154939816243

# RIN TIN TIN

 # RIN TIN TIN

**Home**
**Latest News**
**Official Clubs**
   Rin Tin Tin Fan Club
   Rin Tin Tin Canine
   Ambassador Club
**Stores/Shopping**
   The Rin Tin Tin Stores
**History**
   The Story of Rin Tin Tin
   Chronilogical History of
   Rin Tin Tin
   Rin Tin Tin Movies
**Attractions**
   The Rin Tin Tin Museum
   The Rin Tin Tin Kennel
   and Garden of Oz
**Appearances**
   Schedule of Events
   Details and Booking
   Information
**Breeding Program**
   Upcoming Litters
   Females
   Males
   Compare Rin Tin Tin
   Lineage Dogs
   Pedigrees
   Previous Litters
**Puppy Placement**

## Our Challenge To You ...

Try **Rin Tin Tin** Dog food for 30 days and note the improvements. See for yourself what truly Good Nutrition can do in ONLY 30 days! Just imagine the improvements over the lifetime of your pet!

Your money will be gladly refunded if you are not fully satisfied with the results of our **Rin Tin Tin** Dog Food products.

  

"My family has owned, and bred, the bloodline of the **Rin Tin Tin** dogs since 1957, and I have seen first-hand what this raw diet can do to improve not only performance, but overall health and vitality in dogs. The **Rin Tin Tin** bloodline is widely known for producing working dogs as well as maintaining what is considered one of the oldest continuous bloodlines in the breeds 107 year history.

Through **ARFkids** Foundation, Incorporated, (an IRS Non-profit organization) the **Rin Tin Tin** line dogs are placed as Service Dogs and Pet Assisted Therapy Dogs with Special Needs children nationwide. Through Rin Tin Tin incorporated, we also provide Search & Rescue Dogs and Police K-9 Dogs nationwide. **Rin Tin Tin** , and his progeny serve as true testimonials of this superior quality diet manufactured exclusively by Animal Food Services. I highly recommend this diet for dogs of all ages and breeds."

http://www.rintintin.com/RinTinTinDogFood.html

5/31/2007

Puppy Placement Application
Application for a Search and Rescue Dog
Pet Assisted Therapy and Service Dogs
**Contact Rin Tin Tin**
**Photos**
Rin Tin Tin
Rin Tin Tin's friends
**Postage Stamp**
**Charities**
**Rin Tin Tin Calendar**
**Computer Graphics**
**Links**

--Miss Daphne Hereford

## The ALL Natural Rin Tin Dog Food Includes:

Ingredients: Beef (muscle meat), Beef Tripe, Beef Lung, Ground Chicken meat and bone, Beef Bone, Beef Liver, Beef Heart, Beef Kidney, Apples, Sweet Potatoes, Broccoli, Dried Organic Iceland Kelp, Alfalfa Meal, Flax Seed, Blueberries, Garlic, Ginger, fortified with vitamins and minerals.

Guaranteed Analysis:
**Fresh-Frozen:** Crude protein min. 13.0%, Crude Fat min. 11.0%, Crude Fiber max. 0.7%, Moisture max. 73.0%, Ash max. 2.3%, Calcium min. 0.37%, Phosphorus min. 0.28%, Magnesium max. 0.035%.

**Freeze-Dried:** Crude protein min 39%, crude fat min. 27%, crude fiber max. 2.1%, moisture max. 3.0%, Ash max. 6.9%, Calcium min. 1.1%, Phosphorous min. 0.8%, Magnesium max. 0.1%. **Note:** The freeze-drying process only removes moisture and does not alter the "mean" protein content of the original fresh-frozen product once it has been re-hydrated. When re-hydrated, a freeze-dried product reverts to the original analysis of its sister fresh-frozen product.



Address https://www.

The "s" means secure

## Click HERE To Order Securely with your Credit Card.

**Scientifically Formulated REAL Raw Meat Diets; Complete and balanced carnivore nutrition, naturally! Two different options ...**

| **FREEZE–DRIED** | **FRESH–FROZEN** |
|---|---|
| • **Moisture removed; Cupboard & Travel Safe; NO Refrigeration Required; Store at room temperature, anywhere!**<br>• **Technology preserves vital** | • **Keep frozen until ready to serve**<br>• **Packed with Dry Ice in insulated shipping containers to preserve freshness** |

http://www.rintintin.com/RinTinTinDogFood.html

5/31/2007

| enzymes & amino acids<br>• **Serve Dry, or Add Water**<br>• **Ideal for pet owners who**<br>  **need and/or simply enjoys**<br>  **convenience** | • **More economical for**<br>  **large dog and/or**<br>  **multi dog/cat owners**<br>• **Ideal for pet owners**<br>  **with freezer space** |

• **Freeze-Dried (FD) Mini Patties** (No Refrigeration Needed)
**For our Small Dog Friends - The Rin Tin Tin Nutri-Treat**
GREAT For Training Rewards, Travel, or as a Quick Snack,
or for Meal Time feeding (1 mini patty feeds a 6 lb. dog/puppy for the entire
day; 2 mini patties feed a 12 lb. dog/puppy) Break or crumble into desired
pieces.

| **FD Rin Tin Tin ARFfilet Mini Steak Snacks**<br>**Real Beef, Chicken, Veggies & Fruit**<br>$7.19 each Reclosable Zipbag (8 mini patties/pkg) | |
| 10 - 8 ct. Zipbags (80 mini snacks) | @ $71.90/case |

• **Freeze-Dried (FD) ½ Lb. Pet Patties**
(No Refrigeration Needed)

| **FD Rin Tin Tin Filet Steaks - Real Beef,**<br>**Chicken, Veg & Fruit**<br>$2.90 per patty<br>(1 patty feeds a 25 lb. dog for the entire day; ½ patty feeds a 12 lb.<br>dog, etc.) | |
| **Trial Pack** (12 patties/sleeve) | @ $34.74/sleeve |
| 48 Patty Case (4 sleeves of 12 patties) | @ $138.96/case |

• **Frozen 5 Lb. Rolls**
Popular with Large Breed dog owners, Breeders, Kennels, Zoos & Wildlife
Parks & Sanctuaries
1 case feeds a 25 lb dog for up to 50 days

Rin Tin Tin Dog Food



**Rin Tin Tin Economy 5# Rolls - Real Beef, Chicken, Veg & Fruit**
$2.29 per pound

| | |
|---|---|
| 25 lb. case (5-5 lb. rolls) | @ $57.25/case |

### • Frozen ½ Lb. Pet Patties

**Rin Tin Tin Filet Steaks - Real Beef, Chicken, Veg & Fruit**
$2.99 per patty
(1 patty feeds a 25 lb. dog for the entire day; ½ patty feeds a 12 lb. dog, etc.)

| | |
|---|---|
| 24 lb. case/48 patties (4 sleeves; 12 patties/sleeve) | @ $71.76/case |

**Rin Tin Tin Frozen Mini Filet Steaks**
Real Beef, Chicken, Veggies & Fruit
$3.99 per sleeve -

| | |
|---|---|
| 10 lb. case (10 - 1 lb. sleeves, 8 mini patties/sleeve) | @ $39.90/case |

**Rin Tin Tin Dog Food**
**341 N. Henry Street**
**Green Bay, Wisconsin 54302**
**Call - 800-743-0322**
**E-Mail - info@rintintin.com.**



© copyright 2007 Miss Daphne Hereford and Rin Tin Tin incorporated. Vintage photographs and collectibles courtesy of Rin Tin Tin Museum. Rin Tin Tin are the Registered Trademarks of Miss Daphne Hereford and Rin Tin Tin incorporated.
Terms of Use.

http://www.rintintin.com/RinTinTinDogFood.html

5/31/2007

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 3,380,788

Registered Feb. 12, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# RIN TIN TIN

HEREFORD, DAPHNE (UNITED STATES INDI-
VIDUAL)
P.O. BOX 27
CROCKETT, TX 75835

FOR: DOG FOOD, IN CLASS 31 (U.S. CLS. 1 AND
46).

FIRST USE 4-18-1998; IN COMMERCE 5-1-1998.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,763,135, 3,215,700
AND OTHERS.

SER. NO. 77-194,606, FILED 5-31-2007.

YAT SYE, LEE, EXAMINING ATTORNEY

# PLAINTIFFS' TRIAL EXHIBIT 81

EXHIBIT R

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77386979**
**Filing Date: 02/01/2008**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77386979 |
| **MARK INFORMATION** | |
| *MARK | RIN TIN TIN |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | RIN TIN TIN |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Daphne Hereford |
| *STREET | P.O. Box 27 |
| *CITY | Crockett |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 75835 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | individual |
| COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | |
| | live German Shepherd dogs of Rin Tin Tin |

EXHIBIT R

**209**

| | |
|---|---|
| *IDENTIFICATION | lineage |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/17/1980 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/17/1980 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT15\773\869\77386979\xml1\APP0003.JP G |
| SPECIMEN DESCRIPTION | Specimen 1 is a copy of an excerpt from Applicant's website, www.rintintin.com providing information about the German Shepherd breeding program. Specimen 2 is an application available for a search and rescue dog candidate, available on Applicant's website at www.rintintin.com |
| *INTERNATIONAL CLASS | |
| *IDENTIFICATION | exhibitions and performances featuring a German Shepherd dog represented as Rin Tin Tin |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/17/1980 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/17/1980 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT15\773\869\77386979\xml1\APP0003.JP G |
| SPECIMEN DESCRIPTION | Specimen 1 provides a schedule of events of exhibitions and performances by a German Shepherd dog featured as Rin Tin Tin, available on Applicant's website at www.rintintin.com; Specimen 2 provides Booking Information for scheduling exhibitions and performances featuring a German Shepherd dog represented as Rin Tin Tin, available on Applicant's website at www.rintintin.com |
| **ADDITIONAL STATEMENTS SECTION** | |
| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 1763135, 2538312, 3111161, and others. |
| | Applicant appreciates the need to upload copies of the specimens from Applicant's website. However, the undersigned counsel |

| MISCELLANEOUS STATEMENT | could not get the Trademark Office software to recognize undersigned' PDF documents as valid PDF documents. Consequently, the undersigned will need to submit the specimens later. |
|---|---|

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Karen B. Tripp |
| ATTORNEY DOCKET NUMBER | RINTINTIN-10 |
| FIRM NAME | Karen B. Tripp, Attorney at Law |
| STREET | P.O. Box 1301 |
| CITY | Houston |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77251-1301 |
| PHONE | 713 658 9323 |
| FAX | 713 658 9410 |
| EMAIL ADDRESS | ktripp@tripplaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Karen B. Tripp |
| FIRM NAME | Karen B. Tripp, Attorney at Law |
| STREET | P.O. Box 1301 |
| CITY | Houston |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 77251-1301 |
| PHONE | 713 658 9323 |
| FAX | 713 658 9410 |
| EMAIL ADDRESS | ktripp@tripplaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 2 |

| | |
|---|---|
| **FEE PER CLASS** | 325 |
| *****TOTAL FEE DUE** | 650 |
| *****TOTAL FEE PAID** | 650 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /karen tripp/ |
| **SIGNATORY'S NAME** | Karen B. Tripp |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 02/01/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77386979**
**Filing Date: 02/01/2008**

## To the Commissioner for Trademarks:

**MARK:** RIN TIN TIN (Standard Characters, see mark)
The literal element of the mark consists of RIN TIN TIN.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Daphne Hereford, a citizen of United States, having an address of
    P.O. Box 27
    Crockett, Texas 75835
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class _____: live German Shepherd dogs of Rin Tin Tin lineage

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class _____, the mark was first used at least as early as 12/17/1980, and first used in commerce at least as early as 12/17/1980, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Specimen 1 is a copy of an excerpt from Applicant's website, www.rintintin.com providing information about the German Shepherd breeding program. Specimen 2 is an application available for a search and rescue dog candidate, available on Applicant's website at www.rintintin.com.
Specimen File1

    International Class _____: exhibitions and performances featuring a German Shepherd dog represented as Rin Tin Tin

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class _____, the mark was first used at least as early as 12/17/1980, and commerce at least as early as 12/17/1980, and is now in use in such commerce. The applicant is

submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Specimen 1 provides a schedule of events of exhibitions and performances by a German Shepherd dog featured as Rin Tin Tin, available on Applicant's website at www.rintintin.com; Specimen 2 provides Booking Information for scheduling exhibitions and performances featuring a German Shepherd dog represented as Rin Tin Tin, available on Applicant's website at www.rintintin.com.
Specimen File1

The applicant claims ownership of U.S. Registration Number(s) 1763135, 2538312, 3111161, and others.

Applicant appreciates the need to upload copies of the specimens from Applicant's website. However, the undersigned counsel could not get the Trademark Office software to recognize undersigned' PDF documents as valid PDF documents. Consequently, the undersigned will need to submit the specimens later.

The applicant hereby appoints Karen B. Tripp of Karen B. Tripp, Attorney at Law
    P.O. Box 1301
    Houston, Texas 77251-1301
    United States
to submit this application on behalf of the applicant. The attorney docket/reference number is RINTINTIN-10.

  Correspondence Information: Karen B. Tripp
                    P.O. Box 1301
                    Houston, Texas 77251-1301
                    713 658 9323(phone)
                    713 658 9410(fax)
                    ktripp@tripplaw.com (authorized)

A fee payment in the amount of $650 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /karen tripp/   Date Signed: 02/01/2008
Signatory's Name: Karen B. Tripp
Signatory's Position: Attorney of Record


RAM Sale Number: 3553
RAM Accounting Date: 02/04/2008

Serial Number: 77386979
Internet Transmission Date: Fri Feb 01 19:54:58 EST 2008
TEAS Stamp: USPTO/BAS-64.128.27.131-2008020119545801
1425-77386979-400578d456b2ec44ade1c194bd
65471b9-CC-3553-20080201191504286084

# RIN TIN TIN

No Image Attached

Int. Cls.: 31 and 41

Prior U.S. Cls.: 1, 46, 100, 101 and 107

Reg. No. 3,582,436

**United States Patent and Trademark Office**     Registered Mar. 3, 2009

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# RIN TIN TIN

DAPHNE HEREFORD (UNITED STATES INDI-
VIDUAL)
P.O. BOX 27
CROCKETT, TX 75835

FOR: LIVE GERMAN SHEPHERD DOGS OF RIN
TIN TIN LINEAGE, IN CLASS 31 (U.S. CLS. 1 AND
46).

FIRST USE 12-17-1980; IN COMMERCE 12-17-1980.

FOR: ANIMAL EXHIBITIONS AND LIVE ANI-
MAL PERFORMANCES FEATURING A GERMAN
SHEPHERD DOG, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 12-17-1980; IN COMMERCE 12-17-1980.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,763,135, 3,111,161
AND OTHERS.

SER. NO. 77-386,979, FILED 2-1-2008.

ANNE FARRELL, EXAMINING ATTORNEY

# PLAINTIFFS' TRIAL EXHIBIT 82

EXHIBIT S

**219**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77717067**
**Filing Date: 04/19/2009**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77717067 |
| **MARK INFORMATION** | |
| ***MARK** | RINTY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | RINTY |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Daphne Hereford |
| ***STREET** | P.O. Box 27 |
| ***CITY** | Crockett |
| ***STATE** (Required for U.S. applicants) | Texas |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants only) | 75835 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |

| COUNTRY OF CITIZENSHIP | United States |
|---|---|

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| INTERNATIONAL CLASS | 041 |
|---|---|
| * IDENTIFICATION | Animal Exhibitions and Live Animal Performances Featuring a German Shepherd Dog |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/30/2000 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/30/2000 |

| SPECIMEN FILE NAME(S) | |
|---|---|
| ORIGINAL PDF FILE | spec-702412198-190409057_._RIN_TIN_TIN__RINTYbooking_p1-1.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT6\IMAGEOUT6\777\170\77717067\xml1\APP0003.JPG |
| ORIGINAL PDF FILE | spec-702412198-190409057_._RIN_TIN_TIN__Rinty-booking_p2-2.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT6\IMAGEOUT6\777\170\77717067\xml1\APP0004.JPG |
| ORIGINAL PDF FILE | spec-702412198-190409057_._RIN_TIN_TIN_-RintyNews_April-June_2000p1.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT6\IMAGEOUT6\777\170\77717067\xml1\APP0005.JPG |
| ORIGINAL PDF FILE | spec-702412198-190409057_._RIN_TIN_TIN___RintyNews_April-June_2000p4.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT6\IMAGEOUT6\777\170\77717067\xml1\APP0006.JPG |
| ORIGINAL PDF FILE | spec-702412198-190409057_._RIN_TIN_TIN_-_scan0093.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT6\IMAGEOUT6\777\170\77717067\xml1\APP0007.JPG |
| | The first specimen consists of the first two attachments which is a copy of an online application available at www.rintintin.com for booking "RINTY" German Shepherd Dog for appearances; the second specimen consisting of |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | the third and fourth attachments is the first and fourth pages of an April May June 2000 edition of RINTY NEWS, Rin Tin Tin Fanclub Newsletter, including an announcement about public appearances and performance of "RINTY" German Shepherd Dog; the third specimen is the fifth attachment and is a newspaper article about an appearance of "RINTY" German Shepherd Dog. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Karen B. Tripp |
| **ATTORNEY DOCKET NUMBER** | RIN TIN TIN--Rinty |
| **FIRM NAME** | Karen B. Tripp, Attorney at Law |
| **STREET** | P.O. Box 1301 |
| **CITY** | Houston |
| **STATE** | Texas |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 77251-1301 |
| **PHONE** | 713-658-9323 |
| **FAX** | 713-658-9410 |
| **EMAIL ADDRESS** | ktripp@tripplaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Karen B. Tripp |
| **FIRM NAME** | Karen B. Tripp, Attorney at Law |
| **STREET** | P.O. Box 1301 |
| **CITY** | Houston |
| **STATE** | Texas |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 77251-1301 |
| **PHONE** | 713-658-9323 |
| **FAX** | 713-658-9410 |
| **EMAIL ADDRESS** | ktripp@tripplaw.com |

| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
|---|---|

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| SIGNATURE | /karen tripp/ |
|---|---|
| SIGNATORY'S NAME | Karen B. Tripp |
| SIGNATORY'S POSITION | Attorney of Record, member of Texas bar |
| DATE SIGNED | 04/19/2009 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77717067**
**Filing Date: 04/19/2009**

## To the Commissioner for Trademarks:

**MARK:** RINTY (Standard Characters, see mark)
The literal element of the mark consists of RINTY.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Daphne Hereford, a citizen of United States, having an address of
    P.O. Box 27
    Crockett, Texas 75835
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 041:  Animal Exhibitions and Live Animal Performances Featuring a German Shepherd Dog

In International Class 041, the mark was first used at least as early as 04/30/2000, and first used in commerce at least as early as 04/30/2000, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) The first specimen consists of the first two attachments which is a copy of an online application available at www.rintintin.com for booking "RINTY" German Shepherd Dog for appearances; the second specimen consisting of the third and fourth attachments is the first and fourth pages of an April May June 2000 edition of RINTY NEWS, Rin Tin Tin Fanclub Newsletter, including an announcement about public appearances and performance of "RINTY" German Shepherd Dog; the third specimen is the fifth attachment and is a newspaper article about an appearance of "RINTY" German Shepherd Dog..

**Original PDF file:**
spec-702412198-190409057_._RIN_TIN_TIN__RINTYbooking_p1-1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
spec-702412198-190409057_._RIN_TIN_TIN__Rinty-booking_p2-2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
spec-702412198-190409057_._RIN_TIN_TIN_-RintyNews_April-June_2000p1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**Original PDF file:**
spec-702412198-190409057_._RIN_TIN_TIN___RintyNews_April-June_2000p4.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
spec-702412198-190409057_._RIN_TIN_TIN_-_scan0093.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


The applicant's current Attorney Information:
Karen B. Tripp of Karen B. Tripp, Attorney at Law
    P.O. Box 1301
    Houston, Texas 77251-1301
    United States
The attorney docket/reference number is RIN TIN TIN--Rinty.
 The applicant's current Correspondence Information:
    Karen B. Tripp
    Karen B. Tripp, Attorney at Law
    P.O. Box 1301
    Houston, Texas 77251-1301
    713-658-9323(phone)
    713-658-9410(fax)
    ktripp@tripplaw.com (authorized)


A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /karen tripp/   Date Signed: 04/19/2009
Signatory's Name: Karen B. Tripp
Signatory's Position: Attorney of Record, member of Texas bar

RAM Sale Number: 6741
RAM Accounting Date: 04/20/2009

Serial Number: 77717067
Internet Transmission Date: Sun Apr 19 19:26:19 EDT 2009
TEAS Stamp: USPTO/BAS-70.241.21.98-20090419192619197
535-77717067-4007120d693fe4531d4deaa9f45
fbc3a0d5-DA-6741-20090419190409057022

# RINTY

Rin Tin Tin Booking Information                                                        Page 1 of 3



# Rin Tin Tin ®

**Home**
**Contact Us**
**Latest News**
**Official Clubs**
  Rin Tin Tin Fan Club
  Rin Tin Tin Canine Ambassador Club
**Shopping Mall**
  The Rin Tin Tin Stores
**History**
  The Rin Tin Tin Story
  Chronological History of Rin Tin Tin
  Rin Tin Tin Movies
**Attractions**
  The Rin Tin Tin Museum
**Appearances**
  Schedule of Events
  Details and Booking Information
**Puppy Placement**
  Upcoming Litters
  Compare Rin Tin Tin Line Dogs
  Previous Litters
  Pet Puppy Placement Application
  Search and Rescue Dog Application
  ARFkids Pet Assisted Therapy Dog Application
**For Children**
**Photos**
  Rin Tin Tin
  Rin Tin Tin's friends
**Postage Stamp**
**Charities**
**Rin Tin Tin Song**
  |◄◄ ► ▓ ►►| iWeb Str
**Links**

# Booking Information



The beautiful and talented Rin Tin Tin is available for

*\* Personal appearances for public and private events*

*\* Commercials*

*\* Film work*

*\* Print advertising*

*\* Training*

*demonstrations and seminars*

*\* Product Endorsements/Licensing*

*\* Event Licencing*

*Whether your event consists of a few hours or an entire weekend, Rinty will delight your audience with his beauty and amazing talent.*

**For additional information and rates contact:**

    **Rin Tin Tin**



    **incorporated**
    P.O. Box 27
    Crockett, Texas 75835
    Phone - 936-545-0471
    E-Mail - Rin Tin Tin



http://www.rintintin.com/booking.htm                                            4/19/2009

*Rin Tin Tin's appearances directly support A Rinty for Kids Foundation
incorporated (a 501(c)3 non-profit corporation) and the placement of Service
and Pet Assisted Therapy Dogs with special needs children nationwide.*

Complete and submit the form below for additional information
and one of our representatives will contact you.

### Rinty is Not available for appearances in the state of California

### Fields marked by a * (Red Asterick) are required.

Name:*

Street Address:*

City:*

State:*

Zip Code:*

Daytime Phone Number:*

Evening Phone Number:*

Email:*

Company/Organization:*

Address:*

Are you interested in:*
☐ Appearance
☐ Parade
☐ Advertisement
☐ Film
Other:

Please describe event:

How did you learn about
Rin Tin Tin?:*
☐ Internet
☐ Friend
☐ Magazine
☐ Other

Send Booking Inquiry          Clear-Form





## Rin's News

April May June 2000

The official publication of the Rin Tin Tin Fan Club

### Contents

AfrKids Update   page 3

Spay or Neuter ?   page 5

Rin Tin Tin Millenium Dog   page 6

Rin Tin Tin Brags   page 7

Rinty on Tour   page 4

Rin Tin Tin's Amazing Adventures page 8

## Rin Tin Tin

### Signs Endorsement Agreement with Trilogy

Trilogy International gets a "High Five" for their quality Best Friends products and Life's Abundance Dog Food with the exclusive endorsement by Rin Tin Tin.

Rin Tin Tin, is so pleased with the products produced under the direction of well known Holistic Veterinarian and nutritionist, Dr. Jane Bicks, it will offer the full line of health and beauty products for pets and the Life's Abundance Dog Food on the Official Rin Tin Tin Website at RinTinTin.Com Rin Tin Tin will appear in a Nationwide infomercial for Trilogy/HealthyPetNet.Net products beginning in June. Contact Trilogy International field representative Lorrain Zdeb at 908.874.5717

Best Friends products that received the endorsement include:
Herbal Shed Loss
Herbal Skin Conditioning Shampoo
Soothing Mist
Odor Remover
Agility Formula
Countdown
Advanced Vitamin & Mineral Supplement
Life's Abundance Dog Food



## Rin Tin Tin

### To Star in Serial

Rin Tin Tin will star in a film titled, King of the Park Rangers which is the first Full Length Serial to be filmed since 1956. The film, produced by Cliffhanger Productions, will feature 12 Chapters in the true Cliffhanger tradition of years past. Beginning in the 1920s and continuing through the late 1950s, cliffhangers were the film's of choice by audiences worldwide.

Cliffhanger Productions Producer, T.J. Moore, said," We are delighted to have Rin Tin Tin star in this production and look forward to the tentative fall release of the serial". Moore hopes to have the serial ready for pre-premier during the Groom Expo Convention to be held in Hershey, Pennsylvania September 7-10, 2000. Following the pre-premier, the serial will be taken to various Film Festivals for consideration by top networks.

The serial will begin filming in Philadelphia on May 20, 2000. Rin Tin Tin will be handled by noted Search & Rescue Trainer, Beth Barkey. Barkley has worked with Rinty for several months in preparation for the film. Filming will also take place in New Jersey for certain segments. The serial is set in New Jersey and the plot has Rinty belonging to a Park Ranger, Patricia King. King and Rinty work diligently to solve New Jersey crimes and expose the suspect, a local myth called the Jersey Devil. The excitement, suspense and action of the serial will surely delight all audiences. For additional information about the serial contact Rin Tin Tin's owner/breeder Miss Daphne Hereford 713.434.9981 or via email atPRForRinTinTin@Aol.Com or T.J.Moore at 215.288.7796 orvia email at todd3d@yahoo.com

230

# Rinty On Tour

The calendar remains busy for Rinty as he continues the "Millennium Tour". Named "The Official German Shepherd of the Millennium", Rin Tin Tin continues to be a sought after celebrity for public appearances.

## Illinois

Rin Tin Tin was a trememdous hit at the Chicagoland Family Pet Fair held in Chicago March 17-19, 2000. He posed for pictures with receipts benefiting ArfKids Foundation. An audience of nearly 40,000 attended the event.

## Pennsylvania

Rin Tin Tin will begin filming the serial, King of the Park Rangers in Philadelphia on May 20, 2000. The film is scheduled for release in the fall of 2000 during the Groom Expo event in Hershey, Pennsylvania September 7-10, 2000

## Flordia

Rin Tin Tin and Comapny flew to West Palm Beach Florida to participate int he filming of an infomercial for Trilogy International and HealthyPetNet.Net Best Friends Product line. The filming took place April 26-28, 2000 and will air nationwide in June 2000. Watch for Rinty and Friends. For additional information about Trilogy products contact Lorraine Zdeb 908.874.5717 or visit the Rin Tin Tin website at www.RinTinTin.com to Order products..

For information on an appearance by Rin Tin Tin to benefit ArfKids Foundation contact his

Promotional Director,
Mr. James Sedaris at:
713.434.9981
pubrel@RinTinTin.org
page 4

Rocky Mountain News - Denver and Colorado's reliable source for breaking news, sports and entertainment. Stock show.

1/9/07 9:26 AM

# NEWS
RockyMountainNews.com



SPORTS ▾   RECREATION ▾   SPOTLIGHT ▾   OPINION ▾   WEB EXTRA ▾   JOBS ▾   AUTOS ▾   HOMES ▾   CLASSIFIEDS ▾   SHOP ▾

Advertisement



IT'S GAME TIME!


Chadwick's

HOME › NEWS › LOCAL › STOCK SHOW

## Yo, Rinty, get ready to wave

Descendent of first Rin Tin Tin starring in stock show parade

By John C. Ensslin, Rocky Mountain News
January 9, 2007

Rin Tin Tin took a stroll around downtown Denver late Monday afternoon.

After a morning of mostly lounging around his hotel room, he went for a chilly walk around Skyline Park, rested on a mound of snow behind the Federal Reserve Bank and checked out the folks waiting for a bus on 15th Street.

Just the sort of thing you might expect of a celebrity dog about town, getting ready for his job today as grand marshal of the National Western Stock Show Parade.

"What a beautiful dog," a woman at the bus stop remarked as she petted the 3-year-old, dark silver gray German shepherd, whose official pedigree name is Rin Tin Tin Rin Tin III, also known as Rin Tin Tin X.

"Thank you," replied Dorothy Yanchak, of Pearland, Texas, who handles the dog whose lineage can be traced back to the original Rin Tin Tin.

Yanchak is the great-granddaughter of Jannettia Brodsgaard Propps, who acquired four of the original Rinty's offspring from Lee Duncan.

Duncan was a U.S. Army corporal when he found a German shepherd and her litter in a bombed-out kennel in Lorraine, France, on Sept. 15, 1918, during World War I.

He brought two of the puppies back to the United States and named them Rintintin and Nennette, after the 1-inch French puppets that were given to doughboys for good luck.

Nennette died after arriving in the U.S., but Duncan took the other pup, whom he renamed Rin Tin Tin, to Hollywood, where, after some persistence, he landed the dog a part in a film for a struggling movie studio known as Warner Bros.

That dog became a major movie celebrity, starring in 26 films and getting up to 10,000 fan letters a week before he died, in August 1932.

Most baby boomers are more familiar with four of his descendents, who starred in the television show The Adventures of Rin Tin Tin, which first aired on ABC from 1954- 59.

The latest Rin Tin Tin, also known to Yanchak as Micah, took over the public performer role after his uncle suffered an ear injury.

He typically makes appearances at day-care centers and hospitals, Yanchak said. He also is trained as a service dog for children with disabilities, such as seizure disorders.

This will be "Rinty's" first trip to Denver and his first stint as a parade marshal.


Dahn McGregor © News

Dorothy Yanchak and Rin Tin Tin X relax in their hotel room in Denver on Monday, the day before the dog with the famous name is set to serve as grand marshal for the National Western Stock Show Parade. "We're honoring animals as the most magnificent creatures on Earth," said stock show spokeswoman Kati Anderson said. "We thought to have a dog as the parade marshal would be a good fit."

Stock show spokeswoman Kati Anderson said several candidates were considered for the role, but Rin Tin Tin seemed to beat fit the bill.

"We're honoring animals as the most magnificent creatures on Earth," Anderson said. "We thought to have a dog as the parade marshal would be a good fit."

Rinty also is calling attention to several of the canine events that are part of the stock show calendar, including an agility contest, stock dog trials and a "super dog" show.

None of this celebrity stuff seemed to concern Rin Tin Tin. The dog appeared more interested in a performance art installation in the 1500 block of Curtis Street that features sound effects coming from a sidewalk grate. On Monday, his ears perked to the sound of a whippoorwill.

"Earlier it was pigs and cows," Yanchak said. "I was on the phone and starting laughing. What in the world?"

Hey, it's Denver during stock show week. It's all about the animals.

## Hot dogs

Among the canine events this year:

• Dog Agility Games at 6 p.m. Wednesday, Thursday and Jan. 19 at the Stadium Arena

• Stock Dog Trials at 8 a.m. Jan. 19 and 10 a.m. Jan. 20 in the Stock Yard and 2 p.m. Jan. 20 and 21 in the Stadium Arena

• Super Dog Shows at 1 p.m. Jan 15 and 8:30 p.m. Jan. 16 in the Event Center.

## A dog's life

Some fast facts on Rin Tin Tin:

• His mother was Betty des Flanders.

• His father was Fritz de la Chasse royale.

• He once jumped 11 feet, 9 inches.

• His first movie was Man from Hell's River.

• He is said to have died in the arms of Jean Harlow.

• The Rin Tin Tin Museum is located in Latexo, Texas.

• His Web site: www.rintintin.com.

ensslinj@RockyMountainNews.com or 303-954-5291

http://www.rockymountainnews.com/drmn/stock_show/article/0,1298,DRMN_24756_4264252,00.html



# United States of America
## United States Patent and Trademark Office

# RINTY

**Reg. No. 3,789,458**

**Registered May 18, 2010**

DAPHNE HEREFORD (UNITED STATES INDIVIDUAL)
P.O. BOX 27
CROCKETT, TX 75835

**Int. Cl.: 41**

FOR: ANIMAL EXHIBITIONS AND LIVE ANIMAL PERFORMANCES FEATURING A GERMAN SHEPHERD DOG, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-717,067, FILED 4-19-2009.

TEJBIR SINGH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**233**