**LAW OFFICE OF CATHERINE R. LOMBARDO**
CATHERINE R. LOMBARDO Bar No: 160461
269 West Bonita Avenue
Claremont, California 91711

Telephone Number: (909) 482-0384

Attorney for: Plaintiff MAX KLEVEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX KLEVEN, an individual; RIN, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DAPHNE HEREFORD, an individual; RIN TIN TIN, INC., a Texas corporation; BELLEAIR TRADING INTERNATIONAL, LLC, a Florida limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:13-cv-02783-AB-AGR<br><br>UNOPPOSED MOTION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2) |

TO THE HONORABLE ANDRE BIROTTE, JR., UNITED STATES DISTRICT COURT JUDGE:

Pursuant to *Federal Rules of Civil Procedure* section 41(a)(2), Plaintiff MAX KLEVEN ("Plaintiff") files this Unopposed Motion to Dismiss the Complaint herein with prejudice and with no award of fees or costs, based on the following:

1. On February 2, 2015, Plaintiff caused to be served on Plaintiff RIN, INC. and Plaintiff-in-Intervention, Shamrock Entertainment, Ltd, a Notice of Rescission of Agreements , which stated as follows:

"Pursuant to *Civil Code* section 1691(a), you are hereby notified that effective immediately, Mr. Kleven is unilaterally rescinding the undated Rin Tin Tin Deal Memorandum Agreement, the initial Confirmation of Assignment of Rights and Joint Venture Agreement (dated February 1, 2013) and its subsequent Amendment (dated February 27, 2013)[the 'Agreements'].

The grounds for rescission of the Agreements, include, but are not limited to, the following:

'A contract is subject to unilateral rescission by a party whose consent to the contract (or the consent of another party jointly contracting with the rescinding party) was given by mistake or obtained through duress, fraud or undue influence exercised by or with the connivance of the party against whom rescission is sought or any other party to the contract jointly interested with the party against whom rescission is sought." *Civil Code section* 1689(b)(1).'"

2. A rescission effectively extinguishes the contract *ab initio* as though it never came into existence, and its terms cease to be enforceable. *Civil Code section* 1688.

3. Plaintiff RIN, INC. and Plaintiff-in-Intervention, Shamrock Entertainment, Ltd. had standing to bring their Complaints based on the Agreements. Based on the unilateral rescission of the Agreements, these parties no longer have any standing in this matter.

4. Plaintiff MAX KLEVEN will be filing an action in Los Angeles Superior Court to formally rescind these agreements.

5. Defendant BELLEAIR TRADING INTERNATIONAL, LLC's attorney Lori M. Friedemann has stated that they are unopposed to this request.

///
///
///

1  Accordingly, Plaintiff MAX KLEVEN's request that the Complaint be
2  dismissed with prejudice.

4  Dated: February 3, 2015

_____
Catherine R. Lombardo, Attorney for
Plaintiff MAX KLEVEN