**FREDRIKSON & BYRON, P.A.**
Lora M. Friedemann (MN# 259615)
 E-Mail: lfriedemann@fredlaw.com
Cynthia A. Moyer (MN# 211229)
 E-Mail: cmoyer@fredlaw.com
Paul E. Thomas (SB# 208577)
 E-Mail: pthomas@fredlaw.com
200 South Sixth Street, Suite 4000
Minneapolis, MN 55042
Telephone: 612.492.7000

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Deborah F. Sirias (SB #102893)
221 N., Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone: 213.580.7950

*Attorneys for Defendant*
BELLEAIR TRADING INTERNATIONAL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX KLEVEN, an individual; RIN, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DAPHNE HEREFORD, an individual; RIN TIN TIN, INC., a Texas Corporation; BELLEAIR TRADING INTERNATIONAL, LLC, a Florida limited liability company; DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 13-CV-02783 AB-AGR<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's February 5, 2015 Minute Order, Docket No. 199, the

parties provide the following Joint Status Report.

I. **Which parties, if any, have aligned interests in this case.**

**Max Kleven's Response:**

Kleven's interests are not aligned with any other party.

**Response by Rin, Inc. and Shamrock:**

Given the February 3, 2015, filing of Kleven's "unopposed" motion to dismiss, it appears that Mr. Kleven views his interests now as unaligned with those of Rin Inc. and Shamrock.

**Belleair's Response:**

Belleair's interests are not aligned with any other party.

II. **Which parties intend to file final proposed Findings of Fact and Conclusions of Law on 2/11/2015**

**Max Kleven's Response:**

Kleven has requested a dismissal and does not intend on filing any proposed findings of fact or conclusions of law. Kleven has no position on whether the February 11, 2015 deadline to file same should be extended.

**Response by Rin, Inc. and Shamrock:**

Rin Inc. and Shamrock intend to file Proposed Findings of Fact and Conclusions of Law, but are seeking, and by the filing of this Joint Status Report, formally request from the Court, a two-day extension of the date for filing of the Proposed Findings of Fact and Conclusions, from February 11, 2015 to February 13, 2015. This requested brief extension is necessitated by the significant distractions caused by Kleven's recent filings, including the time required to communicate with Kleven's new counsel, to comply with this Court's Minute Order, to schedule and conduct the parties' telephonic meet and confer, and to draft this Joint Status Report, as well as to research and draft the "standing" brief

required by the Kleven filing, a brief which Rin, Inc. and Shamrock propose also to file on February 13, 2015 (simultaneously with any brief filed by Kleven or Belleair). In the event that this request for an extension requires Rin, Inc. and Shamrock to file an ex parte application, plaintiffs reserve the right to seek an extension to February 17, 2015, for filing of the Proposed Findings of Fact and Conclusions of Law.

**Belleair's Response:**

Belleair intends to file proposed findings of fact and conclusions of law on February 11, 2015, and opposes Shamrock's request to extend the deadline. The trial on Plaintiffs' cancellation claims was more than two months ago. The parties have had ample time to prepare proposed findings of fact and conclusions of law.

III. **Whether and to what extent Kleven's purported February 2015 rescission affects Rin, Inc. and Shamrock's standing to pursue the claims pending before this court.**

**Max Kleven's Response:**

Kleven asserts that neither Rin, Inc., nor Shamrock have standing to pursue claims pending before the court. Kleven is prepared to exchange and file a brief or a memorandum on the standing issue prior to 5:00 p.m. Friday, February 13, 2015.

**Response by Rin, Inc. and Shamrock:**

Rin, Inc. does not oppose Kleven's request to dismiss his claim for elder abuse, which is the only claim Kleven has admitted he holds individually in this action. All remaining claims, previously asserted by Kleven and Rin, Inc., may be asserted by Rin, Inc. Further, Kleven's rescission claim does not affect Shamrock's position, standing or claims in this action.

**Belleair's Response:**

Belleair does not oppose Mr. Kleven's request to dismiss his claims with prejudice. Belleair does not take a position with respect to the standing arguments

made by Mr. Kleven.

### IV. Whether briefing on this issue is warranted and, if so, whether the parties wish to continue the current 2/11/2015 deadline to file their final proposed findings of fact and conclusions of law.

**Max Kleven's Response:**

Kleven asserts that neither Rin, Inc., nor Shamrock have standing to pursue claims pending before the court. Kleven is prepared to exchange and file a brief or a memorandum on the standing issue prior to 5:00 p.m. Friday, February 13, 2015. Kleven has no position on whether the February 11, 2015 deadline to file findings of fact and conclusions of law should be extended.

**Response by Rin, Inc. and Shamrock:**

As referenced in Rin, Inc. and Shamrock's response to question No. 2, above, Rin, Inc. and Shamrock intend to file briefs on the new standing issue by this Friday, February 13, 2015, and are requesting a two-day extension of the date for the filing of the Proposed Findings of Fact and Conclusions of Law from February 11, 2015 to February 13, 2015.

**Belleair's Response:**

Belleair does not intend to brief the standing argument made by Mr. Kleven, and does not wish to postpone the submission of proposed findings of fact and conclusions of law.

Dated: February 9, 2015          Respectfully submitted,

By:  /s/ David L. Gernsbacher
    David L. Gernsbacher
    Law Offices of David L. Gernsbacher
    Attorney for Plaintiff and Counter-
    Defendant Rin, Inc.

Dated: February 9, 2015      Respectfully submitted,

By:  /s/ Kirk M. Hallam

Kirk M. Hallam
Law Offices of Kirk M. Hallam
Attorneys for Intervenor Shamrock Entertainment, Ltd.

Dated: February 9, 2015      Respectfully submitted,

By:  /s/ Catherine Lombardo

Catherine Lombardo
Attorney for Plaintiff and Counter-Defendant Max Kleven

Dated: February 9, 2015      Respectfully submitted,

By:      /s/ Lora M. Friedemann

Lora M. Friedemann
Fredrikson & Byron
Attorneys for Defendant Belleair Trading International, LLC

ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: February 9, 2015        /s/ David L. Gernsbacher

David L. Gernsbacher

5

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9107 Wilshire Blvd, Ste 450, Beverly Hills CA 90210.

On February 9, 2015, I served the foregoing document described as **JOINT STATUS REPORT** on the following parties in this action not registered through the Notice of Electronic Filing:

> Daphne Hereford
> Individually and as President
> Rin Tin Tin, Inc.
> P. O. Box 27
> Crockett, TX 75836
> daphne@hereford.co

ELECTRONIC SERVICE. Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 9, 2015, at Beverly Hills, California.


   /s/ David L. Gernsbacher

David L. Gernsbacher