NOTE: CHANGES MADE BY THE COURT

# DENIED
BY ORDER OF THE COURT

2/11/15

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MAX KLEVEN, an individual; RIN, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DAPHNE HEREFORD, an individual; RIN TIN TIN, INC., a Texas Corporation; BELLEAIR TRADING INTERNATIONAL, LLC, a Florida limited liability company DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br><br>AND COUNTERCLAIMS AND CLAIMS IN INTERVENTION | Case No. 13-CV-02783 AB (AGRx)<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |

## **ORDER**

In light of the Court's order extending the deadline to file proposed findings of fact and conclusions of law from February 11, 2015 to February 13, 2015 (Dkt. No. 202) – as was requested in the February 9, 2015 joint status report – Plaintiff Rin, Inc. and Plaintiff-in-Intervention Shamrock Entertainment, Ltd.'s *ex parte* application (Dkt. No. 201) for an extension of the same to February 17, 2015 is hereby **DENIED**.

DATED: February 11, 2015

**DENIED**
BY ORDER OF THE COURT

Honorable André Birotte Jr.
United States District Judge

1