1 **DAPHNE HEREFORD**
16 Meadow View Drive
Trinity, Texas 75862
2

Tel: 936-744-0048
3 E-Mail: Daphne@Hereford.co

4 Pro Se for DAPHNE HEREFORD

5 REPLY TO DEFAULTED
DEFENDANT DAPHNE
6 HEREFORD'S OPPOSITION TO
MOTION FOR ENTRY OF
7 DEFAULT JUDGMENT

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**
                          **WESTERN DIVISION**
10

11 MAX KLEVEN, an individual; RIN,          )   CASE NO.   2:13-cv-02783-ABC(AGR)
   INC., a California Corporation,           )
12                                           )
   Plaintiff,                                )   **DECLARATION OF DAPHNE**
13                                           )   **HEREFORD IN SUPPORT OF**
                                             )   **DEFENDANTS OPPOSITION TO**
14                                           )   **PLAINTIFFS OPPOSITION**
                                             )   **TO MOTION FOR ENTRY**
15 vs.                                       )   **OF DEFAULT JUDGMENT**
                                             )   **AGAINST DEFENDANT**
16 DAPHNE HEREFORD, an individual;           )   **AND COUNTER- CLAIMANTS**
   RIN TIN TIN, Inc., a Texas Corporation;)   **DAPHNE HEREFORD**
17 BELLEAIR TRADING                          )   **AND RIN TIN TIN, INC.**
   INTERNATIONAL, LLC, a Florida             )
18 limited liability company, DOES 1         )   [Filed concurrently with Declaration
   through 20, Inclusive                     )   of Daphne Hereford in support of
19                                           )   Defendant's Opposition to Permanent
   Defendants.                               )   Injunction]
20 ————————————————)
   AND COUNTERCLAIMS AND                     )
21 CLAIMS IN INTERVENTION                    )
22 ————————————————)

23                    **DECLARATION OF DAPHNE HEREFORD**

24     1.     My name is Daphne Hereford. I am one of the defendants in this lawsuit.

25     2.     1. I have personal knowledge of the following facts and could competently

26

27

testify to these facts if called upon to do so.

3.  Collectively attached hereto as Exhibit 1 and incorporated herein by this reference are true and correct copies American Kennel Club Registration Records which support:

a.  I have at least on three occasions owned a male German Shepherd Dog Registered as Rin Tin Tin;

b.  I have owned or bred at least 92 dogs from the Rin Tin Tin bloodline which have been registered using the name Rin Tin Tin;

c.  I have produced at least 39 litters in which I was listed as breeder over the past several decades from the Rin Tin Tin bloodline;

d.  I am the recorded owner of the semen from Rin-Tin-Tin and his lineage is supported by DNA (VA559731).

4.  Collectively attached hereto as Exhibit 2 and incorporated herein by this reference are true and correct copies emails written by Plaintiff Jeff Miller ("Miller") and/or his attorney David Gernsbacher ("Gernsbacher"), in which show that Plaintiffs and their attorney reassured Defendant Hereford she would be fine after the case was over and they were made very aware that she was in fact breeding dogs. Also incorporated herein by this reference are true and correct copies emails written by Plaintiff Jeff Miller ("Miller") in which he states his intention to help Defendant Hereford with preventing others, namely Riggins and Carlton, from breeding Rin Tin Tin Line Dogs they acquired from Defendant Hereford under specific contract for breeding and training. The email states the following:

5.  The emails state the following:

a.  *I saw the default request-…I do not believe it is a major issue or*

1                         *that you need to be overly concerned.*

2 (February 28, 2014-email from Gernsbacher) (Emphasis added.).

3               b. *I have made a commitment to you that I intend to keep.*

4 (May 25, 2014-email from Miller) (Emphasis added.).

5               c. *I also wanted to reiterate my profound respect for you. I am in awe*

6                     *of who you are and what you are made of. Trust me, a fly on the*

7                     *wall would know that to be true. I told you that I wanted Rin Tin*

8                     *Tin to bring you joy and not pain.*

9 (May 29, 2014-email from Miller) (Emphasis added.).

10              d. *Allow me to make this right and set your legacy up, as well as your*

11                     *future. It was meant to be that we connect in such a way to set*

12                     *things right. You have worked your whole life to do so, now is the*

13                     *time.*

14 (May 29, 2014-email from Miller) (Emphasis added.).

15              e. *I AM SO VERY APPRECIATIVE! Looking forward to us both*

16                     *being on the other side. Excited about what is to come.*

17 (August 4, 2014-email from Miller) (Emphasis added.).

18              f. *No letter to judge.*

19 (November 6, 2014-email from Miller) (Emphasis added.).

20              g. *This was my response to the (puppy) inquiry Erickson sent which*

21                     *is alleged to have come from his website.*

22 (November 11, 2014-email from +Hereford to Miller) (Emphasis added.).

23              h. *We will kill it!!! :)*

24 (November 13, 2014-email from Miller) (Emphasis added.).

25              i. *Girl on fire!!! You are really something. :)*  (This statement from

26                     Miller was made in response to my email which stated: I am the

27

breeder of the only authentic Rin Tin Tin Line Dogs in the world. I have bred these dogs since 1957 and I plan to continue to do so. A trademark is not needed for that.)

(December 5, 2014-email from Miller) (Emphasis added.).

      j.   ***I will call you in one hour. Is that okay?*** (This was in response to my email stating – You told me I would be a great consultant for your projects(s); you knew I planned to continue breeding the dogs since I am the only person who KNOWS the lineage and we learned that Kathy and crew planned to work only with Erickson; you told me to trust you and swore to me you could be trusted. I need some form of reassurance from you that you do bot intend to try to interfere with or prevent me from breeding and selling my Rin Tin Tin Line Dogs or using the words to advertise them.

(December 8, 2014-email from Miller) (Emphasis added.).

      k.   ***Btw, if you want to look into someone in Tyler and let me know the cost for that, it is a good plan in my book. That might be a good option.***

(January 20, 2015-email from Miller) (Emphasis added.).

6.    I have been associated with breeding, raising, training and exhibiting German Shepherd Dogs from the Rin Tin Tin bloodline since I was a child, altogether over five decades. I am known, and respected throughout the dog world as the breeder of the Rin Tin Tin bloodline.

7.    My grandmother acquired several Rin Tin Tin bloodline German Shepherd puppies directly from Lee Duncan, the owner of the first Rin Tin Tin of silent movie fame and later dogs American Kennel Club (AKC) Registered as Rin Tin Tin of television and movie fame in the 1950s.

8.  Under the direction of and with assistance by Lee Duncan, my grandmother then developed a closed line breeding program to maintain the integrity of the Rin Tin Tin bloodline.  Lee Duncan endorsed the breeding program and I have continued that program.

9.  On information and belief, Lee Duncan desired that there would "always be a Rin Tin Tin," and I have accordingly preserved the Rin Tin Tin bloodline.

10.  I registered RIN TIN TIN as a trademark for live German Shepherd puppies in 1993. That registration had U.S. Trademark Registration No. 1,763,135.  I used Trademark in accordance with the requirements set forth by The United States Patent and Trademark Office as evidenced by AKC records and my website over the past several decades which is accessible through the Internet Search Way Back Machine. That trademark was sold to Belleair Trading International (Dwight Erickson) along with an additional nine trademarks that I owned and Used. At no time did I never sold Erickson or Belleair the corporation Rin Tin Tin Incorporated or my dog breeding business.

11.  Collectively attached hereto as Exhibit 3 and incorporated herein by this reference are true and correct copies emails written by Plaintiff Jeff Miller ("Miller") in which he states his appreciation and intention to take at least 15 of the Rin Tin Tin related Internet Domains owned by Defendant Hereford. Plaintiff Miller continued that rouse by stating his desire to acquire at least 6 Internet Domains owned by Defendant Hereford that she has maintained on his behalf for more than a year while the case was ongoing.   Plaintiff since recanted his desire to purchase the domains and

claims Hereford's attempts to sell them is somehow inappropriate. The email states the following:

> **a.** ***Thanks for keeping on top of it.***

(April 21, 2014-email from Miller) (Emphasis added.).

> **b.** ***I will take care of the reimbursement for at least the three domains at the top of the list you sent me.***

(January 3, 2016 -email from Hereford to Miller) (Emphasis added.).

> **c.** **You're most recent filings in case 2:13-cv-2378, which amounts to a complete and unwarranted character assignation of me, had some serious and adverse effects on my health.**

I declare under penalty of perjury that the foregoing is true and correct. Executed in Trinity, Texas, on January 25, 2016.

DATED: January 25, 2016          DAPHNE HEREFORD

Pro Se

_____    /s/ Daphne Hereford

**At least 92 German Shepherd Dogs from the Rin Tin Tin bloodline owned or bred by Daphne Hereford as registered with The American Kennel Club**

(All data directly from AKC records. AKC Registration numbers available upon request.)

| Name of Dog | Breed | Sex | Date of Birth |
|---|---|---|---|
| Bodyguards Fido Jo | German Shepherd Dog | Male | 07/04/1984 |
| Carlson's Dove Bar | German Shepherd Dog | Female | 05/24/2011 |
| Carlson's Toosie | German Shepherd Dog | Female | 05/24/2011 |
| Heiritage's Heavenly Hash | German Shepherd Dog | Female | 10/16/1997 |
| Hereford's Rin Tin Tin | German Shepherd Dog | Male | 03/09/1996 |
| Hoofprint On The Move | German Shepherd Dog | Female | 05/14/1993 |
| Hoofprint Tina Rin | German Shepherd Dog | Female | 01/30/1993 |
| Lafreidas Rin | German Shepherd Dog | Male | 07/08/2009 |
| RIN TIN TINS ALSO | German Shepherd Dog | Male | 07/08/2009 |
| Rin Tin Tin | German Shepherd Dog | Male | 05/19/1995 |
| Rin Tin Tin | German Shepherd Dog | Male | 12/11/1995 |
| Rin Tin Tin Liberty | German Shepherd Dog | Female | 07/07/2013 |
| Rin Tin Tin Nine | German Shepherd Dog | Male | 08/16/2000 |
| Rin Tin Tin's Lady Grace | German Shepherd Dog | Female | 12/25/2003 |
| Rin Tin Tinna | German Shepherd Dog | Female | 12/11/1995 |
| Rin Tin Tins Aha | German Shepherd Dog | Female | 07/08/2009 |
| Rin Tin Tins Baby Ruth | German Shepherd Dog | Female | 05/24/2011 |
| Rin Tin Tins Beacon | German Shepherd Dog | Male | 01/16/2002 |
| Rin Tin Tins Blue Moon | German Shepherd Dog | Female | 09/26/1993 |
| Rin Tin Tins Bubbette | German Shepherd Dog | Female | 03/22/1990 |
| Rin Tin Tins Caramello | German Shepherd Dog | Female | 05/24/2011 |
| Rin Tin Tins Celestial | German Shepherd Dog | Female | 10/27/2004 |
| Rin Tin Tins Clark | German Shepherd Dog | Male | 05/24/2011 |
| Rin Tin Tins Denali | German Shepherd Dog | Male | 10/03/2008 |
| Rin Tin Tins Ditto | German Shepherd Dog | Male | 07/18/1997 |
| Rin Tin Tins Faith | German Shepherd Dog | Female | 01/16/2002 |
| Rin Tin Tins Fancy Pants | German Shepherd Dog | Male | 02/12/2000 |
| Rin Tin Tins Freedom | German Shepherd Dog | Male | 07/07/2013 |
| Rin Tin Tins Gerymash | German Shepherd Dog | Male | 06/25/2001 |

| Name | Breed | Sex | Date |
| --- | --- | --- | --- |
| Rin Tin Tin's Helen's Bit Of Honey | German Shepherd Dog | Female | 05/24/2011 |
| Rin Tin Tin Independence | German Shepherd Dog | Male | 07/07/2013 |
| Rin Tin Tin's Jannetta | German Shepherd Dog | Female | 08/20/1989 |
| Rin Tin Tin's Jillian | German Shepherd Dog | Female | 10/24/1998 |
| Rin Tin Tin's Koko | German Shepherd Dog | Female | 10/03/2008 |
| Rin Tin Tin's Lady Esther | German Shepherd Dog | Female | 06/23/2007 |
| Rin Tin Tin's Lady Rachael | German Shepherd Dog | Female | 06/23/2007 |
| Rin Tin Tin's Lady Ruth | German Shepherd Dog | Female | 06/23/2007 |
| Rin Tin Tin's Lioness | German Shepherd Dog | Female | 12/25/1997 |
| Rin Tin Tin's Lord Daniel | German Shepherd Dog | Male | 06/23/2007 |
| Rin Tin Tin's Lord Ezekiel | German Shepherd Dog | Male | 06/23/2007 |
| Rin Tin Tin's Lord Isaiah | German Shepherd Dog | Male | 06/23/2007 |
| Rin Tin Tin's Lord Jeremiah | German Shepherd Dog | Male | 06/23/2007 |
| Rin Tin Tin's Lord Jireh | German Shepherd Dog | Male | 08/20/1989 |
| Rin Tin Tin's Lord Mordecai | German Shepherd Dog | Male | 06/23/2007 |
| Rin Tin Tin's Lord Rin | German Shepherd Dog | Male | 06/23/2007 |
| Rin Tin Tin's Lord Solomon | German Shepherd Dog | Male | 12/25/2003 |
| Rin Tin Tin's Maw Ede | German Shepherd Dog | Male | 05/05/1994 |
| Rin Tin Tin's Miss Diane | German Shepherd Dog | Female | 11/20/1996 |
| Rin Tin Tin's Monsoon | German Shepherd Dog | Female | 10/27/2004 |
| Rin Tin Tin's Nannette | German Shepherd Dog | Female | 08/20/1989 |
| Rin Tin Tin's Ooob-Ahhh | German Shepherd Dog | Male | 12/12/1994 |
| Rin Tin Tin's Quanah | German Shepherd Dog | Male | 08/27/2012 |
| Rin Tin Tin's Quantum | German Shepherd Dog | Male | 08/27/2012 |
| Rin Tin Tin's Quella | German Shepherd Dog | Female | 08/27/2012 |
| Rin Tin Tin's Quest | German Shepherd Dog | Female | 08/27/2012 |
| Rin Tin Tin's Rin Tin Tin | German Shepherd Dog | Male | 03/09/1996 |
| Rin Tin Tin's Rin Tin Tin | German Shepherd Dog | Male | 12/25/1997 |
| Rin Tin Tin's Rin Tin Tin | German Shepherd Dog | Male | 10/20/2003 |
| Rin Tin Tin's Rin Tin Tin | German Shepherd Dog | Male | 10/20/2003 |
| Rin Tin Tin's Rin Tin Tin | German Shepherd Dog | Male | 12/11/1995 |
| Rin Tin Tin's Rin Tina | German Shepherd Dog | Female | 07/06/1992 |
| Rin Tin Tin's Ring Of Fire | German Shepherd Dog | Male | 05/19/1995 |
| Rin Tin Tin's Rimetta | German Shepherd Dog | Female | 05/19/1995 |
| Rin Tin Tin's Rinti | German Shepherd Dog | Female | 07/08/2009 |
| Rin Tin Tin's Rocky | German Shepherd Dog | Male | 05/19/1995 |

| Name | Breed | Sex | Date |
|---|---|---|---|
| Rin Tin Tins Savannah | German Shepherd Dog | Female | 11/28/1991 |
| Rin Tin Tins Scarlet Ohare | German Shepherd Dog | Female | 11/28/1991 |
| Rin Tin Tins Snickers | German Shepherd Dog | Male | 05/24/2011 |
| Rin Tin Tins Sundansyr | German Shepherd Dog | Male | 06/25/2001 |
| Rin Tin Tins Sylverfox | German Shepherd Dog | Female | 03/09/1996 |
| Rin Tin Tins Tigress | German Shepherd Dog | Male | 12/25/1997 |
| Rin Tin Tins Tsali | German Shepherd Dog | Male | 10/27/2004 |
| Rin Tin Tins Tsunami | German Shepherd Dog | Male | 10/27/2004 |
| Rin Tin Tins Vortex | German Shepherd Dog | Female | 07/08/2009 |
| Rin Tin Tins Who Ya | German Shepherd Dog | Female | 07/08/2009 |
| Rin Tin Tins Wooo Hooo | German Shepherd Dog | Female | 07/08/2009 |
| Rin Tin Tins Wowza | German Shepherd Dog | Female | 07/08/2009 |
| Rin Tin Tins Xanadu | German Shepherd Dog | Male | 06/25/2001 |
| Rin Tin Tins Yippecee | German Shepherd Dog | Female | 07/08/2009 |
| Rin Tin Tins York | German Shepherd Dog | Male | 05/24/2011 |
| Rin-Tin-Tin | German Shepherd Dog | Male | 01/16/2002 |
| Rintintins Charlie Brown | German Shepherd Dog | Male | 03/29/2010 |
| Rintintins Linus | German Shepherd Dog | Male | 03/29/2010 |
| Rintintins Lucy | German Shepherd Dog | Female | 03/29/2010 |
| Rintintins Peppermint Patty | German Shepherd Dog | Female | 03/29/2010 |
| Rintintins Sally | German Shepherd Dog | Female | 03/29/2010 |
| Rintintins Schroder | German Shepherd Dog | Male | 03/29/2010 |
| Rintintins Snoopy | German Shepherd Dog | Male | 03/29/2010 |
| Rintintins Woodstock | German Shepherd Dog | Male | 03/29/2010 |
| Sandhills Lassie | German Shepherd Dog | Male | 11/18/2003 |
| Sandhills Miss Piggy | German Shepherd Dog | Female | 01/01/2002 |
| Sandhill's Hoofprint Calgary | German Shepherd Dog | Female | 06/16/1986 |
| Shadow Bowen | German Shepherd Dog | Female | 06/26/1992 |
| Rin-Tin-Tin | German Shepherd Dog | Male | Frozen Semen |

# American Kennel Club Breeder Records for 39 Litters listing Daphne Hereford as Breeder
(Note: As the governing organization of registration AKC issues all Roman Numerals associated with a name)

| Dam | Sire | Date of Birth of Litter |
|---|---|---|
| Rin Tin Tins Cha Cha Cha | Rin Tin Tin | 12/19/1998 |
| Rin Tin Tins Maw Ede | Rin Tin Tins Oooh-Ahhh | 03/09/1996 |
| Rin Tin Tin's Lady Grace | Rin-Tin-Tin XXXVII | 03/13/2007 |
| Rin Tin Tin's Lady Grace | Rin-Tin-Tin XXXVII | 07/08/2009 |
| Rin Tin Tins Savannah | Aurora's Ceasar | 08/14/1993 |
| Rin Tin Tins Scarlet Ohare | Hoofprint Itsanother Charly | 05/19/1995 |
| Rin Tin Tins Scarlet Ohare | Rin Tin Tins Oooh-Ahhh | 05/12/1996 |
| Rin Tin Tins Maw Ede | Rin Tin Tins Oooh-Ahhh | 04/23/1997 |
| Hoofprint On The Move | Rin Tin Tins Oooh-Ahhh | 12/11/1995 |
| Rin Tin Tins Caramello | Rin-Tin-Tin XXXVII | 02/21/2014 |
| Rin Tin Tins Scarlet Ohare | Rin Tin Tins Bubba | 06/23/1993 |
| Rin Tin Tins Faith | Rin Tin Tin's Wizzard | 12/25/2003 |
| Rin Tin Tins Lady Rachael | Rin Tin Tins Denali | 07/07/2013 |
| Rin Tin Tins Po Po Pe Doo | Rin Tin Tin | 12/25/1997 |
| Rin Tin Tins Po Po Pe Doo | Rin Tin Tin | 06/19/1998 |
| Hoofprint On The Move | Rin Tin Tins Oooh-Ahhh | 01/16/2002 |
| Rin Tin Tins Xanadu | Rin Tin Tin's Wizzard | 10/20/2003 |
| Rin Tin Tins Nannette | Rin Tin Tins Bubba | 07/06/1992 |
| Rin Tin Tins Bubbette | Rin Tin Tins No Nonsence | 11/28/1991 |

| | | |
|---|---|---|
| Rin Tin Tins Po Pe Doo | **Rin Tin Tin** | 11/20/1996 |
| Sandhills Miss Piggy | Rin Tin Tins Oooh-Ahhh | 10/27/2004 |
| **Cramer** | **Rin Tin Tin** | 02/28/1999 |
| Hoofprint On The Move | Rin Tin Tins Oooh-Ahhh | 06/25/2001 |
| Rin Tin Tins Cherish | Bodyguards Fido Jo | 03/13/1992 |
| Rin Tin Tins Lady Rachael | Rin Tin Tins Denali | 05/24/2011 |
| Rin Tin Tins Charlotte | Rin Tin Tins Oooh-Ahhh | 07/18/1997 |
| Heritage's Heavenly Hash | Rin Tin Tins Oooh-Ahhh | 02/12/2000 |
| Hoofprint Tina Rin | Rin Tin Tins Key Largo | 11/12/1995 |
| Rin Tin Tins Lady Rachael | Rin Tin Tins Denali | 03/29/2010 |
| Rin Tin Tins Lady Rachael | Rin Tin Tins Denali | 08/27/2012 |
| Rin Tin Tins Maw Ede | **Rin Tin Tin** | 10/24/1998 |
| Hoofprint Tina Rin | Rin Tin Tins Oooh-Ahhh | 10/14/1996 |
| Hoofprint On The Move | Rin Tin Tins Oooh-Ahhh | 01/07/1997 |
| Heritage's Heavenly Hash | Rin Tin Tins Oooh-Ahhh | 06/28/1999 |
| Shadow Von Unser Haus | Bodyguards Fido Jo | 12/23/1991 |
| Rin Tin Tins Celestial | Rin Tin Tin's Lord Magi | 06/23/2007 |
| Rin Tin Tins Faith | Rin Tin Tin's Wizzard | 08/02/2004 |
| Rin Tin Tins Bubbette | Aurora's Ceasar | 09/26/1993 |
| Rin Tin Tins Quella | **Rin-Tin-Tin XXXVII** | 12/05/2016 |

# THE AMERICAN KENNEL CLUB
# DNA PROFILE

**RIN-TIN-TIN XXXVII**

Breed: **German Shepherd Dog**
Sex: **Male**
Date of Birth: **January 16, 2002**
Registration #: **DN005690/01**
Date of Analysis: **April 03, 2009**
Owned by: **Daphne Hereford**

DNA Profile #: **V559731**

The following genotype uniquely represents the MMI Genomics
certified genetic identity of the dog named herein:

C0642882                    DN005690/01

| Marker | Genotype |
|--------|----------|
| PEZ 01 | CD FG |
| PEZ 03 | FG |
| PEZ 05 | AA |
| PEZ 06 | CF |
| PEZ 08 | EG |
| PEZ 12 | FF |
| PEZ 20 | CC |
| UCB 2010 | DD |
| UCB 2054 | BE |
| UCB 2079 | BB |
| PEZ 16 | GG |
| PEZ 17 | BE |
| PEZ 21 | CE |
| GEN | XY |

_Margaret H. Poindexter_
Margaret H. Poindexter, Assistant Vice-President
American Kennel Club®

_Dennis Fantin_
Dennis Fantin, Ph.D., MBA
MMI Genomics, Inc.

AMERICAN
KENNEL CLUB®

## Litter out of Rin Tin Tins Lady Rachael and sired by Rin-Tin-Tin (XXXVII)

Breeder Miss Daphne Hereford

| | | Sire **RIN TIN TINS TIFTON** Black and Cream OVC H&E  |
|---|---|---|
| | Sire **RIN TIN TIN VIII** Silver Grey OVC H&E DNA (Rin Tin Tins Oooh-Ahhh)  | Dam **RIN TIN TIN'S FIRE FANDANGO** Sable OFA H&E  |
| Sire **RIN TIN TIN IX** Grey OFA H&E Rin-Tin-Tin XXXVII )  | Dam **HOOFPRINT ON THE MOVE** White OVC H&E DNA  | Sire **RIN TIN TINS STONEWALL J** White OVC H&E  |
| | | Dam **HOOFPRINT ABBY** White OVC H&E  |
| | Sire **RIN TIN TINS LORD MAGI** White, OFA H&E  | Sire **RIN TIN TINS WIZZARD** Sable, x-rayed  |
| | | Dam **RIN TIN TINS FAITH** Sable, OVC H&E  |
| Dam **RIN TIN TINS LADY RACHAEL** Silver, OVC Pending | Dam **RIN TIN TINS CELESTIAL** Sable OFA H&E  | Sire **RIN TIN TIN VIII** Silver Grey OVC H&E DNA (Rin Tin Tins Oooh-Ahhh)  |
| | | Dam **SANDHILLS MISS PIGGY** Black and Silver, x-rayed  |

# EXHIBIT 2

## Daphne Hereford

| | |
|---|---|
| **From:** | David Gernsbacher <dlg@turtlecreekfilms.com> |
| **Sent:** | Friday, February 28, 2014 8:28 PM |
| **To:** | 'Daphne' |
| **Cc:** | jeff@interrogate.com |
| **Subject:** | RE: Default judgment |
| | |
| **Importance:** | High |

Hi Daphne,

I saw the default request – which the ECM clerk rejected – and will discuss it with you on Monday or over the weekend if you'd like.  I do not believe it is a major issue or that you need to be overly concerned.  I have a few ideas.

David

David L. Gernsbacher
Turtle Creek Films LLC
9107 Wilshire Blvd Ste 450 Beverly Hills CA 90210-5535
Tel: 323-525-1640  Fax: 323-525-0157  Cell: 310-293-6668

Notices:
Confidentiality: E-mail is not a secure mode of communication and may be accessed by unauthorized persons and the sender of this email accepts no responsibility and/or liability for the contents of this email falling into the hands of unauthorized parties. This communication originates from David L. Gernsbacher, and is protected under the Electronic Communication Privacy Act, 18 U.S.C. §2510-2521. This email communication (and any attachments) is intended solely for the use of the addressee(s) identified above and may contain information which is legally privileged and/or otherwise confidential and/or proprietary. If you are not an addressee and/or have received this email in error, please advise the sender by reply email or by telephone, immediately delete this email from your computer and destroy all physical copies of same. Any unauthorized review, disclosure, reproduction, re-transmission or other dissemination or use of this email (or any portion thereof) is strictly prohibited.
Virus Transmittal: The sender of this email accepts no responsibility and/or liability for any virus transmitted by and/or with this email. The recipient's email system should have its own virus checking procedures in place.
No Signature: Unless stated otherwise in the body of this email, neither the typed name of the sender nor anything else in this message is intended to constitute an electronic signature.
🖨 Please consider the environment before printing this e-mail.

**From:** Daphne [mailto:Daphne@HollywoodDogs.com]
**Sent:** Friday, February 28, 2014 2:42 PM
**To:** 'Jeff Miller'
**Cc:** 'David Gernsbacher'
**Subject:** RE: Default judgment

Thanks Jeff. Please let me know where we are please.
daphne

**From:** Jeff Miller [mailto:jeff@interrogate.com]
**Sent:** Friday, February 28, 2014 9:05 AM
**To:** Daphne
**Cc:** David Gernsbacher
**Subject:** Re: Default judgment

Hi Daphne,

I'm back! I am meeting with David today. I am sure he will get back to you.

Hang in there. :)

Jeff


On 2/28/14, 3:59 AM, "Daphne" <Daphne@HollywoodDogs.com> wrote:

I am resending in case you did not receive yesterday.

I see on PACER Shamrock is getting the default judgment on RIN TIN TIN INCORPORATED.

What exactly does that mean?  Should I dissolve the corporation?

Has Erickson come over to your side yet? Have you heard from him?

Please let me know where we are.
daphne

**Daphne Hereford**

**From:**          Jeff Miller <jeff@interrogate.com>
**Sent:**          Sunday, May 25, 2014 7:05 PM
**To:**            Daphne; daphne@hereford.co
**Subject:**       FW: Feeling better?

Hi Daphne,

I received your email yesterday. Did you receive mine? See below.

Beautiful day here. Hope you are feeling even better today!

:)

Jeff
------ Forwarded Message
**From:** Jeff Miller <jeff@interrogate.com>
**Date:** Sat, 24 May 2014 17:15:11 -0700
**To:** "daphne@hereford.co" <Daphne@Hereford.co>
**Conversation:** Feeling better?
**Subject:** Re: Feeling better?

Hi Daphne,

Yeah! I am so so happy that you are feeling better. I have been so worried. Please get all of the rest you can. And, yes...get rid of stress. Thank you so much for letting me know.

I am truly sorry for your loss. I know that is so hard. Twenty years is a very long time. It is something that I understand, having lost several of my dearest pets of many years, I am hurt to the core. My heart is with you.

As per the doc. Let is be for now. Don't stress. That is not my intention. It really is not what I am about. I have made a commitment to you that I intend to keep. If you are feeling better in the next day or so, please give it a read. David addresses most if not all of the things that we discussed. I believe you will feel much better about it.

Big hug and much love,

Jeff


On 5/24/14, 3:14 PM, "daphne@hereford.co" <Daphne@Hereford.co> wrote:

Dear Jeff:

I apologize for not getting back to you sooner.

I am still trying to recover from the Thursday morning incident. I am on O2 and we check my stats regularly.  I have been told the cause was likely stress, just as it was the first time it happened in January. The rib injury certainly did not help especially since my system is already compromised by the lung issues.

And to make matters worse, yesterday morning my beloved Zebre passed away, she was 20. I am not doing well at all.  I have been instructed to rid my life of stress or I could face serious medical complications. I must follow that advice.

Although I have not had an opportunity to review the documents you sent, I cannot sign any document that suggests any wrong-doing on my part, because that is simply not true. I cannot stipulate to something I have not done. I really should not be a part of the lawsuit anymore since I do not have anything anyone wants.

I do wish you all the best and I sincerely hope you can work things out with Erickson.

Daphne


**From:** Jeff Miller [mailto:jeff@interrogate.com]
**Sent:** Friday, May 23, 2014 9:26 AM
**To:** Daphne
**Subject:** Feeling better?

Hi Daphne,

I am so sorry that you were not feeling well. I really hope you are feeling much better today.

Sending you very big good wishes. :)

Jeff


------ End of Forwarded Message

**daphne@hereford.co**

| | |
|---|---|
| **From:** | Jeff Miller <jeff@interrogate.com> |
| **Sent:** | Thursday, May 29, 2014 9:32 AM |
| **To:** | daphne@hereford.co |
| **Cc:** | Daphne; David Gernsbacher |
| **Subject:** | Re: Are you able to talk? |
| | |
| **Importance:** | High |

Hi Daphne,

I reread this just now because I want to make sure, first and foremost, that you realize, I honestly want to rid you from stress. Truly! By working with us, the stress can drop instantly, INSTANTLY. I promise. Please call. I am different from the rest. Let's take action different from the past. I heavy cloud with be lifted. I promised that to you a long time ago. I told Max that I wanted that for you. I told Tierney that I wanted that for you. I meant it. I mean it.

I also wanted to reiterate my profound respect for you. I am in awe of who you are and what you are made of. Trust me, a fly on the wall would know that to be true.

Finally, since you are such a perfectionist, I want to let you know that I also caught my typo, accept instead of except. Oops. :)

Warmest regards,

Jeff

On 5/29/14, 7:11 AM, "Jeff Miller" <jeff@interrogate.com> wrote:

> Daphne,
>
> I appreciate that you need to rid yourself from stress, but pretending
> this doesn't exist is totally not the way to do it. It will not go
> away. David and I are trying to show you the best way to completely rid yourself from stress.
> Burying your head from this decades old creation is not the route, and
> it will only make matters worse. Please know that we care about your
> well-being and are working hard to create an opportunity for stress free living.
>
> I told you that I wanted Rin Tin Tin to bring you joy, not pain. My
> commitment to you has never changed. I am a man of my word. If you
> were to read the revised stip you would realize that David listened to
> every word you said in our meeting and adjusted accordingly. He also
> committed to representing you against Erickson if that were ever
> needed. In addition, we let you know that we would make sure that you
> were released 100% from Erickson in a settlement between us. I have
> also assured you of making sure that your legacy and your future with
> Rin Tin Tin will be all that you had ever imagined. We cannot make
> that happen if you simply go silent. Besides, you have also made a

1

> commitment to us and we have done everything that you have asked. Shutting us out now doesn't help anyone,
accept Erickson, and for you it only makes it worse.
>
> Please let David and I talk to you and free you from stress. We can
> make that happen but it is imperative that you allow for
> communication. Your doctors should know that communication is a better
> stress reliever than trying to shut out this major part of your life,
> especially when the opportunity to set things right, especially for you, is right at hand.
>
> Please call. I am the guy that has said I can make this right for
> everyone if we all just work together. I have meant it with all of my
> heart. Allow me to make this right, and set your legacy up, as well as
> your future. David can talk you through everything. You see that he is
> a wonderful guy. He only wants the best for you. Both he and I have
> grown very found of you and our connection. Please don't ignore that.
> There is a reason that we have had such a connection. It was meant to
> be that we connect in such a way to set things right. You have worked your whole life to do so, now is the time.
>
> As you know, this really is the last opportunity to do this. It is
> right in front of you. Let's do this together. I want you to seize
> this moment to be seen and heard by all as central to the future
> international worldwide sensation of Rin Tin Tin. That is how it will play out if you do this with us.
> My word.
>
> For you, for me, for your son, for Rin Tin Tin, please call.
>
> Thank you!
>
> Jeff
>
>
> On 5/29/14, 6:45 AM, "daphne@hereford.co" <daphne@hereford.co> wrote:
>
>> Jeff:
>> I have been gone since Sunday. My doctors advised me that it was
>> imperative that I rid my life of stress.
>>
>> Therefore I have divorced myself from dog-related matters.
>>
>> daphne
>>
>>
>> On 2014-05-28 14:59, Jeff Miller wrote:
>>> Hi Daphne,
>>>
>>>  Are you able to talk today? David and I would love to grab a moment
>>> of your time.
>>>
>>>  Thank you,
>>>
>>> Jeff

**daphne@hereford.co**

**From:**        Jeff Miller <jeff@interrogate.com>
**Sent:**        Monday, August 04, 2014 7:27 PM
**To:**          daphne@hereford.co
**Subject:**     Re: They tried again

Hi Daphne,

I was on my mobile earlier when I responded the first time. But now on the computer. I wanted to just spend a special note that says.....

THANK YOU FOR BEING SO SUPPORTIVE. I AM OH SO VERY APPRECIATIVE! Looking forward to us both being on the other side. Excited about what is to come.

PS. I did a search and your 4GSD site came up. I clicked on it to be sure what it was but did not stay.

Hope you are feeling well. :)

Jeff


On 8/4/14, 8:05 PM, "daphne@hereford.co" <Daphne@Hereford.co> wrote:

Had a call on my machine from the Lora Friederman person. She wanted me to send her an email - I Ignored it.
daphne

**daphne@hereford.co**

| | |
|---|---|
| **From:** | Jeff Miller <jeff@interrogate.com> |
| **Sent:** | Thursday, November 06, 2014 9:14 AM |
| **To:** | daphne@hereford.co |
| **Subject:** | Re: Erickson |

Thank you, Daphne. Consensus from the team is to let it be. Do nothing. No letter to judge. We are looking very good. Very! You rock!

J

Sent from my iPhone

> On Nov 6, 2014, at 7:04 AM, daphne@hereford.co wrote:
>
> Erickson and his lawyer must think I am pretty stupid. His little nicie email this morning proves it! I am not signing any paperwork for him. He has his assignment and it states "as is" and that is good enough for me. Interesting his take though.

1

## Daphne Hereford

| | |
|---|---|
| **From:** | Rintintin Valornet <RinTinTin@Valornet.com> |
| **Sent:** | Tuesday, November 11, 2014 6:15 AM |
| **To:** | jeff@interrogate.com |
| **Subject:** | FW: Rin Tin Tin Line Dog Puppy |

Here was my response to the inquiry Erickson sent which is alleged to have come from his website.

**From:** Rintintin Valornet [mailto:RinTinTin@Valornet.com]
**Sent:** Tuesday, November 11, 2014 6:15 AM
**To:** 'Niviarod@yahoo.com'
**Subject:** Rin Tin Tin Line Dog Puppy

Thank you for your inquiry about the RIN TIN TIN Line Dogs. Additional information about our dogs and the breeding program is available on our websites at www.HollywoodDogs.com.

Our next litter is planned for Spring 2015.

We look forward to answering any questions you may have.

Sincerely:

Daphne Hereford
Owner/Breeder
RIN TIN TIN Line Dogs
www.HollywoodDogs.com

-----Original Message-----
From: Nivia
Sent: Sunday, November 09, 2014 1:53 PM
To: Rin Tin Tin
Subject: Contact from website

SENT: 1
    from_name: Nivia
    from_email: Niviarod@yahoo.com
    Message: I read an article that one can obtain a German shepherd from the rin tin tin lineage, if so, how can obtain information on cost and process? Thanks in advance!
    State:
    Zip:
    City: Cocoa Beach

1

**daphne@hereford.co**

| | |
|---|---|
| **From:** | Jeff Miller <jeff@interrogate.com> |
| **Sent:** | Thursday, November 13, 2014 8:24 AM |
| **To:** | daphne@hereford.co |
| **Cc:** | David Gernsbacher |
| **Subject:** | Re: Interesting about Lassie and Dreamworks |

It is because Lassie is Pat Boone and Rin Tin Tin is Steve McQueen! We will kill it!!!! :)

On 11/13/14, 5:23 AM, "daphne@hereford.co" <Daphne@Hereford.co> wrote:

You are in the Drivers Seat Baby – RTT is going to crush the competition in more ways than one. This might explain why Carol is so hot after stealing RTT dogs.

Apparently Dreamworks isn't planning a movie – according to AKC and the Lassie people on Facebook – Joan Hamilton of the Lassie Facebook page (https://www.facebook.com/pages/Lassie-The-Worlds-Most-Famous-Dog/47713297395?fref=nf) wrote:

The magazine AKC Family Dog's newest issue is out and they focus on the collie. The article opens with a Lassie update from DreamWorks <https://www.facebook.com/DreamWorksAnimation> and their plans to only use Lassie to sell merchandise. Has Lassie been left behind and no longer viable... in today's world? Is Dreamworks being short sighted? Or is Dreamworks Animation, who has suffered financial losses and are rumored to be on the market for sale, using that as an excuse because they just don't have the budget for a feature film with locations, actors and crew? Animation is so much less expensive to churn out.

There have always been dog movies and they continue to be made. Marley and Me grossed 143,453,751. Marmaduke grossed 33,644,788, 102 Dalmations grossed 66,957,026, AirBud 10,224,116, The Shaggy Dog 61,123,569.

Dreamworks obviously knows the power of the Lassie name and image if they believe they can sell merchandise using it. But if that image doesn't resonate in today's market, why does Dreamworks think it can sell products with it? As Lassie appears at trade shows, as ambassador to organizations and during visits to media outlets, people of all ages scramble for pictures with Lassie. They are there to see the living dog, Lassie, direct descendant of the original dog. They know the stories are fiction but they also know Lassie is a very real living dog. There is no doubt Lassie and the continuing line of living dogs is still very viable.

In past and today movie/tv merchandising has usually been an offshoot of a new movie or project. Only a few, like Grumpy Cat, have started as nothing more than photo stills to merchandising and now a movie.

1

**daphne@hereford.co**

| | |
|---|---|
| **From:** | Jeff Miller <jeff@interrogate.com> |
| **Sent:** | Friday, December 05, 2014 4:08 PM |
| **To:** | daphne@hereford.co |
| **Subject:** | Re: Rin Tin Tin Trademarks |
| | |
| **Importance:** | High |

Girl on fire!!! You are really something. :)

On 12/5/14, 2:04 PM, "daphne@hereford.co" <Daphne@Hereford.co> wrote:

**From:** daphne@hereford.co [mailto:Daphne@Hereford.co]
**Sent:** Friday, December 05, 2014 4:03 PM
**To:** 'Friedemann, Lora'
**Cc:** 'David Gernsbacher'
**Subject:** Rin Tin Tin Trademarks
**Importance:** High

Dear Attorneys in case 2:13-cv-2783:

I felt it important to respond to the Courtoom News article that appeared following the trial on Monday. See the link below.

http://www.courthousenews.com/2014/12/03/attorneys-snarl-over-rights-to-rin-tin-tin.htm0

In that article there is a link to a Declaration made by Mr. Erickson. That Declaration contains some very inaccurate statements and I felt compelled to respond to that.

The fact is at NO TIME did I try to run Erickson's business. Quite the contrary. When he purchased the first two marks I did everything I could to Help him. As you can see from the attached e-mails at NO TIME did I do anything but try to help the man. It was Mr. Erickson who was offensive in his e-mails to me. Him telling the court otherwise is just not right because it is not true.

I am not part of this mess any longer but I am the breeder of the only authentic Rin Tin Tin Line Dogs in the world. I have bred these dogs since 1957 and I plan to continue to do so. A trademark is not needed for that.

I would appreciate one or both of you contacting the news service to seek a correction to Mr. Erickson's wrongly stated Declaration.

I do not intend to get into any volley of e-mails regarding the litigation. I simply wanted to have, as a matter of record, my concern over the inaccuracies of Mr. Erickson's Declaration.

Daphne Hereford
Owner/Breeder
RIN TIN TIN Line Dogs

1

**daphne@hereford.co**

| | |
|---|---|
| **From:** | Jeff Miller <jeff@interrogate.com> |
| **Sent:** | Monday, December 08, 2014 9:02 AM |
| **To:** | daphne@hereford.co |
| **Subject:** | Re: Rin Tin Tin Trademarks |

I will call you in one hour. Is that okay?

What number is best?

On 12/8/14, 5:07 AM, "daphne@hereford.co" <Daphne@Hereford.co> wrote:

Dear Jeff:

I debated on whether to send you an email regarding my concerns and decided that in the best long-term interest of Rin Tin Tin I have been loyal to you and completely transparent with you, now was not the time to be otherwise. I have done everything you asked of me.

I have some serious concerns about comments you made last Monday on your way to the court. You said to me, "You said you were out of dogs." I was very concerned because you know the full facts surrounding that situation.

I told you I had signed the AKC Registrations on the dogs to Kathy Carlton and that they had changed the board of Rin Tin Incorporated to her, her husband TC, Carol and Chelsea. And I also shared with you copies of the contracts I had on the dogs, in the name of Rin Tin Incorporated. I also told you that the contract on Clark was set to expire soon and a letter from an attorney needed to go out to prevent her from having the dog free and clear to do what she wants. I also told you the same situation applied to four other dogs, namely Snoopy, Baby Ruth, Caramello, and Quanah all held by either Carol, Chelsea, Kathy or Dorothy.

You also were told in a telephone conversation with David Gernsbacher on the line, that the stockholders voted to remove them from the board – in fact it was Mr. Gernsbacher who said, "You didn't have to do that, just do a conversion."

You know I have helped you and given you Everything you have asked for, documents, emails, history, everything. I have cooperated and proven to you I could be trusted.

Knowing all these facts you can understand my concern when you made that statement. In addition, the Stipulation and Consent Judgment you emailed to me just minutes before you expected a signature flew in the face of everything we have discussed. That document would make me the only person in the United States who could not use the words Rin Tin Tin. And that is just not right, nor is it what we have discussed.

You told me told me I would be a great consultant for your project(s); you knew I planned to continue breeding the dogs since I am the only person who KNOWS the lineage and we learned Kathy and crew planned to work only with Erickson; you told me to trust you and swore to me you could be trusted.

I need some form of reassurance from you that you do not intend to try to interfere with or prevent me from breeding and selling my Rin Tin Tin Line Dogs or using the words to advertise them.

Sincerely:

Daphne

**From:** Jeff Miller [mailto:jeff@interrogate.com]
**Sent:** Friday, December 05, 2014 7:59 PM
**To:** daphne@hereford.co
**Subject:** Re: Rin Tin Tin Trademarks

## Daphne Hereford

**From:** Jeff Miller <jeff@interrogate.com>
**Sent:** Tuesday, January 20, 2015 9:48 AM
**To:** daphne@hollywooddogs.com
**Cc:** David Gernsbacher
**Subject:** ***SPAM*** Re: RIN TIN INCORPORATED- cease and desist letters

Btw, if you want to look into someone in Tyler and let me know the cost for that, it is a good plan in my book. That might be a good option.

On 1/20/15, 11:05 AM, "Jeff Miller" <jeff@interrogate.com> wrote:

> Daphne,
>
> Not sure why you are saying that. I literally have just landed, I have
> been traveling for almost 24 hours. I have not had internet and I have
> over 150 emails to deal with since lift off in BA to landing.
>
> David made arrangements with an attorney to handle this, and we were
> both surprised that he said no to you after he had said yes.
>
> David is reaching out to someone else, but yesterday was a holiday, so
> that did not happen. David has a deadline to get an outline out to
> everyone by tomorrow, which I am sure that he is deep into it.
>
> I am sure that he will pick it back up as soon as he gets this out or sooner.
>
> I have not spoken with David since landing. I will check in to get an update.
>
> Neither of us imagined that this would be so challenging. My apologies.
>
> Jeff
>
>
> On 1/20/15, 3:57 PM, "daphne@hollywooddogs.com"
> <daphne@hollywooddogs.com>
> wrote:
>
>> Things may be good for you but we still do not have the letters out.
>> Can I assume you are not interested in helping me enforce the
>> breeding and training contracts?
>> You told me to find a home for Clark, I did that. But the letters
>> Never went out.
>> daphne
>>
>> On 2015-01-20 12:58, Jeff Miller wrote:
>>> I just landed back from BA. Still
>>> Taxing. No internet the entire flight. David has been dealing with

1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-793-988**

**Effective date of
registration:**

October 22, 2013

## Title

**Title of Work:** Rin Tin Tin: The Lineage and Legacy

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 1, 2012    **Nation of 1st Publication:** United States

**International Standard Number:** ISBN    9781468114980

## Author

**Author:** Daphne Hereford

**Author Created:** text, photograph(s), editing

**Citizen of:** United States

**Year Born:** 1950

## Copyright claimant

**Copyright Claimant:** Daphne Hereford

P.O. Box 27, Crockett, TX, 75835

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs

**Previous registration and year:** TX0004092249   1998

**New material included in claim:** text, photographs, editing

## Rights and Permissions

**Organization Name:** Craft Chu PLLC

**Name:** Jeremy Craft

**Email:** mail@craftchu.com    **Telephone:** 713-802-9144

**Address:** 1445 North Loop West

Suite 840

Houston, TX 77008

## Certification

Registration #:  TX0007793988
Service Request #:  1-1004807051



Craft Chu PLLC
Jeremy Craft
1445 North Loop West
Suite 840
Houston, TX 77008

# EXHIBIT 3

## Daphne Hereford

**From:**      Jeff Miller <jeff@interrogate.com>
**Sent:**      Monday, April 21, 2014 8:48 AM
**To:**        Daphne
**Cc:**        Alex Johnson
**Subject:**   Re: Domains


I celebrate! Happy Easter. Sorry I missed you. Hope you had a wonderful day.  Had a great time. Mom's in town. :)

Okay, will go through these in just a bit. Running into office early. Sorry for the delay. Thanks for keeping on top of it.

Jeff


On 4/20/14, 10:33 AM, "Daphne" <Daphne@HollywoodDogs.com> wrote:

Good morning:

Don't know if you celebrate Easter or not, but if you do Happy Easter.

Just wanted to let you know that group of domains are set to expire in 2-3 days and if you want me to renew them for you, you better speak now. If they expire there is no doubt someone else will pick them up and it will be much harder and more costly to get them back. Last time I checked  ICANN cases are about $1,000 each to file.

 I can renew them in Zebre Designs name with a few clicks of the mouse. And we are not talking about a lot of money here – maybe $100 or so.

Let me know what you want to do.
daphne

Individual Items
==================

| Type | Qty | ExtAmt | Description / Status |
|------|-----|--------|----------------------|
| Renewal | 1 | $10.21 | rininc.com / Successful |
| Renewal | 1 | $11.99 | rin-tin-tin.us / Successful |
| Renewal | 1 | $10.21 | rintintininc.com / Successful |
| Renewal | 1 | $10.21 | rintintininc.org / Successful |
| Renewal | 1 | $10.21 | rintintininc.net / Successful |
| Renewal | 1 | $11.99 | rintintininc.us / Successful |
| Renewal | 1 | $10.21 | rin-tin-tin-inc.com / Successful |
| Renewal | 1 | $10.21 | rin-tin-tin-inc.net / Successful |
| Renewal | 1 | $11.99 | rin-tin-tin-inc.us / Successful |
| Renewal | 1 | $10.21 | rin-tin-tin-inc.org / Successful |
| Renewal | 1 | $10.21 | rin-tin-tin-movie.com / Successful |
| Renewal | 1 | $10.21 | rin-tin-tin-movie.org / Successful |
| Renewal | 1 | $10.21 | rin-tin-tin-movie.net / Successful |
| Renewal | 1 | $10.21 | the-rin-tin-tin-movie.com / Successful |
| Renewal | 1 | $10.21 | rin-tin-tin-the-movie.com / Successful |

TOTAL BILLED: $158.49 USD to your reseller account

Thanks again for using us for your online services. If you have any questions regarding this order please visit our support center on our web site.

Sincerely,
247-host

INTERROGATE

**ALEX JOHNSON** | Media Manager
**O:** 310.270.4000
**M:** 323.200.0551
www.interrogate.com

**Daphne Hereford**

| | |
|---|---|
| **From:** | Jeff Miller <jeff@interrogate.com> |
| **Sent:** | Thursday, December 24, 2015 8:15 PM |
| **To:** | Daphne Hereford |
| **Subject:** | Merry Christmas! |

Hi Daphne,

I want to wish you a Merry Christmas and let you know that I will take care of the reimbursement for at least the three domains at the top of the list you sent me.  I will need to have a short agreement prepared for that and will send it off to you as soon as I get back to Los Angeles. I hope you have a nice Christmas, and I'll get back to you on my return.

Best,

Jeff

## daphne@hereford.co

**From:**          daphne@hereford.co
**Sent:**          Sunday, January 03, 2016 1:38 PM
**To:**            'Jeff Miller'
**Subject:**       Domains and Injunction
**Attachments:**   Letter 1-3-16.pdf


Jeff and David:
Please see the attached.
Thank you,
Daphne

Jan. 3, 2016

Dear Jeff Miller and David Gernsbacher:

I know this is terribly long, but it is honest and from my heart. You know I have been totally honest and upfront with you from the beginning.

I apologize for the tardiness of my response, but I just returned from the hospital. You're most recent filings in case 2:13-cv-2783, which amounts to a complete and unwarranted character assassination of me, had some serious and adverse effects on my health.

The false accusations you made against me are deplorable at the very least and you know as well as I do that they are **NOT** true. I have heart palpitations every time I think about what you are doing to me with your latest filing, because it is wrong on so many levels. And you KNOW It!

When I returned I did hear David's voicemail indicating he wanted to talk to me to "explain Jeff's frustration, but they are not with you." (I also heard Jeff's voicemail and received Jeff's email about the domains)

Quite honestly what I would like someone to "explain" is why you misled me and lied to me when all I ever did was help you win the case against Erickson/Belleair. And you know that to be true, in case you have forgotten I did, among other things:

1.      Provide you the only existing copy of the 1994 Leonard Case to you

2.      Provide to you the ONLY copies of the Leonard Depositions from the 1994 case (what I did not send was those of Eva and Carolyn )

3.      Recommended you contact GSDCA and AHA to stop Erickson's unauthorized endorsements

4.      When Max Kleven left a message at my home, rather than return his call, I called you to let you know he had called. Your response was, "Oh Max. I will take care of him. Do not call him"

5.      Gave you access to ALL my online records so you could win the case – thousands of documents categorized and in order with relative comments

6.      I ignored all communications from Erickson's attorney

7.      I gave you access to ALL of the communications between me and Erickson, Ginsburg, Propp and anyone else you wanted to help your case

8.      For the past two years I did Everything you asked me to do including not going public when Carol began her assault on ARFkids.

9.      At your attorneys suggestion I filed a complaint against my then attorney Evan Ginsburg. Your attorney even hand delivered it to the State Bar

1

10.     Constantly kept you completely informed of everything I was doing relating to the dogs and the breeding so If you had ANY objections you could voice them (you did not)

11.     Constantly kept you informed of dog-related matters that might have been helpful to you including those with GSDCA and others

12.     Transferred to you more than 10 Rin Tin Tin related Domains at NO COST in a show of good faith (note I lost value of about $5,000 on those domains)

I am still in shock over what appears in this Injunction to be your betrayal. I trusted you Jeff, I honestly trusted you and all along the way the past two years you led me to believe you were going to work with me when it was "over." If there was something you did not want me to do relating to the dogs all you had to do was ask. Never once did you do that. Never once did you tell me you planned to file an injunction of epic proportion that falsely accuses me of doing things I have not done. You know I have always been very mindful of the integrity and image of Rin Tin Tin and I have Never published ANYTHING that could remotely be considered unwholesome regarding Rin Tin Tin.

Early on you told me, "This project is bigger than you could ever imagine and your dogs will be so busy. We will have to use more than just your dogs." And I told you I would help you do that. Were you not telling the truth when you said that? Were you intentionally misleading me?

We discussed me working with you as a "consultant" and we even discussed salary of $2,000 per month, which you said, "that amount is nothing in the scope of this project."

Through your machinations you coerced me into signing the rescindtion of the 2006 agreement knowing full well I did NOT breach that agreement. You know that Kleven breached that agreement by NOT RENEWING the Trademark. But you said, "Please sign this and it will help us win," and I did in an effort to help you win against Erickson. And in return you launch this character assassination of me.

You know as well as I do, and the records PROVE, I used ALL of the Trademarks I had. You even called Gerry Nash to try to prove I did not use the dog food and what you found out is that I DID USE the marks (he told me you never sent the Fed Ex for his records). But yet you lied in your filings saying I did not use the mark.

When I asked about the manner in which your pleading falsely accused me of Fraud you said, "Oh don't worry, it will be forgotten in no time." Well, as I have told you on Several occasions since, it was **NOT** forgotten. Quite the contrary, it seriously damaged my reputation among my peers. But you continued to tell me, "Don't worry. Everything will be fine."

When I discussed with you the approaching expiration of the Contracts on the Rin Tin Tin Line Dogs in the possession of Carol Riggins, Chelsea Riggins, Kathy and TC Carlton and their

2

intent to breed dogs on their own you had YOUR attorney write the cease and Desist letter that was sent to them by the local attorney. You are who told me to get a local attorney and I did. You knew the goal was to protect YOU and the bloodline. I kept you informed about the case from day one. I explained to you the ramifications of them breeding dogs. Not ONCE did you say you Planned to lie to the court and maneuver the record to suggest the dogs are not line dogs and then file an injunction against me regarding the breeding or use of my own dogs. Had you been honest with me then, I would have avoided spending my last bit of retirement of $25,000-$30,000 on attorney fees for the case in the Eastern District of Texas 9:15-cv-26. You even contributed $4,500 toward those very attorney fees. Now I am stuck with a big attorney bill I cannot pay. And to now say you opposed it from the beginning is not only ridiculous but untrue. Were you planning to file this Injunction against me the entire time? If so, that is beyond deceitful.

For the record, regarding the Texas case, I kept my word and did exactly what I told you I would do; a motion to Dismiss the claims against Carol and her buddies has been filed and the corporation has been dissolved. Whether or not the judge will dismiss the counterclaims remains to be seen. If he does not, then my trying to PROTECT YOU and the bloodline from Carol's assault could result in another default judgment against ME. I went out on a limb for you and you reciprocate by filing an Injunction against me that will allow them to breed line dogs but not me. Are you working with them?

You said you would get default judgment against me but you would not collect on it. I believed you. What you failed to say was that you intended to file such a restrictive Injunction, which is not only contrary to what you led me to believe, but just plain mean spirited. To purposely destroy the bloodline is cruel and so not necessary.

It seemed everything was fine until you and Erickson reached a settlement. For whatever reason, even though you say he agreed not to sue me, you Refused to show me a copy of the document. I should be entitled to see the document if the terms include ME.

Once you settled with Erickson and the judge signed the Judgment against him it seems you became a bit more aloof. All the while I remained loyal to you sharing information about the breeding and the case in Texas and still discussing with you a consultant. I do recall in our last conversation BEFORE I had the opportunity to see the Motion for Injunction (for some reason I was not always sent copies) you said, "Enjoy your house." I thought it odd at the time, but dismissed it as you being nice. For the record, I would love to enjoy my house Jeff, but it is mortgaged and I am unemployed and not in the best of health. You KNOW I was counting on a consultant position with you to pay that mortgage. And you KNOW I was counting on raising Line dogs for you to use with whatever trainer.

3

In your most recent filings you continue to focus on a single statement made during the 1996 hearing, "Rin Tin Tin IV was sired by Rin Tin Tin 2 and is not a genetic descendant of the original Rin Tin Tin brought back from Europe by Lee Duncan" which you altered to suit your needs to say "Linear descendant of the original Rin Tin Tin." You know at the time that was **Thought** to be true, **but it was inaccurate.** You also know after some in-depth research of the records it has been proven that the dogs are from the same Line through Odin. The pedigrees do not lie nor does the DNA. You may be able to change history and remove me, but you cannot change DNA or the pedigrees. The dogs are line dogs and linebred descendants of Rin Tin Tin IV. Even Susan Orlean vetted the dogs as line dogs in her book. And she vetted me as the breeder.

You're most recent pleading seems to focus on your fabricated version of that statement while you just flat-out ignore the three lines above it that say, *"Daphne Hereford has bred, raised, trained and sold German Shepherd dogs descended from Rin Tin Tin IV since as early as 1977."* You KNOW I have bred these dogs since 1957 and you KNOW they are from the same line and you KNOW they are Linebred to Rin Tin Tin IV, who was sired by Rin Tin Tin II. Pedigrees and DNA prove this. It is a fact. And you KNOW transcript says I CAN Continue to breed, sell raise and train the dogs. These lies and false pleadings you have filed with the court can't change the truth of that.

Your Motion for Judgment and Injunction goes on to defame me with repeated false statements including but not limited to, saying I hijacked Rin Tin Tin, I have profited from the use of the name, I usurped the name, I did not use the trademarks, my dogs are not line dogs, my use would harm you, all of which is not only untrue but ridiculous and you know it.

Your Injunction will destroy my life, my reputation and all of the good I have done to preserve the lineage and my life's work. I cannot understand how you could possibly feel good about doing that. I understand that your motivation is ONLY money and the "brand." But you know my motivation was to preserve the accurate history and the lineage. You yourself even said, "You know more about the history of Rin Tin Tin than anyone alive." And you are correct; however, your Injunction could be interpreted to suggest I could not repeat it. I s this just another machination and manipulation?

Regarding the reimbursement for the domains. You know as well as I do as a show of good faith and a willingness to work with you that I absorbed at least a $5,000 loss on Domains I transferred to you over the last two years. You also know over the past two years as they began to expire I asked if you wanted me to renew them for you and you said, "Oh yes," so, at my expense, I did thinking you would reimburse me. You also know that an "Agreement" is NOT part of the normal process to "transfer ownership" of a domain. We transferred the others without Any "Agreement" Ask Alex Johnson, he can confirm that. No Agreement was required

4

on the bevy of domains that I already transferred to you. Now suddenly, after you assault my character in court, you need an agreement?  If you are interested in any of the domains on the list, then please send the funds and I will transfer them to whoever you want. I have no interest in signing any "Agreement" for a simple transaction. Given the circumstances, I will say I do have trust issues.

You have called me your friend. Is this how you treat friends? I will say I am a bit offended at your statement about *"falling into your cast of characters that you strongly dislike"* as it seems almost insulting. I cannot help but wonder if a situation similar to this is what caused the rift between you and Kleven?

I appreciate you wanting to move forward with a "common bond of love and respect for Rin Tin Tin," but I simply cannot endorse your character assassination of me to do so. An attorney told me you did NOT have to include the wording contained in the Injunction in the judgment.

When you came to visit and tried to get me to sign a statement saying I committed Fraud in acquiring the trademarks, I told you I could not lie and sign something that was not true. I am an honest person, I do not lie, I do not steal (art or anything else), I have not committed Insurance fraud, or assault old people following car accidents.

As I explained to you when you were here, even though I was terribly ill and under undo stress (I had a broken rib, my precious 20-year old cat was dying and I had fainted and remained dizzy) years ago rather than try to strong-arm their way through Leonard and Tierney should have merely come and said, "Let's work together" and I would have done just about anything to help. Fast forward 20 years are you are using the same strong-arm tactics with a twist of deceit?

If so that is sad: sad for history, sad for Lee Duncan, sad for my Grandmother, sad for Rin Tin Tin, sad for the bloodline and especially sad for the future.

Please know that if the curse of Rin Tin Tin took from you the one thing you hold most dear in your heart, then and only then would you begin to feel the pain I am suffering as a result of the character assassination you have perpetrated against me, the lineage and the legacy of Rin Tin Tin.

You say in your email you would like to give me "an idea of what to expect." I would appreciate you doing that, but I would like it in an email please. I know what we discussed and what that Injunction says and they are not even remotely close to each other.


Faithfully Yours,
Daphne Hereford

## PROOF OF SERVICE

1

2  I am unemployed and live in the County of Trinity, State of Texas with an address of 16 Meadow View Drive, Trinity, Texas 75862. I am over the age of 65.

3  I caused the foregoing document described as **OPPOSITION TO PLAINTIFF'S**

4  **MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS AND COUNTER-CLAIMANTS DAPHNE HEREFORD**

5  **AND RIN TIN TIN, INC.** to be sent electronically by E-mail and by United States Postal Service mail to the person(s) at the addresses and manner listed below. I did

6  not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

7

8  Catherine R. Lombardo
cathlom@yahoo.com

9  Evan L. Ginsburg
Elg440@aol.com

10

11  Lora M. Friedemann
lfriedemann@friedlaw.com

12  Deborah F. Siras

13  Deborah.sirias@lewisbrisbois.com

14  Cynthia A. Moyer
cmoyer@fredlaw.com

15

16  Ralph C. Loeb
ralph@kranesmith.com

17  David Laurence Gernsbacher
dgernsbacher@dlglaw.com

18

19  By United States Postal Service mail:
The Honorable Andre Birotte, Jr.

20  Central District of California
Court Clerk, Carla Badirian

21  Courtroom 4, Second Floor
312 North Spring Street

22  Los Angeles, CA 90012-4701

23  Executed on January 25, 2016 at Trinty, Texas, I declare under penalty of perjury that the above is true and correct.

24

25  _____  /s/ Daphne Hereford

26

27